**ORIGINAL**

CHEUK FUNG YONG[1]
A35-747-485
ICE El Centro Detention Center
1115 N. Imperial Ave.
El Centro, CA 92243

FILED

08 JAN -3 AM 11:34

CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

BY: _____ DEPUTY

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHEUK FUNG YONG,<br>[A35-747-485]<br><br>Petitioner,<br><br>v.<br><br>MICHAEL CHERTOFF, SECRETARY OF THE DEPARTMENT OF HOMELAND SECURITY, MICHAEL MUKASEY, ATTORNEY GENERAL, ROBIN F. BAKER, DIRECTOR OF SAN DIEGO FIELD OFFICE, BUREAU OF IMMIGRATION AND CUSTOMS ENFORCEMENT, JOEL MATA, OFFICER-IN-CHARGE,<br><br>Respondents. | Civil Action No.<br><br>'08 CV 0007 LAB WMc<br><br>NOTICE OF MOTION AND<br>MOTION FOR APPOINTMENT<br>OF COUNSEL |

TO:   KAREN P. HEWITT, UNITED STATES ATTORNEY

PLEASE TAKE NOTICE that the petitioner, Cheuk Fung Yong, will ask this Court to enter an order granting the motion listed below.

---

[1] The petitioner is filing the instant request for appointment of counsel with the assistance of Janet Tung and the Federal Defenders of San Diego, Inc., who drafted the instant motion.

1

## MOTION

The Petitioner, Cheuk Fung Yong, pursuant to the United States Constitution, 18 U.S.C. § 3006A, and all other applicable statutes, case law and local rules, hereby moves this Court for an order appointing him counsel to assist him in his efforts to seek relief from his detention through a petition for a writ of habeas corpus under 28 U.S.C. § 2241.

This motion is based upon the instant notice of motion, the incorporated statement of facts and attached memorandum of points and authorities, and any and all other materials that may come to this Court's attention at the time of the hearing on these motions.

Respectfully submitted,

Dated: 11-29-07

_____
CHEUK FUNG YONG
Petitioner