UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHEUK FUNG YONG,<br><br>　　　　　　　　　　Petitioner,<br><br>　v.<br><br>MICHAEL CHERTOFF, et al.,<br><br>　　　　　　　　　　Respondents. | Civil No.　08cv0007-LAB (WMc)<br><br>**ORDER GRANTING APPLICATION<br>TO PROCEED IN FORMA PAUPERIS** |

　　　Petitioner, a Department of Homeland Security detainee proceeding pro se, has submitted a Petition for Writ of Habeas Corpus pursuant to 28 U.S.C. § 2241, together with a request to proceed in forma pauperis. A review of the affidavit attached to the request to proceed in forma pauperis indicates that Petitioner cannot afford the $5.00 filing fee. Thus, the Court **GRANTS** Petitioner's application to proceed in forma pauperis, and allows Petitioner to prosecute the above-referenced action as a poor person without being required to prepay fees or costs and without being required to post security. The Clerk of the Court shall file the Petition for Writ of Habeas Corpus without prepayment of the filing fee.

　　　**IT IS SO ORDERED.**

DATED: January 7, 2008

　　　　　　　　　　　　　　　　　　　　　　　_[signature: Larry A. Burns]_

　　　　　　　　　　　　　　　　　　　　　　　**HONORABLE LARRY ALAN BURNS**
　　　　　　　　　　　　　　　　　　　　　　　United States District Judge