# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHEUK FUNG YONG,<br><br>                            Plaintiff,<br>  vs.<br><br>MICHAEL CHERTOFF, et al.,<br><br>                           Defendant. | CASE NO. 08cv0007-LAB (WMc)<br><br>**ORDER APPOINTING COUNSEL; AND**<br><br>**ORDER TO SHOW CAUSE** |

      Petitioner Cheuk Fung Yong has filed a Petition for Writ of Habeas Corpus pursuant to 28 U.S.C. § 2241 ("Petition"). Petitioner moved for leave to proceed *in forma pauperis*, and for appointment of Federal Defenders as his counsel in this action. On January 10, 2008, the Court granted Petitioner leave to proceed *in forma pauperis*. Having considered Petitioner's motion for appointment of counsel, and for good cause shown, the Court hereby appoints Federal Defenders of San Diego, Inc. as counsel for Petitioner for purposes of this Petition only.

      **IT IS HEREBY ORDERED** Respondents shall show cause why the Petition should not be granted through a Return filed and served on or before *February 8, 2008.* The Return shall include a memorandum of law and fact fully stating Respondents' position and recommendations as to the need for this Court to conduct an evidentiary hearing on the merits of the Petition; copies of all pertinent filings, orders of the agencies, trial courts, and appellate courts relating to the case; and a transcript of the proceedings relevant to this case. If Respondents provide government agency

computer printouts (such as "Custody Summary Inquiries" or "EOIR Data Inquiries" or "Case Summaries"), Respondent shall also include in the Return an adequate explanation of the codes and information contained in the printouts relied upon.

**IT IS FURTHER ORDERED** that if Petitioner wishes to reply to the Return, Petitioner must file and serve a Traverse on or before ***March 10, 2008***. Upon receipt of the Traverse, or upon expiration of the deadline to file a Traverse, the matter will be deemed under submission absent further order of the Court.

**IT IS SO ORDERED**.

DATED: January 16, 2008

*Larry A. Burns*

**HONORABLE LARRY ALAN BURNS**
United States District Judge