**JANET C. TUNG**
California State Bar No. 231682
**FEDERAL DEFENDERS OF SAN DIEGO, INC.**
225 Broadway, Suite 900
San Diego, California 92101-5030
Telephone No. (619) 234-8467
Email: janet_tung@fd.org

Attorneys for Mr. Yong

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

**(HONORABLE LARRY A. BURNS)**

| | |
|---|---|
| **CHEUK FUNG YONG** <br> **[A35-747-485]** <br><br> **Petitioner,** <br><br> v. <br><br> **MICHAEL CHERTOFF, et al.,** <br><br> Respondents. | CASE NO. 08CV0007-LAB <br><br> **NOTICE OF APPEARANCE** |

      Pursuant to implementation of the CM/EMF procedures in the Southern District of California, Janet C. Tung, Federal Defenders of San Diego, Inc., files this Notice of Appearance as lead attorney in the above-captioned case.

                                             Respectfully submitted,

Dated: January 17, 2008                  */s/ JANET C. TUNG*
                                                   Federal Defenders of San Diego, Inc.
                                                   Attorneys for Defendant
                                                   Janet_Tung@fd.org

**CERTIFICATE OF SERVICE**

Counsel for Defendant certifies that the foregoing is true and accurate to the best information and belief, and that a copy of the foregoing document has been caused to be delivered this day upon:

Courtesy Copy to Chambers

Copy to Assistant U.S. Attorney via ECF NEF

Dated: January 17, 2008        */s/ JANET C. TUNG*
Federal Defenders of San Diego, Inc.
225 Broadway, Suite 900
San Diego, CA  92101-5030
(619) 234-8467  (tel)
(619) 687-2666  (fax)
Janet_Tung@fd.org (email)