```
 1  KAREN P. HEWITT
    United States Attorney
 2  SAMUEL W. BETTWY
    Assistant U.S. Attorney
 3  California State Bar No. 94918
    United States Attorney's Office
 4  880 Front Street, Room 6293
    San Diego, California 92101-8893
 5  Telephone: (619) 557-7119
    Facsimile:  (619) 557-5004
 6  Email: samuel.bettwy@usdoj.gov

 7  Attorneys for Federal Respondents
```

UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF CALIFORNIA

| CHEUK FUNG YONG, | ) | Case No. 08cv0007-LAB (WMc) |
| --- | --- | --- |
| Petitioner, | ) | NOTICE OF "APPEARANCE" |
| vs. | ) | |
| MICHAEL CHERTOFF, Secretary of Homeland Security, et al., | ) | CTRM: Hon. Larry A. Burns<br>JUDGE: 9 |
| Respondents. | ) | |

TO THE CLERK OF COURT AND ALL PARTIES OF RECORD:

I, the undersigned attorney, enter my appearance as lead counsel for Respondents in the above-captioned case. I certify that I am admitted to practice in this Court or authorized to practice under CivLR 83.3.c.3-4. I should receive all future Notices of Electronic Filings relating to activity in this case at the following e-mail address:

**Samuel W. Bettwy**   Tel: 619-557-7119   Email: samuel.bettwy@usdoj.gov

Effective this date, <u>the following attorneys are no longer associated with this case</u> and should <u>not</u> receive any further Notices of Electronic Filings relating to activity in this case:

None

1  This notice is purely for the purpose of obtaining Notices of Electronic Filings in this case and
2 does not constitute a waiver of any defense or objection, including but not limited to personal
3 jurisdiction, sufficient process, sufficient process of service and proper venue.

4  Please feel free to contact me should you have any questions regarding this notice.

5 DATED: January 22, 2008                           Respectfully submitted,

6                                                                         KAREN P. HEWITT
                                                                              United States Attorney

7                                                                         s/ *Samuel W. Bettwy*

8                                                                         _____
                                                                              SAMUEL W. BETTWY
9                                                                         Assistant U.S. Attorney
                                                                              Attorneys for Respondents
10                                                                       Email: samuel.bettwy@usdoj.gov