KAREN P. HEWITT
United States Attorney
SAMUEL W. BETTWY
Assistant U.S. Attorney
California State Bar No.  94918
United States Attorney's Office
880 Front Street, Room 6293
San Diego, California 92101-8893
Telephone: (619) 557-7119

Attorneys for Respondents

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| CHEUK FUNG YONG, | ) | Case No. 08cv0007-LAB (WMc) |
| | ) | |
| Petitioner, | ) | |
| | ) | |
| v. | ) | **EXHIBITS 1-95** |
| | ) | |
| MICHAEL CHERTOFF, Secretary | ) | |
| of Homeland Security, et al., | ) | |
| | ) | |
| Respondents. | ) | |
| | ) | |

July 5, 1978 immigrant visa. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .  1

February and July 2006 Forms I-213. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 2-4

Record of convictions and conviction documents. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 5-42

1998 naturalization application. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 43-48

2006 Notice to Appear. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 49-53

ICE attorney notes and IJ orders re continuances. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 54-61

IJ October 25, 2006 Order of Removal. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 62-68

BIA docket sheet and notices re briefing and extension. . . . . . . . . . . . . . . . . . . . . . . . . . . 69-74

BIA January 24, 2007 decision. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 75-76

Correspondence between ICE and China consulate re travel documents. . . . . . . . . . . . . . . 77-78, 81

February 8, 2007 9th Circuit Petition for Review. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 79-80

ICE May 7, 2007 Decision to Continue Detention. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 82-91

9th Circuit docket sheet re <u>Yong v. Mukasey</u>, No. 07-70619. . . . . . . . . . . . . . . . . . . . . . . . . . 92-95

*111 39478*

IV 5747485

UNITED STATES OF AMERICA

# IMMIGRANT VISA AND ALIEN REGISTRATION

THE IMMIGRANT [ ] HAS [X] HAS NOT BEEN PREVIOUSLY IN THE UNITED STATES

**OF:** (Family Name) (First Name) (Middle Name)
YONG, Cheuk Fung

I & NS FILE NUMBER, IF KNOWN

ACTION BY IMMIGRANT INSPECTOR
**U. S. IMMIGRATION**
**NEW YORK, N.Y. 1122**

P4 (JUL) 03 0

ADMITTED

A35747485

UNTIL (CLASS)

THE IMMIGRANT NAMED ABOVE ARRIVED IN THE UNITED STATES VIA

*AV50 Jul 5,1978*

(Name of vessel or flight no. of arrival)

INELIGIBILITY FOR VISA WAIVED UNDER SECTION
[ ] 212(e)    [ ] 212(h)
[ ] 212(g)    [ ] 212(i)

SEC. 212(a)(14) LABOR CERTIFICATION
[X] NOT APPLICABLE
[ ] STATUTORY EXEMPT
[ ] ATTACHED
[ ] NOT REQUIRED

| MO-DAY-YR. OF BIRTH | COUNTRY OF BIRTH | OCCUPATION | COUNTRY OF LEGAL RESIDENCE | MARITAL STATUS | SEX | NATIONALITY |
|---|---|---|---|---|---|---|
| 09-26-68 | Hongkong China | Minor | Colombia | [ ]M [X]S [ ]W [ ]D [ ]SEP | [X]M [ ]F | Chinese |

FINAL ADDRESS IN THE UNITED STATES: STREET ADDRESS 49 Dwight Street    CITY, STATE, AND ZIP CODE, IF AVAILABLE Boston Mass. 02118

ACTION OF S.I.O.    ACTION ON APPEAL    U.S.P.H.S.

This visa is issued under Section 221 of the Immigration and Nationality Act, and upon the basis of the facts stated in the application. Possession of a visa does not entitle the bearer to enter the United States if at the time he seeks to enter he is found to be inadmissible. Upon arrival in the United States, it must be surrendered to a United States Immigration Officer.

AMERICAN **EMBASSY, CONSULAR SECTION**

AT **BOGOTA, COLOMBIA**

Ernest D. Oates
Consul of the United States of America.

of the United States of America.

Tariff Item No. 21
Fee Paid $20
Local Cy Equiv.

## IMMIGRANT CLASSIFICATION

CLASSIFICATION SYMBOL
P4-3

FOREIGN STATE/OTHER AREA LIMITATION
China

IMMIGRANT VISA NO.
12879

| ISSUED ON | (Day) | (Month) | (Year) |
|---|---|---|---|
| | 30th | June | 1978 |

THE VALIDITY OF THIS VISA EXPIRES MIDNIGHT AT THE END OF
| (Day) | (Month) | (Year) |
|---|---|---|
| 39th | October | 1978 |

### PASSPORT

NO.
OM240802

OR OTHER TRAVEL DOCUMENTS (Describe)

ISSUED TO MRS. YONG, FUNG YING CHEUNG incl.child:Cheuk Fung YONG

BY Chinese Embassy, at Bogota,Colombi

ON January 25th 1978

EXPIRES January 25th 1981    dsr

IV 5747485

FORM
1-73 **FS-511**

/

**U.S. Department of Homeland Security**
Bureau of Immigration and Customs Enforcement

Continuation Page for Form I-213

| Alien's Name | File Number | Date |
|---|---|---|
| YONG, Cheuk | A35 747 485 | 2/17/06 |

# *Interviewed at Chuckawalla Valley State Prison, Blythe, Ca.*

| | | | |
|---|---|---|---|
| CDC Name: | Yong, Cheuk Fung  F00915 | Health: | Appears Good |
| Equities: | None | CII# | 10658823 |
| Parole Date: | 8/6/06 | Hold Placed: | 2/17/06 |
| Office: | Blythe, Ca. | Agent: | JW Hudson, SA |
| Offense Date: | 2001 | Case Number: | 01WF1921 |
| Conv. Date: | 9/21/05 | Code Violation: | HS 11379 |
| Offense: | Sales/Transportation of a Controlled Substance, MDMA | Court/County: | Orange |
| Sentence: | 2 Years | Military Service: | No |
| Immigration History: | 7/5/78 – P43 NYC | Other Criminal Convictions: | 1/24/94 – Forge Name on Access Card (Fel)<br><br>1/24/94 – Possess Driver's License to Commit Forgery (Fel)<br><br>1/11/01 – Possession of a CS For Sale (Fel)<br><br>7/12/05 – False ID to a Peace Officer (Misd)<br><br>7/12/05 – Use/Under the Influence of a CS (Misd) |

**Comments:** Subject YONG was interviewed on 1/24/06.

Subject did/did not request to speak to an attorney at 10:26 AM.  Questioning then resumed at 10:26 AM.

Subject is not eligible for CSS.

INS form I-215B was not executed.

Subject is currently incarcerated on a:  New Conviction / Parole Violation

Subject made no claim to United States Citizenship.

Gang Affiliation: None Known

| Signature | Title |
|---|---|
| JW Hudson | Special Agent |

2

U.S. Department of Justice

Immigration and Naturalization Service

# Record of Deportable/Inadmissible Alien

| Family Name (CAPS) | First | Middle | | Sex | Hair | Eyes | Cmplxn |
|---|---|---|---|---|---|---|---|
| YONG, Cheuk | | | | M | BLK | BRO | MED |

| Country of Citizenship | Passport Number and Country of Issue | File Number | Height | Weight | Occupation |
|---|---|---|---|---|---|
| CHINA, PEOPLES REPUBLIC OF | | Case No: XRV0602000205  A035 747 485 | 68 | 140 | MANAGER |

| U.S. Address | Scars and Marks |
|---|---|
| 1366 WILLOWBUD  DIAMOND BAR, CALIFORNIA | See Narrative |

| Date, Place, Time, and Manner of Last Entry | Passenger Boarded at | F.B.I. Number | ☒ Single ☐ Married ☐ Divorced ☐ Widower ☐ Separated |
|---|---|---|---|
| 07/05/1978, Unknown Time, ORD NYC, IMMIGRANT | N/A | 50816WA1 | |

| Number, Street, City, Province (State) and Country of Permanent Residence | Method of Location/Apprehension |
|---|---|
| SAME AS PLACE OF BIRTH  CHINA, PEOPLES REPUBLIC OF | CAP 511.2.1 |

| Date of Birth | Date of Action | Location Code | At/Near | Date/Hour |
|---|---|---|---|---|
| 09/26/1968   Age: 37 | 02/22/2006 | XLA/XRV | BLYTHE, CALIFORNIA | 02/22/2006 1000 |

| City, Province (State) and Country of Birth | AR ☒ | Form: (Type and No.) | Lifted ☐ | Not Lifted ☐ | By |
|---|---|---|---|---|---|
| HONG KONG, CHINA, PEOPLES REPUBLIC OF | | | | | JOEL HUDSON |

| NIV Issuing Post and NIV Number | Social Security Account Name | Status at Entry | Status When Found |
|---|---|---|---|
| N/A | YONG, CHEUK | Immigrant | IN INSTITUTION |

| Date Visa Issued | Social Security Number | Length of Time Illegally in U.S. |
|---|---|---|
| N/A | 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 | OVER 1 YEAR |

| Immigration Record | Criminal Record |
|---|---|
| POSITIVE - See Narrative | See narrative |

| Name, Address, and Nationality of Spouse (Maiden Name, if Appropriate) | Number and Nationality of Minor Children |
|---|---|
| | NONE |

| Father's Name, Nationality, and Address, if Known  Nationality: UNITED STATES  , Fung  DIAMOND BAR (NATZ 7/00), CALIFORNIA | Mother's Present and Maiden Names, Nationality, and Address, if Known  Nationality: UNITED STATES  , DIAMOND BAR (NATZ 8/95), CALIFORNIA |
|---|---|

| Monies Due/Property in U.S. Not in Immediate Possession | Fingerprinted? Yes ☐ No ☒ | INS Systems Checks | Charge Code Word(s) |
|---|---|---|---|
| N/A | | See Narrative | See Narrative |

| Name and Address of (Last)/(Current) U.S. Employer | Type of Employment | Salary | Employed from/to |
|---|---|---|---|
| N/A | N/A | N/A  Hr. | N/A |

Narrative (Outline particulars under which alien was located/apprehended. Include details not shown above regarding time, place and manner of last entry, attempted entry, or any other entry, and elements which establish administrative and/or criminal violation. Indicate means and route of travel to interior.)

SCARS, MARKS AND TATTOOS
None Visible

INS SYSTEMS CHECKS
Central Index System Positive
Interagency Border Inspection System Positive
National Crime Information Center Negative
Treasury Enforcement Communications System Positive

**AGG FELON**

CHARGE CODE WORD(S)
R2A3
R2B1

JOEL HUDSON
SENIOR SPECIAL AGENT

Alien has been advised of communication privileges. _____ (Date/Initials)      (Signature and Title of INS Official)

| Distribution:  FILE  SBD  BLY | Received: (Subject and Documents) (Report of Interview)  Officer: JOEL HUDSON |
|---|---|
| | on: February 22, 2006 at _____ (time)  Disposition: Warrant of Arrest/Notice to Appear  Examining Officer: DAVID D. DAVIS |

3

Form I-213(Rev.4/1/97)Y

# RECORD OF DEPORTABLE ALIEN
(See A. M. - 2790.31 - 34 for Instructions)

| Family Name | Given Name | Middle Name | Sex | Hair | Eyes | Complexion |
|---|---|---|---|---|---|---|
| YONG, Cheuk Fung | Case#ECC0607000284 | | Male | BLK | BRO | Med |

| Country of Citizenship | Passport Number and country of Issuance | File Number | | Height | Weight | Occupation |
|---|---|---|---|---|---|---|
| China | N/A | A-35 747 485 | | 5'9 | 155 | LABORER |

| U. S. Address (Residence) (Number) (Street) (City) (State) (Zip Code) | Scars or Marks |
|---|---|
| 1366 Willowbud Dr.    Diamond Bar    California | None Visible |

| Date, Place, Time, Manner, of Last Entry | Passenger Boarded At | F. B. I. No. | Marital Status |
|---|---|---|---|
| 7/5/1978    New York, New York    IMM | N/A | 50816WA1 | ☐Widower(er) ☐Single ☐Married ☐Separated ☐Divorced |

| Number, Street, City, Province, (State) and Country of Permanent Residence | Method of Location / Apprehension |
|---|---|
| Hong Kong, China | DRO/Calipatria IRP |

| Birth date | Date of Action | Location Code | (At / Near) | Date & Hour |
|---|---|---|---|---|
| 9/26/1968 | 7/17/2006 | CLP | IRP/Calipatria, CA | 7/17/2006 |

| City, Province, (State) and County of Birth | AR ☒ | Form (Type & No.) | By |
|---|---|---|---|
| Hong Kong, China | | | J.J. Ramirez DO |

| Visa Issued At - NIV No. | Social Security Account Name | Status at entry | Status When Found |
|---|---|---|---|
| | | | INSTITUTION |

| Date Visa Issued | Social Security Account No. | Send C. O. Rec. Check To: | Length of Time Illegally in U. S. |
|---|---|---|---|
| | 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 | | |

| Immigration Record | Criminal Record |
|---|---|
| | See Conviction [Doc]uments and CII: CA10658823 |

| Name, Address and Nationality of Spouse (Maiden Name, if appropriate) | Number and Nationality of minor Children |
|---|---|
| Single | ___ USC ___ MEX |

| Father's Name and Nationality and Address, if Known | Mother's Present and Maiden Names, Nationality, and Address, if Known |
|---|---|
| Yim Yong, China, Naturalized USC | Fung Yong, China, Naturalized USC |

| Monies Due / Property in U. S. Not in Immediate Possession | Fingerprinted ☒Yes ☐No | Lookout Book Checked ☒ Not Listed ☐ Listed , Code | Deportation Charge(s) (Code Words) R2A3 R2B1 |
|---|---|---|---|

| Name and Address of (Last)(Current) U. S. Employer | Type of Employment | Salary $ hr. | From: To: |
|---|---|---|---|

Narrative (Outline particulars under which alien located / apprehended. Include details, not shown above, re time, place, manner of last entry, and elements, which establish administrative and / or criminal violations. Indicate means and route of travel to interior) Alien has been advised of communications privileges pursuant to 8 CFR 242.2 (e).
Initial _____ Date _____

| | |
|---|---|
| Prison Name: | YONG, Cheuk |
| CDC Number: | F00915 |
| PC/H&S/VC: | 11379(a) |
| Court: | Orange |
| Crime: | Sale or Transportation of Controlled Substance |
| Conviction Date: | 9/21/2005 |
| Sentence: | 2 years |
| Release Date: | 8/7/2006 |
| AKA: | Yong, Cheuk Fung |
| Previous EOIR Proceedings: | |
| Previous EOIR Location: | |
| Date of Previous Removal: | |
| Place of Last Removal: | |

Additional DOB's:

Narrative: Subject claimed no fear of returning to his country during his interview at Calipatria State Prison on 7/17/2006.

Circle One: Contested   QD   AD B&B   R/I   TFRD TO _____

I-618 and list of Free Legal Services provided to Alien.

Deportation Officer

| DISTRIBUTION | Received ( subject and documents )(report of interview) from |
|---|---|
| Original - A File | Juan J. Ramirez  Deportation Officer |
| | 7/17/2006 |
| | Disposition: I-862, Notice to Appear |
| | ( Receiving Officer)  Joel Mata Jr., SDDO |

Form I-213 (Rev. 4-16-79)Y UNITED STATES DEPARTMENT OF JUSTICE Immigration and Naturalization Service

4

```
Tiburon, Inc.              MESSAGE FROM CLETS        Page 1  (more)  01/10/06
                       RIVERSIDE COUNTY SHERIFF'S DEPT.                  14:46
******************************************************************************
4BPJ0UBP780.IH


RE: QHY.CAINS19S0.10658823.HUDSON-      DATE:20060110 TIME:14:47:17
RESTRICTED-DO NOT USE FOR EMPLOYMENT,LICENSING OR CERTIFICATION PURPOSES
ATTN:HUDSON-F00915


**********************************************************************

DO NOT COLLECT DNA. VERIFIED DNA SAMPLE IS ON FILE

WITH THE CAL-DNA DATA BANK. FOR INFO (510) 620-3300 0R
PC296.PC296@DOJ.CA.GOV.
**********************************************************************
** PALM PRINT ON FILE AT DOJ FOR ADDITIONAL INFORMATION PLEASE

E-MAIL PALM.PRINT@DOJ.CA.GOV
III CALIFORNIA ONLY SOURCE RECORD
CII/A10658823
DOB/19680926     SEX/M  RAC/CHINESE

  |   |   |   |           |VT220| 80 COL|  |7 BIT MODE|REPLACE
```



5

```
Tiburon, Inc.               `MESSAGE FROM CLETS      Page 2   (more)  01/10/06
                     RIVERSIDE COUNTY SHERIFF'S DEPT.                  14:46
*******************************************************************************
```

**HGT/508  WGT/140  EYE/BRO   HAI/BLK   POB/CN**
**NAM/01 YONG,CHEUK FUNG**
**    02 YONG,CHUEK FUNG**
**    03 YONG,CHARLES**
**    04 YONG,CHEUK**
**    05 LEE,YONG JIN**
**    06 CHONG,RICHARD**

**FBI/50816WA1**
**DOB/19730926**
**CDL/C6304247**
**SOC/571879893**
**INN/CDC-F000915**
**MDS/CTZ CN; CTZ HK; CTZ YY**
**OCC/STUDENT; RESTUARANT HOST; UNEMPLOYED; SALES**

**\* \* \* \***

```
|   |   |   |        |VT220| 80 COL|   |7 BIT MODE|REPLACE
```



6

```
Tiburon, Inc.              MESSAGE FROM CLETS      Page 3   (more)  01/10/06
                     RIVERSIDE COUNTY SHERIFF'S DEPT.                14:46
*************************************************************************
```

**ARR/DET/CITE:**          **NAM:01  DOB:19680926**
**19931005  CAPD WEST COVINA**

**CNT:01     #93-4652**
  **484F(1) PC-FORGE ACCESS CARD TO DEFRAUD**

**CNT:02**
  **470B PC-POSS DRIVER'S LIC/ID TO COMMIT FORGERY**
**\* \* \* \***

**ARR/DET/CITE:**          **NAM:01  DOB:19680926**
**19931118  CAPD COVINA**

**CNT:01     #9306758**
  **484F(1) PC-FORGE ACCESS CARD TO DEFRAUD**

**CNT:02**
  **484F(2) PC-FORGE NAME ON ACCESS CARD**

`|   |   |   |`              `|VT220| 80 COL|  |7 BIT MODE|REPLACE`



7

Tiburon, Inc.            MESSAGE FROM CLETS    Page    (more)   01/10/06
                    RIVERSIDE COUNTY SHERIFF'S DEPT.                14:46
*************************************************************************

- - - -
**COURT:**              **NAM:01**
**19940124  CASC LOS ANGELES POMONA**

**CNT:01     #KA020124**
  **12280(B) PC-POSSESS ANY ASSAULT WEAPON**
 **DISPO:DISMISSED/FURTHERANCE OF JUSTICE**

**CNT:02-03**
  **484F(2) PC-FORGE NAME ON ACCESS CARD**
**\*DISPO:CONVICTED**
    **CONV STATUS:FELONY**

**CNT:04**
  **470B PC-POSS DRIVER'S LIC/ID TO COMMIT FORGERY**
**\*DISPO:CONVICTED**
    **CONV STATUS:FELONY**


  |   |   |   |          |VT220| 80 COL|   |7 BIT MODE|REPLACE



FOIA EXEMPT

*8*

```
Tiburon, Inc.              MESSAGE FROM CLETS      Page ⌐  (more)  01/10/06
                    RIVERSIDE COUNTY SHERIFF'S DEPT.                  14:46
***************************************************************************
```

CNT:05
   470B PC-POSS DRIVER'S LIC/ID TO COMMIT FORGERY
*DISPO:CONVICTED
   CONV STATUS:FELONY
   SEN: 36 MONTHS PROBATION, 365 DAYS JAIL,
        FINE, RESTN,
        IMP SEN SS


19970811
 DISPO:REDUCED TO MISDEMEANOR/17 PC


19970811
 DISPO:EARLY DISMISSAL FROM PROBATION
 DISPO:CONV SET ASIDE & DISM 1203.4/1203.4A PC
    COM: COURT CASE NUMBER KA020124
*  *  *  *  *  *  *  *  *  *  *
**   POTENTIAL FELONY STRIKE ENTRY    **
*  *  *  *  *  *  *  *  *  *  *


   |   |   |   |            |VT220| 80 COL|  |7 BIT MODE|REPLACE

FOIA EXEMPT

9

Tiburon, Inc.                MESSAGE FROM CLETS        Page 6    (more)   01/10/06
                      RIVERSIDE COUNTY SHERIFF'S DEPT.                    14:46
**********************************************************************************

* * * *

ARR/DET/CITE:          NAM:01   DOB:19680926
19941216  CAPD BREA

CNT:01    #B93-5632
   -WARRANT
   488/666 PC-PETTY THEFT W/PR PT/GT/BURG OR ROBB

CNT:02
   -WARRANT
   460(B) PC-BURGLARY:SECOND DEGREE

CNT:03
   -WARRANT
   470B PC-POSS DRIVER'S LIC/ID TO COMMIT FORGERY

CNT:04

  |   |   |   |            |VT220| 80 COL|  |7 BIT MODE|REPLACE

FOIA EXEMPT

10

```
Tiburon, Inc.              MESSAGE FROM CLETS      Page .   (more)  01/10/06
                     RIVERSIDE COUNTY SHERIFF'S DEPT.                  14:46
********************************************************************************
```

    -WARRANT
   484F(1) PC-FORGE ACCESS CARD TO DEFRAUD

CNT:05
    -WARRANT
   487.1 PC-GRAND THEFT:PROPERTY

CNT:06
    -WARRANT
   496(A) PC-RECEIVE/ETC KNOWN STOLEN PROPERTY
      WARRANT    #NM9400576
- - - -
COURT:                    NAM:01
19950118   CAMC FULLERTON

CNT:01      #NM9400576
   470B PC-POSS DRIVER'S LIC/ID TO COMMIT FORGERY
  DISPO:DISMISSED/FURTHERANCE OF JUSTICE


   |    |    |    |            |VT220| 80 COL|   |7 BIT MODE|REPLACE

FOIA EXEMPT

//

Tiburon, Inc.                  MESSAGE FROM CLETS        Page    (more)   01/10/06
                         RIVERSIDE COUNTY SHERIFF'S DEPT.                    14:46
*************************************************************************

CNT:02-04
  484F PC-FORGERY OF CREDIT CARD
  DISPO:DISMISSED/FURTHERANCE OF JUSTICE

CNT:05-06
  459 PC-BURGLARY:SECOND DEGREE
  DISPO:DISMISSED/FURTHERANCE OF JUSTICE

CNT:07
  470 PC-FORGERY
  DISPO:DISMISSED/FURTHERANCE OF JUSTICE          FOIA EXEMPT

CNT:08
  GRAND THEFT
  DISPO:DISMISSED/FURTHERANCE OF JUSTICE
    COM: :
        487F PC, GRAND THEFT

   |    |    |    |              |VT220|  80 COL|   |7 BIT MODE|REPLACE

/2

```
Tiburon, Inc.              MESSAGE FROM CLETS          Page      (more)  01/10/06
                     RIVERSIDE COUNTY SHERIFF'S DEPT.                     14:46
****************************************************************************
```

**CNT:09**
   **470B PC-POSS DRIVER'S LIC/ID TO COMMIT FORGERY**
**\*DISPO:CONVICTED**
      **CONV STATUS:MISDEMEANOR**
    **SEN: 36 MONTHS PROBATION, 15 DAYS JAIL,**
         **RESTN, IMP SEN SS**
**\* \* \* \***


**APPLICANT:**              **NAM:01**
   **19981204    CASD MOTOR VEHICLES, SACRAMENTO**

**CNT:01      #S548599**
   **DMV APPLICANT SALESPERSON**                    FOIA EXEMP

**20050807**
   **DISPO:NO LONGER INTERESTED**
      **COM: ACN-DOJ52300828A0059**

```
  |   |    |    |              |VT220|  80 COL|   |7 BIT MODE|REPLACE
```

13

Tiburon, Inc.                    MESSAGE FROM CLETS       Page    (more)  01/10/06
                        RIVERSIDE COUNTY SHERIFF'S DEPT.               14:46
**********************************************************************

* * * *

ARR/DET/CITE:            NAM:01  DOB:19680926
20000316  CASO LA TEMPLE

CNT:01      #006395611
  11379 HS-TRANSPORT/ETC CONTROL SUBSTANCE

CNT:02
  11378 HS-POSSESS CONTROL SUBSTANCE FOR SALE
   COM: PHOTO AVAILABLE
   COM: ADR-031600 (1366, WILLOWBUD,,, DIAMOND BAR, CA,
       91765, )
   COM: SCN-46800760017
- - - -
COURT:                  NAM:01
20010111  CASC LOS ANGELES PASADENA

FOIA EXEM.

|   |   |   |   |            |VT220| 80 COL|  |7 BIT MODE|REPLACE

*14*

```
Tiburon, Inc.              MESSAGE FROM CLETS      Page 1   (more)  01/10/06
                       RIVERSIDE COUNTY SHERIFF'S DEPT.                  14:46
*****************************************************************************
```

**CNT:01     #GA042370**
  **11379(A) HS-TRANSPORT/ETC CNTL SUB**
 **DISPO:DISMISSED/FOJ/PLEA TO OTHER CHARGE**


**CNT:02**
  **11378 HS-POSSESS CONTROL SUBSTANCE FOR SALE**
**\*DISPO:CONVICTED**
    **CONV STATUS:FELONY**
    **SEN: 3 YEARS PROBATION**
**\* \* \* \* \* \* \* \* \* \* \***
**\*\*    POTENTIAL FELONY STRIKE ENTRY    \*\***
**\* \* \* \* \* \* \* \* \* \***
**\* \* \* \***

**ARR/DET/CITE:              NAM:04   DOB:19680926**
**20000810   CASO LA INMATE RECEP CTR**

**CNT:01     #6560933**

```
  |   |   |   |            |VT220| 80 COL|  |7 BIT MODE|REPLACE
```

FOIA EXEMP

/5

```
Tiburon, Inc.            MESSAGE FROM CLETS      Page 1   (more)  01/10/06
                    RIVERSIDE COUNTY SHERIFF'S DEPT.                   14:46
**************************************************************************

   -BENCH WARRANT
   11378 HS-POSSESS CONTROL SUBSTANCE FOR SALE
    WARRANT   #GA042370
    COM: ADR-081000 (1366, WILLOWBUD DR,,, DIAMOND BAR,
        CA, 91765, ) TIME AT ADDRESS-(15 YEARS, )
    COM: SCN-45502230036
- - - -
COURT:                 NAM:04
20010111  CASC LOS ANGELES PASADENA

CNT:01     #GA04237001
   11379(A) HS-TRANSPORT/ETC CNTL SUB
 DISPO:DISMISSED/FOJ/PLEA TO OTHER CHARGE

CNT:02
   11378 HS-POSSESS CONTROL SUBSTANCE FOR SALE
*DISPO:CONVICTED
    CONV STATUS:FELONY


 |   |   |   |          |VT220| 80 COL|  |7 BIT MODE|REPLACE
```

FOIA EXEMI

16

```
Tiburon, Inc.              MESSAGE FROM CLETS      Page :    (more)  01/10/06
                      RIVERSIDE COUNTY SHERIFF'S DEPT.                14:46
*********************************************************************************

    SEN: 3 YEARS PROBATION, 180 DAYS JAIL
* * * * * * * * * *
**    POTENTIAL FELONY STRIKE ENTRY     **
* * * * * * * * * *
* * * *

ARR/DET/CITE:           NAM:01   DOB:19680926
20010816  CASO SANTA ANA

CNT:01      #2015793-0870340
   11378 HS-POSSESS CONTROL SUBSTANCE FOR SALE

CNT:02
   11379 HS-TRANSPORT/ETC CONTROL SUBSTANCE

CNT:03
   182(A)(1) PC-CONSPIRACY:COMMIT CRIME
    COM: SCN-33112290024

   |   |   |   |            |VT220| 80 COL|   |7 BIT MODE|REPLACE
```

FOIA EXEMPT

17

Tiburon, Inc.              MESSAGE FROM CLETS      Page    (more)  01/10/06
                      RIVERSIDE COUNTY SHERIFF'S DEPT.                    14:46
*********************************************************************

- - - -
**COURT:**              **NAM:01**
**20050921  CASC SANTA ANA**

**CNT:01      #01WF1921**
  **11378 HS-POSSESS CONTROL SUBSTANCE FOR SALE**
***DISPO:CONVICTED**
    **CONV STATUS:FELONY**
    **SEN:, PRISON STAY,**


**CNT:02**
  **11379(A) HS-TRANSPORT/ETC CNTL SUB**
***DISPO:CONVICTED**
    **CONV STATUS:FELONY**
    **SEN:, 2 YR TOTAL PRISON TERM,**
    **COM: DCN-T1000833440530000890**
* * * * * * * * * * *
**       POTENTIAL FELONY STRIKE ENTRY    ****

    |    |   |    |                 |VT220| 80 COL|   |7 BIT MODE|REPLACE

FOIA EXEMPT

18

```
Tiburon, Inc.              MESSAGE FROM CLETS       Page 1: (more)  01/10/06
                     RIVERSIDE COUNTY SHERIFF'S DEPT.                   14:46
*********************************************************************************


* * * * * * * * * *
* * * *

ARR/DET/CITE:           NAM:01   DOB:19730926
20050711  CASO SANTA ANA

CNT:01      #2263603-0870340
  11550(A) HS-USE/UNDER INFL CONTRLD SUBSTANCE

CNT:02
  -WARRANT
  148.9(A) PC-FALSE ID TO SPECIFIC PEACE OFICERS
  WARRANT   #05NM07463
  COM: CNT2 NUM-TNJC
  COM: ADR-20050711 (1366, WILLOWBUD DR,,, DIAMOND BAR,
     CA, 91765)
  COM: PHOTO AVAILABLE
  COM: SCN-33351940005


  |  |  |  |            |VT220| 80 COL|  |7 BIT MODE|REPLACE
```



FOIA EXEMPT

19

```
Tiburon, Inc.            MESSAGE FROM CLETS      Page .  (more)  01/10/06
                    RIVERSIDE COUNTY SHERIFF'S DEPT.                14:46
************************************************************************
```

* * * *

ARR/DET/CITE:            NAM:05   DOB:19730926
20050711  CAPD ANAHEIM

CNT:01    #050206219
  11550(A) HS-USE/UNDER INFL CONTRLD SUBSTANCE
    COM: ADR-20050711 (1366, WILLOWBUD DR,,, DIAMOND BAR,
        CA, 91765)
    COM: SCN-I0251920004
- - - -
COURT:                   NAM:05
20050712  CASC FULLERTON

CNT:01    #05NM07463
  148.9(A) PC-FALSE ID TO SPECIFIC PEACE OFICERS
*DISPO:CONVICTED
    CONV STATUS:MISDEMEANOR

   |   |   |   |              |VT220| 80 COL|   |7 BIT MODE|REPLACE

FOIA EXEMPT

Tiburon, Inc.          MESSAGE FROM CLETS      Page ⌐   (more)  01/10/06
                  RIVERSIDE COUNTY SHERIFF'S DEPT.               14:46
*****************************************************************************

```
    SEN: 5 YR PROB, 30 DS JL,

CNT:02
   11550(A) HS-USE/UNDER INFL CONTRLD SUBSTANCE
*DISPO:CONVICTED
    CONV STATUS:MISDEMEANOR
    SEN: 5 YR PROB, 90 DS JL,
    COM: DCN-T3081902530596000105
* * * *

CUSTODY:CDC          NAM:01
20051021  CASD CORR WASCO

CNT:01     #F00915
   11378 HS-POSSESS CONTROL SUBSTANCE FOR SALE
    -CHRG STAYED
    SEN FROM: ORANGE CO   CRT #01WF1921
```



```
 |   |   |   |          |VT220| 80 COL|   |7 BIT MODE|REPLACE
```

21

```
Tiburon, Inc.              MESSAGE FROM CLETS      Page 1   (last)  01/10/06
                        RIVERSIDE COUNTY SHERIFF'S DEPT.             14:46
***************************************************************************

CNT:02
  11379(A) HS-TRANSPORT/ETC CNTL SUB
   SEN: 2 YEARS PRISON
   COM: SCN-92152970038
* * * * * * * * * *
**   POTENTIAL FELONY STRIKE ENTRY    **
* * * * * * * * * *
*****************************************************************
*****************************************************************
NOTE:   5 POTENTIAL ENTRIES WITH FELONY CONVICTION DATA WERE
FOUND FOR THIS SUBJECT. SEE ENTRIES IN THE RECORD ANNOTATED
WITH "POTENTIAL FELONY STRIKE ENTRY" FOR DETAILS. THIS RECORD
MAY ALSO CONTAIN ADDITIONAL DATA RELATED TO "STRIKE" CONDITIONS.
*****************************************************************
*****************************************************************
        *    *    *    END OF MESSAGE    *    *    *


  |   |   |   |            |VT220| 80 COL|  |7 BIT MODE|REPLACE
```


FOIA EXEMPT

22

SUPERIOR COURT OF THE STATE OF CALIFORNIA

FOR THE COUNTY OF LOS ANGELES

THE PEOPLE OF THE STATE OF CALIFORNIA,

                                Plaintiff

v.

01 CHUEK FUNG YONG

                                Defendant(s)

Case No. KA020124

I N F O R M A T I O N

Arraignment Date: 12/27/93
Department: E

I N F O R M A T I O N
S U M M A R Y

| Ct. No. | Charge | Charge Range | Defendant | Special Allegation | Alleg. Effect |
|---------|--------|--------------|-----------|--------------------|---------------|
| 1 | PC484f(2) | 16-2-3 | YONG, CHUEK FUNG | | |
| 2 | PC484f(2) | 16-2-3 | YONG, CHUEK FUNG | | |
| 3 | PC12280(b) | 16-2-3 | YONG, CHUEK FUNG | | |
| 4 | PC470b | 16-2-3 | YONG, CHUEK FUNG | | |
| 5 | PC470b | 16-2-3 | YONG, CHUEK FUNG | | |

The District Attorney of the County of Los Angeles, by this Information alleges that:

COUNT 1

On or about October 2, 1993, in the County of Los Angeles, the crime of FRAUDULENT USE OF ANOTHER'S ACCESS CARD, in violation of PENAL CODE SECTION 484f(2), a Felony, was committed by CHUEK FUNG YONG, who did willfully,

23

unlawfully, and with intent to defraud sign the name of another person, to wit,
RICHARD CHANG, to a sales slip in the sum of One thousand eight hundred and
no/100 Dollars ($ 1,800 ), said defendant(s) being a person(s) other than the
cardholder, with intent to defraud STEREO ONE and NATIONS BANK, a corporation,
and without authorization of the cardholder.


\* \* \* \* \*


COUNT   2


On or about October 3, 1993, in the County of Los Angeles, the crime of
FRAUDULENT USE OF ANOTHER'S ACCESS CARD, in violation of PENAL CODE SECTION
484f(2), a Felony, was committed by CHUEK FUNG YONG, who did willfully,
unlawfully, and with intent to defraud sign the name of another person, to wit,
RICHARD CHANG, to a sales slip in the sum of Two thousand four hundred
ninety-nine and 25/100 Dollars ($ 2,499.25 ), said defendant(s) being a
person(s) other than the cardholder, with intent to defraud GOOD GUYS and
NATIONS BANK, a corporation, and without authorization of the cardholder.


\* \* \* \* \*


COUNT   3


On or about October 18, 1993, in the County of Los Angeles, the crime of
POSSESSION OF AN ASSAULT WEAPON, in violation of PENAL CODE SECTION 12280(b), a
Felony, was committed by CHUEK FUNG YONG, who did willfully and unlawfully
possess an assault weapon, to wit: rifle (Colt AR 15).


\* \* \* \* \*

24

COUNT   4

On or about October 2, 1993, in the County of Los Angeles, the crime of
POSSESSION OF FORGED DRIVER'S LICENSE, in violation of PENAL CODE SECTION 470b,
a Felony, was committed by CHUEK FUNG YONG, who did willfully and unlawfully
display, cause and permit to be displayed and possess a driver's license and
identification card of the type enumerated in Penal Code Section 470a with the
intent that said document be used to facilitate the commission of a forgery.


* * * * *


COUNT   5

On or about October 3, 1993, in the County of Los Angeles, the crime of
POSSESSION OF FORGED DRIVER'S LICENSE, in violation of PENAL CODE SECTION 470b,
a Felony, was committed by CHUEK FUNG YONG, who did willfully and unlawfully
display, cause and permit to be displayed and possess a driver's license and
identification card of the type enumerated in Penal Code Section 470a with the
intent that said document be used to facilitate the commission of a forgery.


* * * * *


THIS INFORMATION CONSISTS OF 5 COUNT(S).


GIL GARCETTI
DISTRICT ATTORNEY
County of Los Angeles,
State of California


BY: _____
RICHARD L JENKINS
DEPUTY DISTRICT ATTORNEY                   Filed in Superior Court,
                                           County of Los Angeles


/DK                                        DATED: _____


Page   3

25

Pursuant to Penal Code Section 1054.5(b), the People are hereby informally requesting that defense counsel provide discovery to the People as required by Penal Code Section 1054.3.

26

1

2

3

4                         Return date:    ^ date

5

6

7               SUPERIOR COURT OF THE STATE OF CALIFORNIA

8                   FOR THE   COUNTY OF LOS ANGELES

9    DEPARTMENT EAST R                 HON. ROBERT A. DUKES, JUDGE

10

11   THE PEOPLE OF THE STATE OF CALIFORNIA,  )
                                             )
12                            Plaintiff,  )
                                             )
13           vs.                          )NO. KA 020 124
                                             )
14   CHUEK FUNG YONG,                     )
                                             )  PROBATION
15                            Defendant.  )
     ─────────────────────────────────────  )

16

17          POMONA, CALIFORNIA; MONDAY, JANUARY 24, 1994

18                         A.M. SESSION

19

20          Upon the above date, the defendant being present

21          and represented by counsel, MR. GRADY RUSSELL,

22          Deputy Public Defender of Los Angeles County;

23          the People being represented by

24          MS. PAMELA BOOTH-GULLEY, Deputy District Attorney

25          of Los Angeles County, the following proceedings were

26          held:

27

28       (L. Katherine Ingersoll, CSR No. 2443, Official Reporter.)

1

COPY
27

1      THE COURT:   302.

2      MR. RUSSELL:   He has not been sentenced as yet.

3      THE COURT:   The matter is here for probation and

4  sentencing hearing.

5           Mr. Yong, you had agreed to three years of

6  formal probation, a year in the county jail and other

7  conditions appropriate.   Count 3 was to be dismissed on the

8  day of sentence.

9      MS. BOOTH-GULLEY:   Just so the court is aware, there

10  was some confusion as to whether the weapon that he had was

11  indeed an illegal weapon.   He provided on the date that he

12  pled a receipt showing that he bought -- what is referred to

13  as a Colt Lightweight with a serial number.   The police

14  report didn't have a serial number of the gun so we had to

15  put it over so I could check and see if this receipt

16  matched-up with that gun.   It was -- I accomplished that and

17  it did in fact match-up with the gun.   Although it certainly

18  appears by all outward appearances to be an illegal weapon,

19  been sufficiently modified so that it does come, maybe just

20  an eyelash, but it does come under the law.

21      THE COURT:   Count 3 will be dismissed.

22      MS. BOOTH-GULLEY:   Yes.

23      THE COURT:   Do you waive further formal arraignment

24  for judgment and time for sentence?

25      MR. RUSSELL:   Yes.

26      THE COURT:   Is there any legal cause why judgment

27  should not now be pronounced?

28      MR. RUSSELL:   No legal cause.

1      THE COURT:   Do you wish to be heard further?

2      MR. RUSSELL:   Submit it.

3      THE COURT:   Imposition of sentence is suspended;

4  defendant is placed on three years formal probation on the

5  following terms and conditions:

6           He is to serve one year in the

7      Los Angeles County Jail.

8           Mr. Yong, did you do any time in custody when

9  you were arrested?

10     MR. RUSSELL:   He did 8 days.

11     THE COURT:   He has credit of 8 actual plus 4

12  good/work time added to that.

13          Mr. Yong, umm, I'm not certain when the sheriff

14  is going to release you from jail.  Whenever that is, within

15  three days, I'm ordering you to report back to the probation

16  department here in Pomona to set up for your probation

17  supervision.

18          Do you understand that?

19     THE DEFENDANT:   I understand, that sir.

20     THE COURT:   Additionally, if after you report they

21  tell you to go home and wait until you get some further word

22  from them and, if you haven't heard anything from the

23  probation department within a reasonable time, which I would

24  suggest would be about thirty days, I'm ordering you to

25  either return to the probation department or look up your

26  attorney or come back to this courtroom.  It is my intention

27  that you are to be supervised at all times by the probation

28  department, and I'm making it your responsibility to make

29

1  sure that that is occurring.  I don't accept the excuse that

2  you weren't reporting or doing the things on probation I'm

3  going to have you do because you didn't hear from your

4  probation officer.

5          Do you understand that?

6      THE DEFENDANT:  Yes.

7      THE COURT:    You are do pay a fine of

8      $200.00 plus penalty assessment --

9      strike that.

10         $200.00 to the Victim Restitution

11     Fund.

12         $100 plus penalty assessment for

13     the Penal Code violation.

14         You are to make restitution in an

15     amount and manner as determined by the

16     probation department for any losses

17     arising from your actions in this

18     matter.  If you have a dispute as to

19     the amount of any restitution you can

20     return to this court for a resolution

21     of that dispute.

22         No. 13 and 14:  You are to seek

23     and maintain training, schooling, or

24     employment and a residence as is

25     approved of by the probation

26     department.  You are to notify the

27     probation department at all times as to

28     your current residence.

4

30

1              Is this as a result of some gambling losses?  Is

2   that the background?  Is that my understanding?  Or was that

3   just the victim?

4         MR. RUSSELL:   It was.

5         MS. BOOTH-GULLEY:   Counterfeit.

6         MR. RUSSELL:   Actually use of an ATM card and that

7   kind of thing.

8         MS. BOOTH-GULLEY:   I don't know anything about any

9   gambling.

10        MR. RUSSELL:   I don't gamble.  Purchases made on a

11  credit card.

12        THE COURT:   The probation officer is requesting that

13  he not -- that he stay away from the Commercial Card Club

14  casino.  But I can't figure out why, so ...

15            Mr. Yong, it is necessary for the probation

16  officer and I to be able to contact you at all times.  So any

17  time you do move your residence, you are to immediately

18  notify the probation department as to your new residence.

19            Do you understand that?

20        THE DEFENDANT:   Yes, sir.

21        THE COURT:   No. 18:  You are to submit

22        your person and property under your

23        control to search or seizure at any

24        time of the day or night by any

25        probation officer or other peace

26        officer with or without a warrant or

27        with or without probable cause.

28            You are to obey all laws, all

31

1          orders, rules and regulations of the

2          probation department and of the court.

3                    Do you have any questions about those conditions

4     of probation?

5          THE DEFENDANT:   Umm, no, Your Honor.

6          THE COURT:   If you violate those conditions of

7     probation, then you will go to state prison.

8                    Do you understand that?          :

9          THE DEFENDANT:   Yes.

10         THE COURT:   People's motion as to Count 3?

11         MS. BOOTH-GULLEY:   May it be dismissed?

12         THE COURT:   Dismissed.

13                   (The proceedings were concluded.)

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

32

1        SUPERIOR COURT OF THE STATE OF CALIFORNIA

2             FOR THE COUNTY OF LOS ANGELES

3    DEPARTMENT EAST R              HON. ROBERT A. DUKES, JUDGE

4

5    THE PEOPLE OF THE STATE OF CALIFORNIA,    )
                                               )
6                           Plaintiff,         )
                                               )
7              vs.                             )NO. KA 020 124
                                               )   REPORTER'S
8    CHUEK FUNG YONG,                          ) CERTIFICATE
                            Defendant.         )
9    _____ )

10

11   STATE OF CALIFORNIA      )
                              ) ss
12   COUNTY OF LOS ANGELES    )

13

14

15        I, L. KATHERINE INGERSOLL, CSR No. 2443,

16   Official Reporter of the Superior Court of the State of

17   California, for the County of Los Angeles, do hereby certify

18   that the foregoing is a full, true and correct transcript of

19   all of the admonitions given and waivers and admissions taken

20   at the time of the taking of the plea, modification and/or

21   pronouncement of judgment in the above-entitled cause.

22

23        Dated this  28th day of January, 1994.

24

25

26   _____, CSR No. 2443

27        L. Katherine Ingersoll, Official Court Reporter

28

33

LAW OFFICES OF THE PUBLIC DEFENDER
By: Phyllis Shibata, Deputy  Bar No. 101349
435 W. Mission Blvd., Suite 201
Pomona, CA  91766
(909) 620-3171

**FILED**
LOS ANGELES SUPERIOR COURT

JUL 2 1 1997

JOHN A. CLARKE, CLERK
BY ROUSHA DANIEL, DEPUTY

*HEARING Set 8-11-97*
*8:30 AM  Dept "7"*

---

# SUPERIOR COURT OF CALIFORNIA, COUNTY OF LOS ANGELES

| THE PEOPLE OF THE STATE OF CALIFORNIA | CASE NUMBER |
|---|---|
| PLAINTIFF, | KA020124 |
| vs. | |
| Cheuk Yong, | **PETITION AND ORDER UNDER P.C. 17(b)(3) AND/OR P.C. 1203.4** |
| DEFENDANT. | |

I, the undersigned, say: that I am the defendant in the above entitled criminal action, who was convicted of the offense of violation of Section __484f(2);484f(2);470 (b)x2 of Penal__ Code on __1/24/94__ . That probation was granted on the terms and conditions set forth in the docket of the above entitled Court; that the defendant is not serving a sentence for any offense, nor on probation for any offense, nor under charge of commission of any crime, and that the defendant has:

- [x] Fulfilled the conditions of probation for the entire period thereof, or
- [ ] Been discharged from probation prior to the termination of the period thereof.

WHEREFORE, Petitioner hereby requests that the Court reduce the offense to a misdemeanor pursuant to Penal Code §17(b)(3).

WHEREFORE, Petitioner hereby requests that defendant be permitted to withdraw his/her plea of guilty, or that the verdict of finding of guilt be set aside and that a plea of not guilty be entered and that the Court dismiss this action pursuant to Penal Code §1203.4.

Executed on __July 17, 1997__ , at __Pomona__ , California. I declare under penalty of perjury that the foregoing is true and correct.

__9/26/68__
Date of Birth

__1366 Willowbud Dr.,__
Street Address

__Diamond Bar, CA  91789__
City, State, Zip

ATTORNEY FOR THE DEFENDANT

---

## ORDER

It appearing to the Court from the records on file in this case, and from the foregoing Petition that the defendant herein is eligible for the relief requested.

IT IS HEREBY ORDERED that the charge of __all above charges__ be declared a misdemeanor pursuant to Penal Code §17(b)(3); and

IT IS FURTHER ORDERED that the plea, verdict, or finding of guilt in the above entitled action be set aside and vacated and a plea of not guilty be entered; and that the complaint be, and is hereby dismissed. Further, if this Order is granted pursuant to the provision of Penal Code §1203.4 the defendant is required to disclose the above conviction in response to any direct question contained in any questionnaire or application for public office or for licensure by any state or local agency.

DATE: __8-11-97__                                    *Wade D. Olson*

34

MISC.

SUPERIOR COURT OF CALIFORNIA, COUNTY OF LOS ANGELES    DEPT.

AUGUST 11 1997

HONORABLE: D LOPEZ W. Olson    JUDGE    EAST    SHIRLEY JETT    Deputy Clerk
LINDA COLLINSMcnelly    Deputy Sheriff    JOYCE HALLETT    Reporter

KA02C124-01    (Parties and counsel checked if present)

PEOPLE OF THE STATE OF CALIFORNIA    Counsel for People:
                                     DEPUTY DISTRICT ATTY.    D. Parson
                    vs
01 YONG CHEUK NI    Counsel for Defendant:
     484.F2  002CTS    470.B  002CTS
                                     X            (BOX CHECKED IF ORDER APPLICABLE)

NATURE OR PROCEEDINGS    MISCL    PC 17B3 AND OR PC 1203.4    INTERPRETER.    OATH FILED PER 68566 G.C.
    IS SWORN AS THE ENGLISH*

☐ PUBLIC DEFENDER APPOINTED _____    ☐ DUE TO CONFLICT OF INTERESTS, PUBLIC DEFENDER RELIEVED.
    PURSUANT TO PENAL CODE SECTION 987.2 / GOVERNMENT CODE SECTION 31000
    IS APPOINTED.    ☐ ALTERNATE PUBLIC DEFENDER    ☐ BAR PANEL

☐ CRIMINAL PROCEEDINGS ARE ADJOURNED / REMAIN ADJOURNED / ARE RESUMED.
☐ DEFENDANT ORDERED DELIVERED TO DEPARTMENT OF CORRECTIONS PURSUANT TO PENAL CODE SECTION 1203.03.
☐ DEFENDANT ORDERED DELIVERED TO CALIFORNIA YOUTH AUTHORITY PURSUANT TO WELFARE AND INSTITUTIONS CODE SECTION 707.2.

☐ DEFENDANT IS ADVISED OF RIGHTS RE HEARING ON VIOLATION. DEFENDANT ADMITS VIOLATION OF PROBATION AND WAIVES RIGHTS TO
    REVOCATION HEARING.
    DEFENDANT IS FOUND TO BE / NOT TO BE IN VIOLATION OF PROBATION.
    PROBATION IS REVOKED / REMAINS REVOKED. SENTENCE IMPOSED AS FOLLOWS.
    ☐ SENTENCE PREVIOUSLY IMPOSED PLACED IN FULL FORCE AND EFFECT.
    ☐ IMPRISONED IN STATE PRISON / LOS ANGELES COUNTY JAIL FOR _____ TERM OF _____ AS TO COUNT _____
    PROBATION REINSTATED / CONTINUED ON SAME TERMS AND CONDITIONS, EXCEPT FOR MODIFICATION (SEE BOX 113).
☐ PROBATION IS EXTENDED TO _____
    ON _____ MOTION, FURTHER PROCEEDINGS CONTINUED TO _____ AT _____ IN DEPT. _____
    ☐ NON-APPEARANCE ☐ DEFENDANT ORDERED TO RETURN ☐ PROBATION OFFICER TO INSTRUCT DEFENDANT TO APPEAR
☐ SUPPLEMENTAL PROBATION REPORT IS ORDERED RE: _____
☐ DEFENDANT PERSONALLY AND ALL COUNSEL WAIVE TIME FOR _____
    FURTHER ORDERS AS FOLLOWS:
    ☐ SERVE _____ DAYS IN COUNTY JAIL

The court having read & considered defendant's petition
re 17(B)(c) and 1203.4 pc

☐ DEFENDANT GIVEN TOTAL CREDIT FOR _____ DAYS IN CUSTODY ( _____ DAYS ACTUAL CUSTODY AND _____ DAYS GOOD TIME/WORK TIME.
    SENTENCE / COUNTS TO RUN CONSECUTIVELY TO / CONCURRENTLY WITH _____
    COURT ADVISES DEFENDANT OF HIS APPEAL / PAROLE RIGHTS.

☐ EXECUTION OF SENTENCE IS SUSPENDED. THERE BEING NO STIPULATION, PETITION ORDERED FILED IN DEPARTMENT 95 PURSUANT TO SECTION
    3051 WELFARE AND INSTITUTIONS CODE. FURTHER PROCEEDINGS CONTINUED TO _____ AT _____ IN DEPT. 95.
    COUNSEL AND DEFENDANT ARE ORDERED TO APPEAR IN DEPARTMENT 95 ON THE ABOVE DATE.
    FURTHER PROCEEDINGS CONTINUED TO _____ AT _____ IN THIS DEPARTMENT.

☐ DEFENDANT HAVING BEEN COMMITTED BY DEPARTMENT 95 PURSUANT TO SECTION 3051 WELFARE AND INSTITUTIONS CODE, N.D.A. NUMBER
    _____ , MATTER IS ORDERED OFF CALENDAR.

☑ PURSUANT TO SECTION 17 PENAL CODE, OFFENSE IS DEEMED TO BE A MISDEMEANOR.
    PROBATION IS ORDERED TERMINATED PURSUANT TO SECTION 1203.3 PENAL CODE.
☑ PLEA OF GUILTY OR CONVICTION IS SET ASIDE; A PLEA OF NOT GUILTY IS ENTERED; CASE IS DISMISSED PER PENAL CODE SECTION 1203.4.

☐ ORDER OF _____ GRANTING _____ DAYS GOOD TIME/WORK TIME CREDITS IS ORDERED VACATED. DEFENDANT NOTIFIED BY U.S. MAIL.

☐ DEFENDANT'S EX PARTE REQUEST / MOTION FOR _____ IS DENIED / GRANTED. DEFENDANT NOTIFIED BY U.S. MAIL.

☐ SHERIFF IS ORDERED TO ALLOW DEFENDANT _____ PHONE CALLS AT DEFENDANT'S OWN EXPENSE.

☐ DEFENDANT FAILS TO APPEAR WITH / WITHOUT SUFFICIENT CAUSE.
    ☐ O.R. REVOKED ☐ BAIL FORFEITED. FORFEITURE CARD # _____ WRITTEN.
    BENCH WARRANT ORDERED ISSUED / REISSUED / REACTIVATED AND HELD UNTIL _____
    ☐ NO BAIL ☐ BAIL FIXED AT $ _____
    DEFENDANT APPEARING, BENCH WARRANT RECALLED / QUASHED. ☐ RECALL NO. _____ ISSUED. ☐ ABSTRACT/WARRANT FILED

☐ PERSON IN CUSTODY NOT BEING THE DEFENDANT, IS ORDERED RELEASED FORTHWITH ON THIS CASE ONLY.

☐ UPON PAYMENT OF $ _____ BEFORE _____ AND FILING OF REASSUMPTION, ORDER OF _____
    FORFEITING BAIL IS / IS TO BE VACATED AND BAIL REINSTATED.    ☐ CERTIFICATE OF MAILING EXECUTED AND FILED / NOTICE WAIVED.
    REASSUMPTION FILED. COSTS PAID (RECEIPT # _____ ) ORDER OF _____ FORFEITING BAIL VACATED. BAIL REINSTATED.
    DEFENDANT'S MOTION FOR RELEASE ON O.R./REDUCTION OF BAIL IS GRANTED / DENIED / SET / CONTINUED TO _____
    REASON: _____
    BAIL RESET AT $ _____

REMANDED    ☐ BAIL    ☐ O.R.    ☐ ON PROBATION.    MINUTES ENTERED
CUSTODY OTHER MATTER    ☐ BAIL EXON.    ☐ O.R. DISCHARGED    ☐ ON DIVERSION.    AUG 11, 1997
RELEASED # _____    PAGE _____ OF _____    ☐ BENCH WARRANT    4 MISC.

35

P&S

SUPERIOR COURT OF CALIFORNIA, COUNTY OF LOS ANGELES    DEPT.

JANUARY 24 1994

HONORABLE: ROBERT A. DUKES    JUDGE    D. LLOYD    Deputy Clerk

Deputy Sheriff    R. INGERSOLL    Reporter

NA020126-01    (Parties and counsel checked if present)

Counsel for People:

PEOPLE OF THE STATE OF CALIFORNIA    DEPUTY DISTRICT ATTY:   P. BOOTH-GULLEY ✓

VS

CI YOUC CHUK FUNG    Counsel for Defendant:   G. RUSSELL PR ✓

484 P2 OCLCTS    1228□ L    61 1CTS    47□ 6 OCLCTS    (BOX CHECKED IF ORDER APPLICABLE)

X  1528875

NATURE OF PROCEEDINGS    P&S    PFS C?    12-27-1993

☐ _____ IS SWORN AS THE ENGLISH/ _____ INTERPRETER. ☐ OATH FILED PER 68560 G.C.
DUE TO CONFLICT OF INTERESTS. PUBLIC DEFENDER RELIEVED. PURSUANT TO PENAL CODE SECTION 987.2/GOVERNMENT CODE SECTION 31000
ALTERNATE DEFENSE COUNSEL _____ IS APPOINTED.

☐ CRIMINAL PROCEEDINGS ARE ADJOURNED/REMAIN ADJOURNED/ARE RESUMED.
☐ DEFENDANT ORDERED DELIVERED TO DEPARTMENT OF CORRECTIONS PURSUANT TO PENAL CODE SECTION 1203.03.
☐ DEFENDANT ORDERED DELIVERED TO CALIFORNIA YOUTH AUTHORITY PURSUANT TO WELFARE AND INSTITUTIONS CODE SECTION 707.2.

☐ ON _____ MOTION, PROBATION AND SENTENCE HEARING/FURTHER PROCEEDINGS CONTINUED TO _____
AT _____ A.M. IN DEPT. _____    ☐ NON-APPEARANCE CALENDAR    ☐ DEFENDANT ORDERED TO RETURN
☐ DEFENDANT PERSONALLY AND ALL COUNSEL WAIVE TIME FOR SENTENCING.
☐ SUPPLEMENTAL PROBATION REPORT/PROGRESS REPORT ORDERED RE: _____

PROBATION DENIED/SENTENCE IMPOSED AS FOLLOWS:
☐ IMPRISONED IN STATE PRISON FOR _____ ☐ TERM PRESCRIBED BY LAW    ☐ TOTAL OF _____ YEARS _____ MONTHS
☐ COURT SELECTS THE _____ TERM OF _____ YEARS/MONTHS FOR THE BASE TERM AS TO COUNT _____
☐ PLUS _____ YEARS/MONTHS PURSUANT TO SECTION _____ OF THE _____ CODE
☐ PLUS _____ AS INDICATED BELOW
☐ TO BE HOUSED AT CALIFORNIA YOUTH AUTHORITY PURSUANT TO SECTION 1731.5(C) W.I.C.
COMMITTED TO CALIFORNIA YOUTH AUTHORITY. THE TERM OF IMPRISONMENT TO WHICH THE DEFENDANT WOULD HAVE BEEN SENTENCED
PURSUANT TO SECTION 1170 PENAL CODE IS _____ YEARS _____ MONTHS.
IMPRISONED IN LOS ANGELES COUNTY JAIL FOR TERM OF _____ AS TO COUNT(S) _____
PAY $ _____ FINE TO SUPERIOR COURT, PLUS PENALTY AND SURCHARGE.
PAY $ _____ RESTITUTION FINE TO STATE VICTIMS RESTITUTION FUND PURSUANT TO SECTION 13967(A) G.C.
SENTENCE IS SUSPENDED.
IMPOSITION OF SENTENCE SUSPENDED. PROBATION GRANTED FOR  3  YEAR(S). ☐ PROBATION TO BE WITHOUT FORMAL SUPERVISION.
DIVERSION GRANTED FOR PERIOD OF _____ YEARS/MONTHS PER SECTION 1000.2 P.C.
☐ DEFENDANT PERSONALLY AND ALL COUNSEL WAIVE TIME FOR TRIAL.
1 ☑ SPEND FIRST  ONE  YEAR  DAYS/MONTHS IN COUNTY JAIL. ☐ NOT TO BE ELIGIBLE FOR COUNTY PAROLE
☐ WORK FURLOUGH PROGRAM RECOMMENDED
2 ☑ PAY A FINE OF $  100.00  PLUS PENALTY ASSESSMENT (1484 P.C. & 76000 G.C.) THROUGH PROBATION OFFICER.
3 ☐ PAY $ _____ FEE PURSUANT TO 1137.2.5 H&S CODE ($50 FOR EACH VIOLATION) THROUGH PROBATION OFFICER.
☐ _____ VICTIM RESTITUTION FUND _____ IN AMOUNT OF $ _____
☐ IN THE AMOUNT AND MANNER AS INSTRUCTED BY PROBATION OFFICER, INCLUDING SERVICE CHARGE PER 1203.1 P.C.
☐ MINIMUM PAYMENT OF RESTITUTION TO BE _____
4 ☑ PAY $  200.00  RESTITUTION FINE PURSUANT TO 13967(A) G.C. THROUGH PROBATION OFFICER. ☐ TOTAL AMOUNT
TO INCLUDE A SERVICE CHARGE IN THE AMOUNT OF $ _____ PURSUANT TO SECTION 13967(d) G.C. ☐ STAYED WHILE
DEFENDANT PAYS RESTITUTION AND IF RESTITUTION IS PAID IN FULL, STAY SHALL BE PERMANENT.
5 ☐ NOT DRINK OR POSSESS ANY ALCOHOLIC BEVERAGE AND STAY OUT OF PLACES WHERE THEY ARE THE CHIEF ITEM OF SALE.
6 ☐ NOT USE OR POSSESS ANY NARCOTICS, DANGEROUS OR RESTRICTED DRUGS OR ASSOCIATED PARAPHERNALIA EXCEPT WITH VALID
PRESCRIPTION, AND STAY AWAY FROM PLACES WHERE USERS, BUYERS OR SELLERS CONGREGATE.
7 ☐ NOT ASSOCIATE WITH PERSONS KNOWN BY YOU TO BE NARCOTIC OR DRUG USERS OR SELLERS.
8 ☐ SUBMIT TO PERIODIC ANTI-NARCOTIC TESTS/ALCOHOL TESTS AS DIRECTED BY THE PROBATION OFFICER OR OTHER PEACE OFFICER.
9 ☐ HAVE NO BLANK CHECKS IN POSSESSION: NOT WRITE ANY PORTION OF ANY CHECKS, AND, NOT HAVE BANK ACCOUNT UPON WHICH
YOU MAY DRAW CHECKS. NOT USE OR POSSESS OR APPLY FOR ANY CREDIT OR ATM CARD.
10 ☐ NOT ASSOCIATE WITH/STAY AWAY FROM _____
11 ☐ COOPERATE WITH PROBATION OFFICER IN A PLAN FOR _____
12 ☑ SUPPORT DEPENDENTS AS DIRECTED BY PROBATION OFFICER.
13 ☑ SEEK AND MAINTAIN TRAINING, SCHOOLING, OR EMPLOYMENT AS APPROVED BY PROBATION OFFICER.
14 ☑ KEEP PROBATION OFFICER ADVISED OF YOUR RESIDENCE AT ALL TIMES.
15 ☑ SURRENDER DRIVER'S LICENSE TO CLERK OF COURT TO BE RETURNED TO DEPARTMENT OF MOTOR VEHICLES.
16 ☐ NOT DRIVE A MOTOR VEHICLE UNLESS LAWFULLY LICENSED AND INSURED.
17 ☑ NOT OWN, USE OR POSSESS ANY DANGEROUS OR DEADLY WEAPONS.
18 ☑ SUBMIT YOUR PERSON AND PROPERTY UNDER YOUR CONTROL TO SEARCH OR SEIZURE AT ANY TIME OF THE DAY OR NIGHT BY
ANY PROBATION OFFICER OR OTHER PEACE OFFICER WITH OR WITHOUT A WARRANT OR PROBABLE CAUSE.
19 ☑ OBEY ALL LAWS. OBEY ALL ORDERS, RULES AND REGULATIONS OF THE PROBATION DEPARTMENT AND OF THE COURT.
20 ☑ USE ONLY YOUR TRUE NAME, STATED TO BE _____
21 ☑ REPORT TO PROBATION OFFICER UPON RELEASE FROM CUSTODY/WITHIN  3 DAYS
22 ☐ IF YOU LEAVE THE COUNTRY, DO NOT REENTER THE UNITED STATES ILLEGALLY. IF YOU DO RETURN, REPORT TO THE PROBATION
OFFICER WITHIN _____ AND PRESENT DOCUMENTATION WHICH PROVES YOU ARE IN THE UNITED STATES LEGALLY.
DEFENDANT GIVEN TOTAL CREDIT FOR  12  DAYS IN CUSTODY (  3  DAYS ACTUAL CUSTODY  4  DAYS GOOD TIME/WORK TIME)
SENTENCE/COUNTS TO RUN CONSECUTIVELY TO/CONCURRENTLY WITH  EACH OTHER
STAY OF EXECUTION OF _____ GRANTED TO _____
ON MOTION OF PEOPLE, COUNTS/ENHANCEMENTS REMAINING ARE DISMISSED IN FURTHERANCE OF JUSTICE/PER CASE SETTLEMENT
AGREEMENT.  (COUNT 8 IS NOW DISMISSED)
COURT ADVISES DEFENDANT OF APPEAL/PAROLE RIGHTS.    ☐ NOTICE OF APPEAL IS RECEIVED
*NOTICE RE CERTIFICATE OF REHABILITATION AND PARDON GIVEN TO DEFENDANT.
DEFENDANT HAS PRESENT ABILITY TO PAY COSTS OF INCARCERATION/LEGAL SERV... ... CHARGES.
... COURT DO... SHOP HAVE PRESENT ABILITY TO PAY _____/AMOUNT TO BE DE... BY PROBATION
OFF... PAY COSTS OF PROBATION SERVICES IN AMOUNT OF $ _____
... ORDERED TO THE ... TAX COLLECTOR FOR FINANCIAL EVALUATION.
... PROBATION OFFICER TO ... PROBATION ... REPORT AP...
... CONDITIONS OF PROBATION _____

☐ SHERIFF IS ORDERED TO ALLOW DEFENDANT _____ PHONE CALLS AT DEFENDANT'S OWN EXPENSE.
DEFENDANT FAILS TO APPEAR WITH/WITHOUT SUFFICIENT CAUSE.
BAIL, IF POSTED, FORFEITED/O.R. REVOKED. BENCH WARRANT ORDERED ISSUED/REISSUED/AND HELD UNTIL _____
☐ NO BAIL    ☐ BAIL FIXED AT $ _____    ☐ ABSTRACT FILED.
DEFENDANT APPEARING, BENCH ORDERED RECALLED/QUASHED.    ☐ RECALL NO. _____    ISSUED    ☐ ABSTRACT FILED.

☐ REMANDED    ☐ BA...    ☐ BAIL EXON    ☐ ON PROBATION    PAGE _____ OF _____
☐ RELEASED    ☐ O...    ☐ BOND NO. _____    ☐ IN CUSTODY OTHER MATTER    ...ER ...ENTERED
WARRANT    ☐ O.R. DISCHARGED    ☐ ON DIVERSION

3 P.S.

36

SUPERIOR COURT OF CALIFORNIA
COUNTY OF LOS ANGELES

NO. GA042370                                          PAGE NO.  1
THE PEOPLE OF THE STATE OF CALIFORNIA    VS.          CURRENT DATE 07/31/06
DEFENDANT 01:  CHEUK FONG YONG
LAW ENFORCEMENT AGENCY EFFECTING ARREST: LASD - TEMPLE CITY STATION

BAIL: APPEARANCE  AMOUNT    DATE     RECEIPT OR  SURETY COMPANY    REGISTER
        DATE     OF BAIL   POSTED    BOND NO.                      NUMBER
               $30,000.00 03/17/00  AS50109807  AMERICAN SURETY CO.

CASE FILED ON 04/26/00.
INFORMATION FILED ON 05/10/00.
OFFENSE(S):
    COUNT 01: 11378 H&S FEL  - POSS CONT SUBSTANCE FOR SALE.
    COUNT 02: 11379(A) H&S FEL  - SALE/TRANS OF CONTROL SUBSTNCE.
COMMITTED ON OR ABOUT 03/16/00 IN THE COUNTY OF LOS ANGELES
NEXT SCHEDULED EVENT:
   05/10/00   830 AM  ARRAIGNMENT    DIST NORTHEAST DISTRICT DEPT NEH


ON 05/08/00 AT  830 AM :
   PRELIMINARY TRANSCRIPTS FILED 050800 "H"
MATTER PREV SET/REMAIN ON CLDR


ON 05/10/00 AT  830 AM  IN NORTHEAST DISTRICT DEPT NEH

   CASE CALLED FOR ARRAIGNMENT
PARTIES: JANICE CLAIRE CROFT (JUDGE)  DENIS LEEDS  (CLERK)
             SUSAN L. VELASQUEZ  (REP)    TAMIA L HOPE  (DDA)
DEFENDANT IS PRESENT IN COURT, AND REPRESENTED BY DENNIS W. CHANG PRIVATE
   COUNSEL
   INFORMATION FILED AND THE DEFENDANT IS ARRAIGNED.
DEFENDANT PLEADS NOT GUILTY TO COUNT 01, 11378 H&S - POSS CONT SUBSTANCE FOR
   SALE.
DEFENDANT PLEADS NOT GUILTY TO COUNT 02, 11379(A) H&S - SALE/TRANS OF CONTROL
   SUBSTNCE.
COURT ORDERS AND FINDINGS:
   -THE COURT ORDERS THE DEFENDANT TO APPEAR ON THE NEXT COURT DATE.

NEXT SCHEDULED EVENT:
   UPON MOTION OF DEFENDANT
06/14/00   830 AM  PRETRIAL CONF/TRIAL SETTING   DIST NORTHEAST DISTRICT DEPT
NEH
NEXT SCHEDULED EVENT 2:
   UPON MOTION OF COURT
   07/07/00   830 AM  JURY TRIAL   DIST NORTHEAST DISTRICT DEPT NEH

CUSTODY STATUS: BAIL TO STAND


ON 06/14/00 AT  830 AM  IN NORTHEAST DISTRICT DEPT NEH

   CASE CALLED FOR PRETRIAL CONF/TRIAL SETTING
PARTIES: JANICE CLAIRE CROFT (JUDGE)  DENIS LEEDS  (CLERK)
             SUSAN L. VELASQUEZ      (REP)  TAMIA L HOPE  (DDA)
DEFENDANT IS PRESENT IN COURT, AND REPRESENTED BY DENNIS W. CHANG PRIVATE
   COUNSEL
COURT ORDERS AND FINDINGS:

*37*

CASE NO. GA042370                          PAGE NO.   2
DEF NO.  01                                DATE PRINTED 07/31/06

 -THE COURT ORDERS THE DEFENDANT TO APPEAR ON THE NEXT COURT DATE.
WAIVES STATUTORY TIME.
NEXT SCHEDULED EVENT:
UPON MOTION OF DEFENDANT
 07/10/00   830 AM  PRETRIAL CONF/TRIAL SETTING   DIST NORTHEAST DISTRICT DEPT
 NEH

CUSTODY STATUS: BAIL TO STAND


ON 07/10/00 AT  830 AM  IN NORTHEAST DISTRICT DEPT NEH

 CASE CALLED FOR PRETRIAL CONF/TRIAL SETTING
PARTIES: JANICE CLAIRE CROFT (JUDGE)  MANUEL RODRIGUEZ  (CLERK)
      SUSAN L. VELASQUEZ    (REP)  ROBERT L. COHEN  (DDA)
DEFENDANT IS PRESENT IN COURT, AND REPRESENTED BY DENNIS W. CHANG PRIVATE
 COUNSEL
 PRETRIAL CONFERENCE IS CONTINUED TO 7/28/00 AS 0 OF 30.

 COURT ORDERS AND FINDINGS:
 -THE COURT ORDERS THE DEFENDANT TO APPEAR ON THE NEXT COURT DATE.
WAIVES STATUTORY TIME.
NEXT SCHEDULED EVENT:
 07/28/00   830 AM  PRETRIAL CONFERENCE   DIST NORTHEAST DISTRICT DEPT NEH

CUSTODY STATUS: BAIL TO STAND


ON 07/28/00 AT  830 AM  IN NORTHEAST DISTRICT DEPT NEH

 CASE CALLED FOR PRETRIAL CONFERENCE
PARTIES: JANICE CLAIRE CROFT (JUDGE)  DENIS LEEDS  (CLERK)
      SUSAN L. VELASQUEZ  (REP)    ROBERT L. COHEN  (DDA)
DEFENDANT IS PRESENT IN COURT, AND REPRESENTED BY DENNIS W. CHANG PRIVATE
 COUNSEL
DEFENDANT ADVISED OF AND PERSONALLY AND EXPLICITLY WAIVES THE FOLLOWING RIGHTS:
TRIAL BY COURT AND TRIAL BY JURY
 CONFRONTATION AND CROSS-EXAMINATION OF WITNESSES;
 SUBPOENA OF WITNESSES INTO COURT TO TESTIFY IN YOUR DEFENSE;
 AGAINST SELF-INCRIMINATION;

DEFENDANT ADVISED OF THE FOLLOWING:
 THE EFFECTS OF PROBATION;
 IF YOU ARE NOT A CITIZEN, YOU ARE HEREBY ADVISED THAT A CONVICTION  OF THE
  OFFENSE FOR WHICH YOU HAVE BEEN CHARGED WILL HAVE THE CONSEQUENCES OF
  DEPORTATION, EXCLUSION FROM ADMISSION TO THE UNITED STATES, OR DENIAL OF
  NATURALIZATION PURSUANT TO THE LAWS OF THE UNITED STATES;
THE COURT FINDS THAT EACH SUCH WAIVER IS KNOWINGLY, UNDERSTANDINGLY, AND
 EXPLICITLY MADE; COUNSEL JOINS IN THE WAIVERS
THE DEFENDANT PERSONALLY WITHDRAWS PLEA OF NOT GUILTY TO COUNT 01 AND PLEADS
 NOLO CONTENDERE WITH THE APPROVAL OF THE COURT TO A VIOLATION OF SECTION
 11378 H&S IN COUNT 01.  THE COURT FINDS THE DEFENDANT GUILTY.
COUNT (01) : DISPOSITION: CONVICTED
 COURT ORDERS AND FINDINGS:
 -THE COURT ORDERS THE DEFENDANT TO APPEAR ON THE NEXT COURT DATE.
COURT ACCEPTS PLEA

*38*

CASE NO. GA042370                          PAGE NO.    3
DEF NO.  01                                DATE PRINTED 07/31/06

NEXT SCHEDULED EVENT:
  UPON MOTION OF DEFENDANT
08/10/00   830 AM   SURRENDER    DIST NORTHEAST DISTRICT DEPT NEH
WAIVES STATUTORY TIME.
NEXT SCHEDULED EVENT 2:
  UPON MOTION OF DEFENDANT
  01/11/01   830 AM  PROBATION AND SENTENCE HEARING    DIST NORTHEAST DISTRICT
    DEPT NEH

CUSTODY STATUS: BAIL TO STAND


ON 08/10/00 AT  830 AM  IN NORTHEAST DISTRICT DEPT NEH

   CASE CALLED FOR SURRENDER
PARTIES: JANICE CLAIRE CROFT (JUDGE)  DENIS LEEDS  (CLERK)
                 SUSAN L. VELASQUEZ     (REP)  ROBERT L. COHEN  (DDA)
DEFENDANT IS PRESENT IN COURT, AND REPRESENTED BY DENNIS W. CHANG PRIVATE

   COUNSEL
BAIL SET AT NO BAIL
   DEFENDANT SURRENDERS INTO CUSTODY.
   COURT ORDERS AND FINDINGS:
   -THE COURT ORDERS THE DEFENDANT TO APPEAR ON THE NEXT COURT DATE.
NEXT SCHEDULED EVENT:
  UPON MOTION OF COURT
  01/11/01   900 AM  PROBATION AND SENTENCE HEARING    DIST NORTHEAST DISTRICT
    DEPT NEH

CUSTODY STATUS: BAIL EXONERATED
CUSTODY STATUS: REMANDED TO CUSTODY


ON 09/22/00 AT  830 AM :
   TRANSCRIPT FILED


ON 12/08/00 AT  830 AM  IN NORTHEAST DISTRICT DEPT NEH


   CASE CALLED FOR MISCELLANEOUS
PARTIES: JANICE CLAIRE CROFT (JUDGE)  DENIS LEEDS  (CLERK)
                 SUSAN L. VELASQUEZ     (REP)  ROBERT L. COHEN  (DDA)
DEFENDANT IS NOT PRESENT IN COURT, BUT REPRESENTED BY DENNIS W. CHANG PRIVATE
   COUNSEL
   O.R. RELEASE GRANTED,#436178.
NEXT SCHEDULED EVENT:
  UPON MOTION OF DEFENDANT
  01/11/01   830 AM  PROBATION AND SENTENCE HEARING    DIST NORTHEAST DISTRICT
    DEPT NEH

CUSTODY-STATUS: DEFENDANT RELEASED


ON 01/11/01 AT  830 AM  IN NORTHEAST DISTRICT DEPT NEH

   CASE CALLED FOR PROBATION AND SENTENCE HEARING
PARTIES: JANICE CLAIRE CROFT (JUDGE) DENIS LEEDS   (CLERK)
                 ANDREA BILLUE  (REP)    ROBERT L. COHEN  (DDA)

*39*

CASE NO. GA042370                           PAGE NO.   4
DEF NO.  01                                 DATE PRINTED 07/31/06

DEFENDANT IS PRESENT IN COURT, AND REPRESENTED BY DENNIS W. CHANG PRIVATE
   COUNSEL
AS TO COUNT  (01):
PROCEEDING OF SENTENCE SUSPENDED
DEFENDANT PLACED ON FORMAL PROBATION
   FOR A PERIOD OF 003 YEARS UNDER THE FOLLOWING TERMS AND CONDITIONS:
   SERVE 180 DAYS IN LOS ANGELES COUNTY JAIL
   DEFENDANT GIVEN TOTAL CREDIT FOR 180 DAYS IN CUSTODY 120 DAYS ACTUAL CUSTODY
      AND 60 DAYS GOOD TIME/WORK TIME
   IN ADDITION:
   -INCREMENT (11372.5 H&S, LAB ANALYSIS) $50.00.
   -THE DEFENDANT IS TO PAY A RESTITUTION FINE PURSUANT TO SECTION
      1202.4(B) PENAL CODE IN THE AMOUNT OF $200.00.
   -NOT USE OR POSSESS ANY NARCOTICS, DANGEROUS OR RESTRICTED DRUGS
      OR ASSOCIATED PARAPHERNALIA, EXCEPT WITH VALID PRESCRIPTION, AND
      STAY AWAY FROM PLACES WHERE USERS, BUYERS OR SELLERS CONGREGATE,
      EXCEPT IN AN AUTHORIZED DRUG COUNSELING PROGRAM.
   -NOT ASSOCIATE WITH PERSONS KNOWN BY YOU TO BE NARCOTIC OR DRUG

      USERS OR SELLERS.
   -SUBMIT TO PERIODIC ANTI-NARCOTIC TESTS AS DIRECTED BY THE
      PROBATION OFFICER.
   -COOPERATE WITH THE PROBATION OFFICER IN A PLAN FOR  180 DAYS IN
      AN OUT-PATIENT DRUG PROGRAM.
   -MAINTAIN RESIDENCE AS APPROVED BY THE PROBATION OFFICER.
   -SUBMIT PERSON AND PROPERTY TO SEARCH OR SEIZURE AT ANY TIME OF
      THE DAY OR NIGHT BY ANY LAW ENFORCEMENT OFFICER OR BY PROBATION
      OFFICER WITH OR WITHOUT A WARRANT.
   -OBEY ALL LAWS AND ORDERS OF THE COURT.
   -OBEY ALL RULES AND REGULATIONS OF THE PROBATION DEPARTMENT.
   -DEFENDANT TO REPORT TO THE PROBATION OFFICER WITHIN  2 DAYS TO
      POMONA OFFICE. AFTER RELEASE FROM CUSTODY.
   -DEFENDANT ACKNOWLEDGES TO THE COURT THAT THE DEFENDANT
      UNDERSTANDS AND ACCEPTS ALL THE PROBATION CONDITIONS, AND
      DEFENDANT AGREES TO ABIDE BY SAME.
COUNT  (01):  DISPOSITION:  CONVICTED
REMAINING COUNTS DISMISSED.
   COUNT  (02): DISMISSED DUE TO PLEA NEGOTIATION
DMV JUDGMENT CODE  JG
ABSTRACT ISSUED ON 01/11/01 FOR COUNT 01

NEXT SCHEDULED EVENT:
   PROBATION IN EFFECT


ON 03/23/04 AT  830 AM  IN NORTHEAST DISTRICT DEPT NEO

   CASE CALLED FOR EXHIBIT DISPOSAL LIST
PARTIES: NONE (JUDGE)  HEDY EVANGELISTA  (CLERK)
                NONE      (REP)  NONE  (DDA)
DEFENDANT IS NOT PRESENT IN COURT, AND NOT REPRESENTED BY COUNSEL
   EXHIBITS APPROVED FOR DESTRUCTION:  LIST #04-003
NEXT SCHEDULED EVENT:
PROCEEDINGS TERMINATED

*40*

DNA Taken CFW

ABSTR — JUDGMENT - PRISON COMMITMENT - TERMINATE
(NOT VALID WITHOUT COMPLETED PAGE TWO OF CR-290 ATTACHED)    F00915    CR-290

| | | | |
|---|---|---|---|
| X | SUPERIOR | COURT OF CALIFORNIA, COUNTY OF: | Orange |
| | MUNICIPAL | BRANCH OR JUDICIAL DISTRICT: | |

PEOPLE OF THE STATE OF CALIFORNIA vs    DOB:    09-26-68

DEFENDANT:  Yong, Cheuk Fung    01WF1921    -A

ENTERED INTO OBIS    -B

AKA:  Chong, Richard ; Yong, Charles ; Yong, Cheuk    CJB    -C
CII#  X10658823
BOOKING#  2263603    10/7    ☐ NOT PRESENT

COMMITMENT TO STATE PRISON
ABSTRACT OF JUDGEMENT    ☐ AMENDED ABSTRACT    -D

FILED
SUPERIOR COURT OF CALIFORNIA
COUNTY OF ORANGE
CENTRAL JUSTICE CENTER

OCT 06 2005

ALAN SLATER, Executive Officer/Clerk

M. Davis   DA..

| | | |
|---|---|---|
| DATE OF HEARING  09-21-05 | DEPT.NO.  C5 | JUDGE  Richard F. Toohey |
| CLERK  Julie Boyd | REPORTER  Elizabeth Musial | PROBATION NO. OR PROBATION OFFICER |
| COUNSEL FOR PEOPLE  Shaddi Kamiabipour | | COUNSEL FOR DEFENDANT  Donald Marks, Retained Attorney    ☐ APPTD |

1. Defendant was convicted of the commission of the following felonies:

☐ Additional counts are listed on attachment
  0  (number of pages attached)

| CNT. | CODE | SECTION NO. | CRIME | YEAR CRIME CMMTD | DATE OF CONVICTION (MO/DATE/YEAR) | CONVICTED BY JURY | CONVICTED BY COURT | PLEA | TERM (L.M.U) | CONCURRENT | CONSECUTIVE 1/3 VIOLENT | CONSECUTIVE /3 NON/VIOLENT | CONSECUTIVE FULL-TERM | INCOMPLETE SENTENCE (refer to item 5) | 654 STAY | PRINCIPAL OR CONSECUTIVE TIME IMPOSED YRS | MOS. |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 3A | HS | 11378 | Possession of controlled | 01 | 09/21/05 | | | X | | | | | | | X | | |
| 4A | HS | 11379(a) | Sale or transport of contro | 01 | 09/21/05 | | X | | L | | | | | | | 02 | 00 |
| | | | | | | | | | | | | | | | | | |
| | | | | | | | | | | | | | | | | | |
| | | | | | | | | | | | | | | | | | |

2. ENHANCEMENTS charged and found to be true TIED TO SPECIFIC COUNTS (mainly in the PC 12022 series). List each count enhancement horizontally. Enter time imposed for each or 'S' for stayed. DO NOT LIST enhancements striken under PC 1385.

| CNT. | ENHANCEMENT | Y/S | ENHANCEMENT | Y/S | ENHANCEMENT | Y/S | ENHANCEMENT | Y/S | TOTAL |
|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | | | |
| | | | | | | | | | |
| | | | | | | | | | |
| | | | | | | | | | |

3. ENHANCEMENTS charged and found to be true FOR PRIOR CONVICTIONS OR PRISON TERMS (mainly in the PC 667 series). List all enhancements horizontally. Enter time imposed for each or 'S' for stayed. DO NOT LIST enhancements striken under PC 1385.

| ENHANCEMENT | Y/S | ENHANCEMENT | Y/S | ENHANCEMENT | Y/S | ENHANCEMENT | Y/S | TOTAL |
|---|---|---|---|---|---|---|---|---|
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |

4. ☐ Defendant was sentenced pursuant to PC 667(b)-(i) or PC 1170.12 (two strikes).

5. INCOMPLETED SENTENCE(S) CONSECUTIVE

| COUNTY | CASE NUMBER |
|---|---|
| | |
| | |

6. ☐ TOTAL TIME ON ATTACHED PAGES | 00 | 00

7. ☐ Additional indeterminate term (see CR-292).

8. ☐ TOTAL TIME: | 02 | 00

THIS IS A TRUE AND CORRECT CERTIFIED COPY OF THE ORIGINAL ON FILE WITH THE CALIFORNIA DEPARTMENT OF CORRECTIONS U.S. IMMIGRATION FILE ...

This form is prescribed under PC 1213.5 to satisfy the requirements of PC 1213 for determinate sentences. Attachments may be used but must be referred to in this document.

(Continued on reverse)

**ABSTRACT OF JUDGMENT - PRISON COMMITMENT - DETERMINATE**
*[NOT VALID WITHOUT COMPLETED PAGE TWO OF CR-290 ATTACHED]*

Penal Code
1213, 1213.5

41

PEOPLE OF THE STATE OF CALIFORNIA vs.
DEFENDANT:   Yong, Cheuk Fung

| 01WF1921 | -A | | -B | | -C | | -D |
|---|---|---|---|---|---|---|---|

9 FINANCIAL OBLIGATIONS (including any applicable penalty assessments):
   a.  RESTITUTION FINE of: $ _____200.00_____ per PC 1202.4(b) forthwith per PC 2085.5.
   b.  RESTITUTION FINE of: $ _____200.00_____ per PC 1202.45 suspended unless parole is revoked.
   c.  RESTITUTION of: $ _____ per PC 1202.4(f) to  ☐ victim(s)  ☐ Restitution Fund
       (* List victim name(s) if known and amount breakdown in item 11, below.)
       (1)  ☐  Amount to be determined.
       (2)  ☐  Interest rate of: _____ % (not to be exceed 10% per PC 1204.4(f)(3)(F)).
   d.  ☑  LAB FEE of: $ _____50.00_____ for counts: _____ per H&SC 11372.5(a).
   e.  ☐  DRUG PROGRAM FEE of _____ per H&SC 11372.7(a).
   f.  ☐  FINE of: $ _____ per PC 1202.5.

10. TESTING
    a.  ☐  AIDS pursuant to   ☐  PC 1202.1   ☐  other (specify):
    b.  ☑  DNA pursuant to    ☐  PC 290.2    ☑  other (specify):   PC 296

11. Other orders (specify):
    Total term to be served in State Prison is 2 Years.
    Pay $20.00 for Security Fee pursuant to Penal Code 1465.8.
    Court orders all fees payable through the Department of Corrections.
    Defendant to register pursuant to Health & Safety Code 11590.

12. Execution of sentence imposed
    a.  ☑  at initial sentencing hearing.          d.  ☐  at resentencing per recall of commitment. (PC 1170(d).)
    b.  ☐  at resentencing per decision on appeal.  e.  ☐  other (specify):
    c.  ☐  after revocation of probation

13. CREDIT FOR TIME SERVED

| CASE NUMBER | TOTAL CREDITS | ACTUAL | LOCAL CONDUCT | |
|---|---|---|---|---|
| 01WF1921        - A | 108 | 72 | 36 | ☐ 4019 ☐ 2933.1 |
|                 - B | | | | ☐ 4019 ☐ 2933.1 |
|                 - C | | | | ☐ 4019 ☐ 2933.1 |
|                 - D | | | | ☐ 4019 ☐ 2933.1 |

| DATE SENTENCE PRONOUNCED | SERVED TIME IN STATE INSTITUTION |
|---|---|
| 09/21/05 | ☐ DMH   ☐ CDC   ☐ CRC |

14. The defendant is remanded to the custody of the sheriff  ☑  forthwith   ☐  after 48 hours excluding Saturdays, Sundays, and holidays

    To be delivered to   ☑  the reception center designated by the director of the California Department of Corrections.
                         ☐  other (specify):

CLERK OF THE COURT

I hereby certify the foregoing to be a correct abstract of the judgment made in this action.

| DEPUTY'S SIGNATURE | DATE |
|---|---|
| MARIZABEL DANTIC | OCT 06, 2005 |

CR-290 (Rev. January 1, 1999)        ABSTRACT OF JUDGMENT - PRISON COMMITMENT - DETERMINATE          Page Two

I CERTIFY THAT THIS IS A TRUE AND CORRECT COPY OF COURT CERTIFIED DOCUMENT(S) ON FILE WITH THE CALIFORNIA DEPARTMENT OF CORRECTIONS

U.S. IMMIGRATION OFFICER

42

OMB #111...

**U.S. Department of Justice**
Immigration and Naturalization Serv...

Application for Naturaliza...

## START HERE - Please Type or Print

| | | FOR INS USE ONLY |
|---|---|---|

### Part 1.   Information about you.

| Family Name | YONG, | Given Name | Chuek Fung | Middle Initial |
|---|---|---|---|---|

**U.S. Mailing Address** - Care of

| Street Number and Name | 1366 Willowbud Dr., | Apt. # |
|---|---|---|
| City | Diamond Bar | County | Los Angeles |
| State | California | ZIP Code | 91765 |
| Date of Birth (month/day/year) | 09-26-1968 | Country of Birth | Hong Kong |
| Social Security # | 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 | A # | 035 747 485 |

| FOR INS USE ONLY |
|---|
| Returned |
| Receipt |
| Resubmitted |
| Reloc Sent |
| Reloc Rec'd |
| ☐ Applicant Interviewed |

REC WSC 98APR11 11:00
WAC-98-138-50715   WAC008401
04/17/1998

### Part 2.   Basis for Eligibility (check one).

- a. ☒  I have been a permanent resident for at least five (5) years.
- b. ☐  I have been a permanent resident for at least three (3) years and have been married to a United States Citizen for those three years.
- c. ☐  I am a permanent resident child of United States citizen parent(s).
- d. ☐  I am applying on the basis of qualifying military service in the Armed Forces of the U.S. and have attached completed Forms N-426 and G-325B
- e. ☐  Other. (Please specify section of law) _____

**At interview**

☐ request naturalization ceremony at court

**Remarks**

NO SHOW
DATE AUG 30 1999

**Action**

### Part 3.   Additional information about you.

| Date you became a permanent resident (month/day/year) | 07-05-1978 | Port admitted with an immigrant visa or INS Office where granted adjustment of status. NYC P43 |
|---|---|---|

Citizenship

Hong Kong

Name on alien registration card (if different than in Part 1)

YONG, Chuek Funk

Other names used since you became a permanent resident (including maiden name)

None

| Sex | ☒ Male ☐ Female | Height | 5'9" | Marital Status: | ☒ Single ☐ Married | ☐ Divorced ☐ Widowed |
|---|---|---|---|---|---|---|

Can you speak, read and write English?   ☐ No ☒ Yes.

**Absences from the U.S.:**

Have you been absent from the U.S. since becoming a permanent resident?   ☐ No ☒ Yes.

If you answered **"Yes"**, complete the following. Begin with your most recent absence. If you need more room to explain the reason for an absence or to list more trips, continue on separate paper.

| Date left U.S. | Date returned | Did absence last 6 months or more? | Destination | Reason for trip |
|---|---|---|---|---|
| See Attached | | ☐ Yes ☐ No | | |
| | | ☐ Yes ☐ No | | |
| | | ☐ Yes ☐ No | | |
| | | ☐ Yes ☐ No | | |
| | | ☐ Yes ☐ No | | |
| | | ☐ Yes ☐ No | | |

**To Be Completed by Attorney or Representative, if any.**

☐ Fill in box if G-28 is attached to represent the applicant

VOLAG#

ATTY State License #

Form N-400 (Rev. 07/17/91)N

**Continued on back.**

43

## Part 4. Information about your residences and employment.

A. List your addresses during the last five (5) years or since you became a permanent resident, whichever is less. Begin with your current address. If you need more space, continue on separate paper.

| Street Number and Name, City, State, Country, and Zip Code | Dates (month/day/year) | |
|---|---|---|
| | From | To |
| 1366 Willowbud Dr., Diamond Bar, CA 91765 | 1987 | Present |
| | | |
| | | |
| | | |

B. List your employers during the last five (5) years. List your present or most recent employer first. If none, write "None". If you need more space, continue on separate paper.

| Employer's Name | Employer's Address | Dates Employed (month/day/year) | | Occupation/position |
|---|---|---|---|---|
| | Street Name and Number - City, State and ZIP Code | From | To | |
| None (Student) | | | | |
| | | | | |
| | | | | |

## Part 5. Information about your marital history.

A. Total number of times you have been married   0   . If you are now married, complete the following regarding your husband or wife.

| Family name          N/A | Given name | Middle initial |
|---|---|---|

Address

| Date of birth (month/day/year) | Country of birth | Citizenship |
|---|---|---|
| Social Security# | A# (if applicable) | Immigration status (If not a U.S. citizen) |

Naturalization (If applicable)
(month/day/year)                    Place     (City, State)

If you have ever previously been married or if your current spouse has been previously married, please provide the following on separate paper: Name of prior spouse, date of marriage, date marriage ended, how marriage ended and immigration status of prior spouse.

## Part 6. Information about your children.

B. Total Number of Children   0   . Complete the following information for each of your children. If the child lives with you, state "with me" in the address column; otherwise give city/state/country of child's current residence. If deceased, write "deceased" in the address column.    If you need more space, continue on separate paper.

| Full name of child | Date of birth | Country of birth | Citizenship | A - Number | Address |
|---|---|---|---|---|---|
| N/A | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |

**Continued on next page**                                44

Name:  YONG, Chuek Funk
A No.:  035 747 485

Continued On **N-400 Part 3**
Absences From The United States

| Date Left U.S. | Date Returned | Did Absence Last 6 Months or More | Destination | Reason For Travel |
|---|---|---|---|---|
| 01–30–1998 | 03–30–1998 | ☐ Yes  ☒ No | Colombia | Visiting |
| 11–16–1997 | 12–11–1997 | ☐ Yes  ☒ No | Colombia | Visiting |
| 01–1997 | 05–1997 | ☐ Yes  ☒ No | Colombia | Visiting |
| 08–1996 | 11–1996 | ☐ Yes  ☒ No | Colombia | Visiting |
| 02–1996 | 04–1996 | ☐ Yes  ☒ No | Colombia | Visiting |
| 09–1995 | 11–1995 | ☐ Yes  ☒ No | Colombia | Visiting |
| 02–1995 | 08–1995 | ☐ Yes  ☒ No | Hong Kong, Thailand, Vietnam | Visiting |
| | | ☐ Yes  ☐ No | | |
| | | ☐ Yes  ☐ No | | |
| | | ☐ Yes  ☐ No | | |
| | | ☐ Yes  ☐ No | | |
| | | ☐ Yes  ☐ No | | |
| | | ☐ Yes  ☐ No | | |
| | | ☐ Yes  ☐ No | | |
| | | ☐ Yes  ☐ No | | |
| | | ☐ Yes  ☐ No | | |
| | | ☐ Yes  ☐ No | | |
| | | ☐ Yes  ☐ No | | |
| | | ☐ Yes  ☐ No | | |

45

## Part 9. Memberships and organizations.

A. List your present and past membership in or affiliation with every organization, association, fund, foundation, party, club, society, or similar group in the United States or in any other place. Include any military service in this part. If none, write "none". Include the name of organization, location, dates of membership and the nature of the organization. If additional space is needed, use separate paper.

None

## Part 10. Complete only if you checked block " C " in Part 2.

How many of your parents are U.S. citizens?    ☐ One    ☐ Both    (Give the following about one U.S. citizen parent:)

| Family Name | N/A | Given Name | | Middle Name |
|---|---|---|---|---|

Address

| Basis for citizenship: | Relationship to you (check one): | ☐ natural parent    ☐ adoptive parent |
|---|---|---|
| ☐ Birth | | |
| ☐ Naturalization Cert. No. | | ☐ parent of child legitimated after birth |

If adopted or legitimated after birth, give date of adoption or, legitimation: (month,day,year)_____

Does this parent have legal custody of you?    ☐ Yes    ☐ No

(Attach a copy of relating evidence to establish that you are the child of this U.S. citizen and evidence of this parent's citizenship.)

## Part 11. Signature.  (Read the information on penalties in the instructions before completing this section).

I certify or, if outside the United States, I swear or affirm, under penalty of perjury under the laws of the United States of America that this application, and the evidence submitted with it, is all true and correct. I authorize the release of any information from my records which the Immigration and Naturalization Service needs to determine eligibility for the benefit I am seeking.

| Signature | Date |
|---|---|
| X | 04-06-1998 |

**Please Note:** If you do not completely fill out this form, or fail to submit required documents listed in the instructions, you may not be found eligible for naturalization and this application may be denied.

## Part 12. Signature of person preparing form if other than above. (Sign below)

I declare that I prepared this application at the request of the above person and it is based on all information of which I have knowledge.

| Signature | Print Your Name | Date |
|---|---|---|

Firm Name and Address

## DO NOT COMPLETE THE FOLLOWING UNTIL INSTRUCTED TO DO SO AT THE INTERVIEW

I swear that I know the contents of this application, and supplemental pages 1 through_____, that the corrections , numbered 1 through_____, were made at my request, and that this amended application, is true to the best of my knowledge and belief.

Subscribed and sworn to before me by the applicant.

_____
(Examiner's Signature )        Date

_____
(Complete and true signature of applicant)

Form N-400 (Rev. 07/17/91)N

*U.S. Government Printing Office: 1996 — 420-773

46

*Continued on back*

---

## Part 7. Additional eligibility factors.

Please answer each of the following questions. If your answer is **"Yes"**, explain on a separate paper.

1. Are you now, or have you ever been a member of, or in any way connected or associated with the Communist Party, or ever knowingly aided or supported the Communist Party directly, or indirectly through another organization, group or person, or ever advocated, taught, believed in, or knowingly supported or furthered the interests of communism?  ☐ Yes ☒ No

2. During the period March 23, 1933 to May 8, 1945, did you serve in, or were you in any way affiliated with, either directly or indirectly, any military unit, paramilitary unit, police unit, self-defense unit, vigilante unit, citizen unit of the Nazi party or SS, government agency or office, extermination camp, concentration camp, prisoner of war camp, prison, labor camp, detention camp or transit camp, under the control or affiliated with:

    a. The Nazi Government of Germany?  ☐ Yes ☒ No

    b. Any government in any area occupied by, allied with, or established with the assistance or cooperation of, the Nazi Government of Germany?  ☐ Yes ☒ No

3. Have you at any time, anywhere, ever ordered, incited, assisted, or otherwise participated in the persecution of any person because of race, religion, national origin, or political opinion?  ☐ Yes ☒ No

4. Have you ever left the United States to avoid being drafted into the U.S. Armed Forces?  ☐ Yes ☒ No

5. Have you ever failed to comply with Selective Service laws?  ☒ Yes ☐ No

    If you have registered under the Selective Service laws, complete the following information:

    Selective Service Number: __6817414649__  Date Registered: __02-22-1988__

    If you registered before 1978, also provide the following:

    Local Board Number: __N/A__  Classification: _____

6. Did you ever apply for exemption from military service because of alienage, conscientious objections or other reasons?  ☐ Yes ☒ No

7. Have you ever deserted from the military, air or naval forces of the United States?  ☐ Yes ☒ No

8. Since becoming a permanent resident, have you ever failed to file a federal income tax return?  ☐ Yes ☒ No

9. Since becoming a permanent resident, have you filed a federal income tax return as a nonresident or failed to file a federal return because you considered yourself to be a nonresident?  ☐ Yes ☒ No

10. Are deportation proceedings pending against you, or have you ever been deported, or ordered deported, or have you ever applied for suspension of deportation?  ☐ Yes ☒ No

11. Have you ever claimed in writing, or in any way, to be a United States citizen?  ☐ Yes ☒ No

12. Have you ever:

    a. been a habitual drunkard?  ☐ Yes ☒ No

    b. advocated or practiced polygamy?  ☐ Yes ☒ No

    c. been a prostitute or procured anyone for prostitution?  ☐ Yes ☒ No

    d. knowingly and for gain helped any alien to enter the U.S. illegally?  ☐ Yes ☒ No

    e. been an illicit trafficker in narcotic drugs or marijuana?  ☐ Yes ☒ No

    f. received income from illegal gambling?  ☐ Yes ☒ No

    g. given false testimony for the purpose of obtaining any immigration benefit?  ☐ Yes ☒ No

13. Have you ever been declared legally incompetent or have you ever been confined as a patient in a mental institution?  ☐ Yes ☒ No

14. Were you born with, or have you acquired in same way, any title or order of nobility in any foreign State?  ☐ Yes ☒ No

15. Have you ever:

    a. knowingly committed any crime for which you have not been arrested?  ☐ Yes ☒ No

    b. been arrested, cited, charged, indicted, convicted, fined or imprisoned for breaking or violating any law or ordinance excluding traffic regulations?  ☒ Yes ☐ No

( If you answer yes to 15, in your explanation give the following information for each incident or occurrence the **city, state,** and **country,** where the offense took place, the **date** and **nature** of the offense, and the **outcome** or **disposition** of the case.)

---

## Part 8. Allegiance to the U.S.

If your answer to any of the following questions is **"NO"**, attach a full explanation:

1. Do you believe in the Constitution and form of government of the U.S.?  ☒ Yes ☐ No

2. Are you willing to take the full Oath of Allegiance to the U.S.? (see instructions)  ☒ Yes ☐ No

3. If the law requires it, are you willing to bear arms on behalf of the U.S.?  ☒ Yes ☐ No

4. If the law requires it, are you willing to perform noncombatant services in the Armed Forces of the U.S.?  ☒ Yes ☐ No

5. If the law requires it, are you willing to perform work of national importance under civilian direction?  ☒ Yes ☐ No

---

Continued on N-400

Part 7   Additional eligibility factors:

Question 15
Yes. I have been arrested.

**Place**:  West Covina, California

**Date**:  10-1993

**Nature**:  Fraudulent Use of Another's Access Card
Possession of An Assault Weapon, Possession of Forged Driver's License.

**Outcome/Disposition**:  Paid a $100 Fine/$200 Restitution/
One year in Jail (serve)/ dismissed the case after 3 years.

48

**U.S. Department of Justice**
Immigration and Naturalization Service                                             Notice to Appear

**In removal proceedings under section 240 of the Immigration and Nationality Act**

File No: A35 747 485
CDC: F00915
Rel Date: 8/7/2006

In the Matter of:

Respondent:    YONG, Cheuk Fung  AKA: Yong, Cheuk Fung
currently residing at   C/O California Department of Corrections
                        (Number, street, city, state and ZIP code)

U.S. IMMIGRATION & NATURALIZATION SERVICE
INSTITUTIONAL HEARING PROGRAM
7115 BLAIR RD.
CA 92233
(Area code and phone number)

☐ 1. You are an arriving alien.

☐ 2. You are an alien present in the United States who has not been admitted or paroled.

☒ 3. You have been admitted to the United States, but are deportable for the reasons stated below.

The Service alleges that you:

☐ 4. You are not a citizen or national of the United States.

☐ 5. You are a native of China and a citizen of China.

☐ 6. You were admitted to the United States at New York, New York on or about 7/5/1978 as an immigrant.

☐ 7. You were, on 9/21/2005, convicted in the Superior Court of California, County of Orange for the offense of Sale or Transportation of Controlled Substance, in violation of Section 11379(a) of the California Health and Safety Code;

☐ 8. For that offense, you were sentenced to confinement for a period of 2 years.

On the basis of the foregoing, it is charged that you are subject to removal from the United States pursuant to the following provision(s) of law:

237(a)(2)(A)(iii)  of  the Immigration and Nationality Act, as amended, in that, at any time after admission, you have been convicted of an aggravated felony as defined in Section 101(a)(43)(B) of the Act, an offense relating to the illicit trafficking in a controlled substance, as described in section 102 of the Controlled Substance Act, including a drug trafficking crime as defined in section 924(c) of Title 18, United States Code.

237(a)(2)(B)(i)  of  the Immigration and Nationality Act, as amended, in that, at any time after admission, you have been convicted of a violation of (or a conspiracy or attempt to violate) any law or regulation of a State, the United States, or a foreign country relating to a controlled substance (as defined in Section 102 of the Controlled Substances Act [21 U.S.C. 802], other than a single offense involving possession for one's own use of 30 grams or less of marijuana.

☐  This notice is being issued after an asylum officer has found that the respondent has demonstrated a credible fear of persecution.

☐ Section 235(b)(1) order was vacated pursuant to: ☐  8 CFR 208.30(f)(2) ☐  8 CFR 235.3(b)(5)(iv)

YOU ARE ORDERED to appear before an immigration judge of the United States Department of Justice at:

To be set
(Complete Address of Immigration court, Including room Number, if any)

on  7/27/06  at  8:00  to show why you should not be removed from the United States based on the charge(s)
set forth above.
   (Date)          (Time)

Joel Mata Jr.
Supervisory Detention and Deportation Officer
(Signature and Title of Issuing Officer)
Calipatria, California
(City and State)

Date:  JUL 20 2006

See reverse for important information                                      Form I-862 (Rev. 4-1-97)

49

**Warning:** Any statement you make may be used against you in removal proceedings.

**Alien Registration:** This copy of the Notice to appear served upon you is evidence of your alien registration while you are under removal proceedings. You are required to carry it with you at all times.

**Representation:** If you so choose, you may be represented in this proceeding, at no expense to the government, by an attorney or other individual authorized and qualified to represent persons before the Executive Office for Immigration Review, pursuant to 8 CFR 3.16. Unless you so request, no hearing will be scheduled earlier than ten days from the date of this notice, to allow you sufficient time to secure counsel. A list of qualified attorneys and organizations that may be available to represent you at no cost will be provided with this Notice.

**Conduct of the hearing:** At the time of your hearing, you should bring with you any affidavits or other documents which you desire to have considered in connection with your case. If any document is in a foreign language, you must bring the original and a certified English translation of the document. If you wish to have the testimony of any witnesses considered, you should arrange to have such witnesses present at the hearing.

At your hearing you will be given the opportunity to admit or deny any or all the allegations in the Notice to Appear and that you are inadmissible or deportable on the charges contained in the Notice of Appear. You will have an opportunity to present evidence on your own behalf, to examine any evidence presented by the Government, to object, on proper legal grounds, to the receipt of evidence and to cross examine any witnesses presented by the Government.

You will be advised by the immigration judge before whom you appear, of any relief from removal for which you may appear eligible including the privilege of departing voluntarily. You will be given a reasonable opportunity to make any such application to the immigration judge.

**Failure to appear:** You are required to provide the INS, in writing, with your full mailing address and telephone number. You must notify the Immigration Court immediately by using Form EOIR-33 whenever you change your address or telephone number during the course of this proceeding. You will be provided with a copy of this form. Notices of hearing will be mailed to this address. If you do not submit Form EOIR-33 and do not otherwise provide an address at which you may be reached during proceedings, then the government shall not be required to provide you with written notice of your hearing. If you fail to attend the hearing at the time and place designated on this notice, or any date and time later directed by the Immigration Court, a removal order may be made by the immigration judge in your absence, and you may be arrested and detained by the INS.

Request for Prompt Hearing

To expedite a determination in my case, I request an immediate hearing. I waive my right to have a 10-day period prior to appearing before an immigration judge.

Before:

(Signature and title of INS Officer)

X _____
(Signature of Respondent)

Date: ___JUL 21 2006___

Certificate of Service

JUL 21 2006

This Notice to appear was served on the respondent by me on _____, in the following manner and in
                                                              (Date)

compliance with section 239(1)(1)(F) of the Act:                Aliens right index print

☒ in person   ☐ by certified mail, return receipt requested   ☐ by regular mail

☒ Attached is a list of organizations and attorneys, which provide free legal services.

☒ The alien was provided oral notice in the _English / Spanish_ language of the time and place of his or her hearing and of the consequences of failure to appear as provided in section 240(b)(7) of the Act.

X _____
(Signature of Respondent if Personally Served)

(Signature and Title of Officer)

50

**U.S. Department of Justice**
Immigration and Naturalization Service

Notice of Custody Determination

File No: **A35 747 485**
Date: 7/17/2006

*Pursuant to the authority contained in section 236 of the Immigration and Nationality Act and part 236 of title 8, Code of Federal Regulations, I have determined that pending a final determination by the immigration judge in your case, and in the event you are ordered removed from the United Status, until you are taken into custody for removal, you shall be:*

☒ *detained in the custody of this Service.*

☒ *released under bond in the amount of $NO BOND.*

☐ *released on your own recognizance.*

☐ *You may request a review of this determination by an immigration judge.*
☐ *You may not request a review of this determination by an immigration judge because the Immigration and Nationality Act prohibits your release from custody.*

_____
(Signature of authorized officer)

**Supervisory Detention and Deportation Officer**
(Title of authorized officer)

_____ *Calipatria, California* _____
(INS office location)

☐ *I do* ☐ *do not request a re-determination of this custody by an immigration judge.*

☐ *I acknowledge receipt of this notification.*

X _____         JUL 2 1 2006
(Signature of respondent)                                  (Date)

---

### RESULT OF CUSTODY REDETERMINATION

On _____, custody status/conditions for release were reconsidered by:

☐ *Immigration Judge*          ☐ *District Director*          ☐ *Board of Immigration Appeals*

The results of the re-determination/reconsideration are:

☐ *No change - Original determination upheld.*     ☐ *Release - Order of Recognizance*
☐ *Detain in custody of this Service*              ☐ *Release - Personal Recognizance*
☐ *Bond amount reset to _____*           ☐ *Other: _____*

_____
(Signature of Officer)

Form I-286 (Rev. 4-1-97)N

51

**U.S. Department of Justice**
Immigration and Naturalization Service

Warrant for Arrest of Alien

File No: A 35 747 485
Date: 7/17/2006

*To any officer of the Immigration and Naturalization Service delegated authority pursuant*

*to section 287 of the Immigration and Nationality Act:*

*From evidence submitted to me, it appears that:*

YONG, Cheuk Fung

*(Full name of alien)*

*an alien who entered the United States at or near*   New York, New York on  7/5/1978
                                                                    *(Port)*                    *(Date)*

*is within the country in violation of the immigration laws and is*

*therefore liable to being taken into custody as authorized by section 236 of the Immigration and Nationality Act.*

*By virtue of the authority vested in me by the immigration laws of the United States and the*

*regulations issued pursuant thereto, I command you to take the above-named alien into custody*

*for proceedings in accordance with the applicable provisions of the immigration laws and*

*regulations.*

_____
*(Signature of authorized INS official)*

_____
*Joel Mata Jr.*
*(Print name of official)*

**Supervisory Detention and Deportation Officer**
*(Title)*

---

### Certificate of Service

*Served by me at  Calipatria State Prison, 7018 Blair Road, Calipatria, CA on  8/7/2006 at 0800 :*
*I certify that following such service, the alien was advised concerning his or her right to counsel and was*
*furnished a copy of this warrant.*

_____
*(Signature of officer serving warrant)*

*Immigration Enforcement Agent*
*(Title of officer serving warrant)*

*Form I-200 (Rev. 4-1-97)N*

52

**U.S. Department of Justice**
Immigration and Naturalization Service

Warrant of Removal/Deportation

File No: A35 747 485

Date:

## To any officer of the United States Immigration and Naturalization Service:

YONG, Cheuk Fung

(Full name of alien)

who entered the United States at <u>New York, New York</u>      on      <u>7/5/1978</u>
                                (Place of entry)                      (Date of entry)

is subject to removal/deportation from the United States, base upon a final order by:

- ☒  an immigration judge in exclusion, deportation, or removal proceedings
- ☐  a district director or a district director's designated official
- ☐  the Board of Immigration Appeals
- ☐  a United States District or Magistrate court Judge

and pursuant to the following provisions of the Immigration and Nationality Act;

237(a)(2)(A)(iii)  of  the Immigration and Nationality Act, as amended, in that, at any time after admission, you have been convicted of an aggravated felony as defined in Section 101(a)(43)(B) of the Act, an offense relating to the illicit trafficking in a controlled substance, as described in section 102 of the Controlled Substance Act, including a drug trafficking crime as defined in section 924(c) of Title 18, United States Code.

237(a)(2)(B)(i)  of  the Immigration and Nationality Act, as amended, in that, at any time after admission, you have been convicted of a violation of (or a conspiracy or attempt to violate) any law or regulation of a State, the United States, or a foreign country relating to a controlled substance (as defined in Section 102 of the Controlled Substances Act [21 U.S.C. 802], other than a single offense involving possession for one's own use of 30 grams or less of marijuana.

I, the undersigned officer of the United States by virtue of the power and authority vested in the Attorney General under the laws of the United States and by his or her direction, command you to take into custody and remove from the United States the above-named alien, pursuant to law, at the expense of:  Appropriations, "Salaries & Expenses" Immigration and Naturalization Service, 1997 including the expense of an attendant, if necessary

<u>Nora S. Antunez</u>
(Signature of ICE official)

<u>Field Director</u>
(Title of ICE official)

<u>San Diego, California</u>
(City and State)

Case#ECC0607000284

Form I-205 (Rev 4-1-97)N

53

a Video

Form I-213 (Rev. 4-16-79)Y  UNITED STATES DEPARTMENT OF JUSTICE  Immigration and Naturalization Service

| **Attorney Worksheet** | ☐ GEMS case (new cases in Court after 8/13/04) | | File: ☒ Perm ☐ Temp ☐ No file | | SD District: ☐ ECC ☒ Imp |
|---|---|---|---|---|---|
| Alien: YONG, Cheuk Fung | File #: 35 747 485 | | ☐ attorney: | IJ: ☒ James ☐ Staton ☐ Weil ☐ oth: | |

| Custody: ☒ det ☐ non-det ☒ IHP | Status: ☐ LPR _____ ☐ NIM ☐ no docs | Nationality: China | Language: ☐ C | NTA Filed: |
|---|---|---|---|---|
| Proceedings: ☒ Rem ☐ OSC ☐ EXC ☐ oth: | ☐ agg felon ☐ juvenile ☐ NACARA ☐ sensitive ☐ terrorist ☐ prints sent: | | ☐ prints returned: | |

**Today's Date**
**Hearing & TA**          **Notes**

Case continued to:
(reason: atty/prep/other)

7/27/06  Need more conviction docs
for other case, GA 42370, And complete
docs for this (NTA) charge ( We need
Amended information that includes
counts 3 + 4 + minute orders )

R wants Atty    8/16/06

8/16/06 Smc >TC
               more time 4
                         atty
                              9/6/06 mc

9/6/06 MC yes
Still no atty
                         9/29/06 MC

10/25/06  MC

AIF charge not sustained. Removed to PRC
R reserves appeal            WPH

**Immigration charge(s):** ☐ 212 (AA) ☐ 212 (PWI) ☒ 237
☒ agg fel ☐ cimt ☒ drug ☐ DV ☐ firearms ☐ false docs
☐ false USC ☐ no docs ☐ prior removal ☐ a. smuggler
☐ d. trafficker ☐ oth: _____
For conviction-based charges, certified convictions in file? N / Y

**Pleadings:** ☐ admits _____ ☐ concedes
☐ denies _____ ☐ contests
USC parents: N / ☐ mo          ☐ fa

**Findings:** ☐ charges sustained _____
☐ charges not sustained _____
☐ charges withdrawn: _____

**Country of removal:** ☐ Mex ☐ other: _____
☐ alt: _____

**FEAR return?** ☐ no ☐ yes
reason:

**Bond:** ☐ no change ☐ bond ↑ _____ ☐ bond ↓ _____ ☐ OR
**Bond Appeal:** ☐ no ☐ alien ☐ DHS  *Due:* _____
☐ stay EOIR-43 filed

**Bond/Relief Related Info:** Age/DOB: _____
Any immigration docs: N / Y: _____
Pending petitions: N / Y: _____
Qualifying relatives: N / Y: _____
Can pay VD: N / Y          Willing to VD: N / Y
Legally married: N / Y: _____   Children: N / Y: _____
Any family in US: N / Y: _____
1st entry into US: _____   Live in US: N / Y: _____
Criminal record: N / Y: _____
Immigration record: N / Y: _____

**Relief Sought:**
☐ VD                    ☐ Asylum/WH
☐ Suspension (244)       ☐ CAT
☐ Adjustment             ☐ Waiver
☐ Cor(a)                 ☐ oth: _____
☐ Cor(b)

**Dues Dates:**
☐ Relief applications: _____
☐ Service Briefs/PHC: _____
☐ Alien Briefs/PHC: _____

**Case Outcome:**
☐ Ineligible for relief
☐ Relief DENIED: _____ ☐ Relief GRANTED: _____
☐ VD date: _____ ☐ VD Bond: _____
☐ Decision pending ☐ Admin closed ☐ COV: _____
☒ REM/DEP/EXC ☐ *In absentia*
☐ TERMINATED by: ☐ Court ☐ DHS
*Case Appeal:* ☐ no ☒ alien ☐ DHS  *Due:* _____

*Exhibits*
| | |
|---|---|
| 1. NTA/OSC/I-122 | 5. |
| 2. | 6. |
| 3. | 7. |
| 4. | 8. |

| D&R: ☐ request permanent A-file ☐ prepare status verification ☒ other: Get conviction docs - GA 04237 + |
|---|
| ROUTE File: ☐ D&R ☐ Adj. ☐ Inv. ☐ File Room          ☐ Records ☐ other: |

also amendment / minute order 01WF1921

54

NOTICE OF HEARING IN REMOVAL PROCEEDINGS
IMMIGRATION COURT
2409 LA BRUCHERIE ROAD
IMPERIAL, CA   92251

RE:  *S-YONG, CHEUK FUNG
FILE:  A35-747-485

DATE:  Jul 27, 2006

TO:        *S-YONG, CHEUK FUNG
           C/O CALIPATRIA STATE PRISON
           C/O ICE, 1115 N. IMPERIAL AVE.
           EL CENTRO, CA  92243
     Please take notice that the above captioned case has been scheduled for a
MASTER hearing before the Immigration Court on Aug 16, 2006 at  8:30 A.M. at:

           1115 NORTH IMPERIAL AVENUE
           EL CENTRO, CA  92243
     You may be represented in these proceedings, at no expense to the
Government, by an attorney or other individual who is authorized and qualified
to represent persons before an Immigration Court.  Your hearing date has not
been scheduled earlier than 10 days from the date of service of the Notice to
Appear in order to permit you the opportunity to obtain an attorney or
representative.  If you wish to be represented, your attorney or representative
must appear with you at the hearing prepared to proceed.  You can request an
earlier hearing in writing.
     Failure to appear at your hearing except for exceptional circumstances
may result in one or more of the following actions:  (1) You may be taken into
custody by the Immigration and Naturalization Service and held for further
action. OR (2) Your hearing may be held in your absence under section 240(b)(5)
of the Immigration and Nationality Act.  An order of removal will be entered
against you if the Immigration and Naturalization Service established by
clear, unequivocal and convincing evidence that a) you or your attorney has
been provided this notice and b) you are removable.
     IF YOUR ADDRESS IS NOT LISTED ON THE NOTICE TO APPEAR, OR IF IT IS NOT
CORRECT, WITHIN FIVE DAYS OF THIS NOTICE YOU MUST PROVIDE TO THE IMMIGRATION
COURT IMPERIAL, CA  THE ATTACHED FORM EOIR-33 WITH YOUR ADDRESS AND/OR
TELEPHONE NUMBER AT WHICH YOU CAN BE CONTACTED REGARDING THESE PROCEEDINGS.
EVERYTIME YOU CHANGE YOUR ADDRESS AND/OR TELEPHONE NUMBER, YOU MUST INFORM THE
COURT OF YOUR NEW ADDRESS AND/OR TELEPHONE NUMBER WITHIN 5 DAYS OF THE CHANGE
ON THE ATTACHED FORM EOIR-33.  ADDITIONAL FORMS EOIR-33 CAN BE OBTAINED FROM
THE COURT WHERE YOU ARE SCHEDULED TO APPEAR.  IN THE EVENT YOU ARE UNABLE TO
OBTAIN A FORM EOIR-33, YOU MAY PROVIDE THE COURT IN WRITING WITH YOUR NEW
ADDRESS AND/OR TELEPHONE NUMBER BUT YOU MUST CLEARLY MARK THE ENVELOPE "CHANGE
OF ADDRESS."  CORRESPONDENCE FROM THE COURT, INCLUDING HEARING NOTICES, WILL BE
SENT TO THE MOST RECENT ADDRESS YOU HAVE PROVIDED, AND WILL BE CONSIDERED
SUFFICIENT NOTICE TO YOU AND THESE PROCEEDINGS CAN GO FORWARD IN YOUR ABSENCE.
     A list of free legal service providers has been given to you.  For
information regarding the status of your case, call toll free 1-800-898-7180
or 703-305-1662.  *YOU MUST BRING PHOTO IDENTIFICATION TO ENTER THE BUILDING.*
                    CERTIFICATE OF SERVICE
THIS DOCUMENT WAS SERVED BY:  MAIL (M)      PERSONAL SERVICE (P)
TO: [ ] ALIEN  [M] ALIEN c/o Custodial Officer  [ ] ALIEN's ATT/REP  [P] INS
DATE:    7/27/06     BY: COURT STAFF _____              V3
     Attachments: [ ] EOIR-33  [ ] EOIR-28  [ ] Legal Services List  [ ] Other
VL2

55

NOTICE OF HEARING IN REMOVAL PROCEEDINGS
IMMIGRATION COURT
2409 LA BRUCHERIE ROAD
IMPERIAL, CA   92251

RE:  *S-YONG, CHEUK FUNG
FILE:  A35-747-485                          DATE:  Aug 16, 2006

TO:              *S-YONG, CHEUK FUNG
                 C/O CALIPATRIA STATE PRISON
                 C/O ICE, 1115 N. IMPERIAL AVE.
                 EL CENTRO, CA 92243

Please take notice that the above captioned case has been scheduled for a
Master/Individual hearing before the Immigration Court on ___9-6-06___
at _____8:30 Am___ at

1115 NORTH IMPERIAL AVENUE
EL CENTRO, CA  92243
     You may be represented in these proceedings, at no expense to the
Government, by an attorney or other individual who is authorized and qualified
to represent persons before an Immigration Court.  Your hearing date has not
been scheduled earlier than 10 days from the date of service of the Notice to
Appear in order to permit you the opportunity to obtain an attorney or
representative.  If you wish to be represented, your attorney or representative
must appear with you at the hearing prepared to proceed.  You can request an
earlier hearing in writing.
YOU MUST BRING PHOTO IDENTIFICATION AND HEARING NOTICE TO ENTER THE BUILDING.
     Failure to appear at your hearing except for exceptional circumstances
may result in one or more of the following actions:
     1) You may be taken into custody by the Immigration and Naturalization
Service and held for further action.
     2) Your hearing may be held in your absence under section 240(b)(5) of the
Immigration and Nationality Act.  An order of removal will be entered against
you if the Immigration and Naturalization Service established by clear,
unequivocal and convincing evidence that a) you or your attorney has been
provided this notice and b) you are removable.

IF YOUR ADDRESS IS NOT LISTED ON THE NOTICE TO APPEAR, OR IF IT IS NOT CORRECT,
WITHIN FIVE DAYS OF THIS NOTICE YOU MUST PROVIDE TO THE IMMIGRATION COURT
IMPERIAL, CA THE ATTACHED FORM EOIR-33 WITH YOUR ADDRESS AND/OR
TELEPHONE NUMBER AT WHICH YOU CAN BE CONTACTED REGARDING THESE PROCEEDINGS.
EVERYTIME YOU CHANGE YOUR ADDRESS AND/OR TELEPHONE NUMBER, YOU MUST INFORM THE
COURT OF YOUR NEW ADDRESS AND/OR TELEPHONE NUMBER WITHIN 5 DAYS OF THE CHANGE
ON THE ATTACHED FORM EOIR-33.  ADDITIONAL FORMS EOIR-33 CAN BE OBTAINED FROM
THE COURT WHERE YOU ARE SCHEDULED TO APPEAR.  IN THE EVENT YOU ARE UNABLE TO
OBTAIN A FORM EOIR-33, YOU MAY PROVIDE THE COURT IN WRITING WITH YOUR NEW
ADDRESS AND/OR TELEPHONE NUMBER BUT YOU MUST CLEARLY MARK THE ENVELOPE "CHANGE
OF ADDRESS."  CORRESPONDENCE FROM THE COURT, INCLUDING HEARING NOTICES, WILL BE
SENT TO THE MOST RECENT ADDRESS YOU HAVE PROVIDED, AND WILL BE CONSIDERED
SUFFICIENT NOTICE TO YOU AND THESE PROCEEDINGS CAN GO FORWARD IN YOUR ABSENCE.
     A List of Free Legal Service Providers has been given to you.  For
information regarding the status of your case, call toll free 1-800-898-7180
OR 703-305-1662.
VL2

Alien Number:  35-747-485                    Alien Name:  *S-YONG, CHEUK FUNG

### LIMITATIONS ON DISCRETIONARY RELIEF FOR FAILURE TO APPEAR

( ✓ )  1. You have been scheduled for a removal hearing, at the time and place
set forth on the attached sheet.  Failure to appear for this hearing
other than because of exceptional circumstances beyond your control**
will result in your being found ineligible for certain forms of
relief under the Immigration and Nationality Act (see Section A.
below) for a period of ten (10) years after the date of entry of the
final order of removal.

(   )  2. You have been scheduled for an asylum hearing, at the time and place
set forth on the attached notice.  Failure to appear for this hearing
other than because of exceptional circumstances beyond your control**
will result in your being found ineligible for certain forms of relief
under the Immigration and Nationality Act (see Section A. Below) for a
period of ten (10) years from the date of your scheduled hearing.

(   )  3. You have been granted voluntary departure from the United States
pursuant to section 240B of the Immigration and Nationality Act, and
remaining in the United States beyond the authorized date will result
in your being found ineligible for certain forms of relief under the
Immigration and Nationality Act (see Section A. Below) for ten (10)
years from the date of the scheduled departure.  Your Voluntary
departure bond, if any, will also be breached.  Additionally, if you
fail to voluntarily depart the United States within the time period
specified, you shall be subject to a civil penalty of not less than
$1000 and not more than $5000.


**the term "exceptional circumstances" refers to circumstances such
as serious illness of the alien or death of an immediate relative
of the alien, but not including less compelling circumstances.

A.  THE FORMS OF RELIEF FROM REMOVAL FOR WHICH YOU WILL BECOME INELIGIBLE ARE:
1)    Voluntary departure as provided for in section 240B of the
Immigration and Nationality Act;
2)    Cancellation of removal as provided for in section 240A of the
Immigration and Nationality Act; and
3)    Adjustment of status or change of status as provided for in Section
245, 248 or 249 of the Immigration and Nationality Act.

This written notice was provided to the alien in English.  Oral notice of
the contents of this notice must be given to the alien in his/her native
language, or in a language he/she understands by the Immigration Judge.
Date:  Aug 16, 2006
Immigration Judge: _____    or Court Clerk: _____

---

### CERTIFICATE OF SERVICE
THIS DOCUMENT WAS SERVED BY:  MAIL (M)      PERSONAL SERVICE (P)
TO: [ ] ALIEN  [P] ALIEN c/o Custodial Officer  [ ] ALIEN's ATT/REP  [ ] INS
DATE: _____8-16-06_____ BY:  COURT STAFF _____X_____
Attachments:  [ ] EOIR-33  [ ] EOIR-28  [ ] Legal Services List  [ ] Other
_____ V6

NOTICE OF HEARING IN REMOVAL PROCEEDINGS
IMMIGRATION COURT
2409 LA BRUCHERIE ROAD
IMPERIAL, CA  92251

RE:  *S-YONG, CHEUK FUNG
FILE:  A35-747-485                          DATE:  Sep 6, 2006

TO:          *S-YONG, CHEUK FUNG
             C/O CALIPATRIA STATE PRISON
             C/O ICE, 1115 N. IMPERIAL AVE.
             EL CENTRO, CA  92243

    Please take notice that the above captioned case has been scheduled for a Master/Individual hearing before the Immigration Court on _9/27/06_ at _8:30 A_ at

1115 NORTH IMPERIAL AVENUE
EL CENTRO, CA  92243

    You may be represented in these proceedings, at no expense to the Government, by an attorney or other individual who is authorized and qualified to represent persons before an Immigration Court.  Your hearing date has not been scheduled earlier than 10 days from the date of service of the Notice to Appear in order to permit you the opportunity to obtain an attorney or representative.  If you wish to be represented, your attorney or representative must appear with you at the hearing prepared to proceed.  You can request an earlier hearing in writing.
YOU MUST BRING PHOTO IDENTIFICATION AND HEARING NOTICE TO ENTER THE BUILDING.
    Failure to appear at your hearing except for exceptional circumstances may result in one or more of the following actions:
    1) You may be taken into custody by the Immigration and Naturalization Service and held for further action.
    2) Your hearing may be held in your absence under section 240(b)(5) of the Immigration and Nationality Act.  An order of removal will be entered against you if the Immigration and Naturalization Service established by clear, unequivocal and convincing evidence that a) you or your attorney has been provided this notice and b) you are removable.

IF YOUR ADDRESS IS NOT LISTED ON THE NOTICE TO APPEAR, OR IF IT IS NOT CORRECT, WITHIN FIVE DAYS OF THIS NOTICE YOU MUST PROVIDE TO THE IMMIGRATION COURT IMPERIAL, CA THE ATTACHED FORM EOIR-33 WITH YOUR ADDRESS AND/OR TELEPHONE NUMBER AT WHICH YOU CAN BE CONTACTED REGARDING THESE PROCEEDINGS. EVERYTIME YOU CHANGE YOUR ADDRESS AND/OR TELEPHONE NUMBER, YOU MUST INFORM THE COURT OF YOUR NEW ADDRESS AND/OR TELEPHONE NUMBER WITHIN 5 DAYS OF THE CHANGE ON THE ATTACHED FORM EOIR-33.  ADDITIONAL FORMS EOIR-33 CAN BE OBTAINED FROM THE COURT WHERE YOU ARE SCHEDULED TO APPEAR.  IN THE EVENT YOU ARE UNABLE TO OBTAIN A FORM EOIR-33, YOU MAY PROVIDE THE COURT IN WRITING WITH YOUR NEW ADDRESS AND/OR TELEPHONE NUMBER BUT YOU MUST CLEARLY MARK THE ENVELOPE "CHANGE OF ADDRESS."  CORRESPONDENCE FROM THE COURT, INCLUDING HEARING NOTICES, WILL BE SENT TO THE MOST RECENT ADDRESS YOU HAVE PROVIDED, AND WILL BE CONSIDERED SUFFICIENT NOTICE TO YOU AND THESE PROCEEDINGS CAN GO FORWARD IN YOUR ABSENCE.
    A List of Free Legal Service Providers has been given to you.  For information regarding the status of your case, call toll free 1-800-898-7180 OR 703-305-1662.
EC2

58



Alien Number:  35-747-485                          Alien Name:  *S-YONG, CHEUK FUNG

LIMITATIONS ON DISCRETIONARY RELIEF FOR FAILURE TO APPEAR

( X ) 1. You have been scheduled for a removal hearing, at the time and place
set forth on the attached sheet. Failure to appear for this hearing
other than because of exceptional circumstances beyond your control**
will result in your being found ineligible for certain forms of
relief under the Immigration and Nationality Act (see Section A,
below) for a period of ten (10) years after the date of entry of the
final order of removal.

( ) 2. You have been scheduled for an asylum hearing, at the time and place
set forth on the attached notice. Failure to appear for this hearing
other than because of exceptional circumstances beyond your control**
will result in your being found ineligible for certain forms of relief
under the Immigration and Nationality Act (see Section A, Below) for a
period of ten (10) years from the date of your scheduled hearing.

( ) 3. You have been granted voluntary departure from the United States
pursuant to section 240B of the Immigration and Nationality Act, and
remaining in the United States beyond the authorized date will result
in your being found ineligible for certain forms of relief under the
Immigration and Nationality Act (see Section A, Below) for ten (10)
years from the date of the scheduled departure. Your Voluntary
departure bond, if any, will also be breached. Additionally, if you
fail to voluntarily depart the United States within the time period
specified, you shall be subject to a civil penalty of not less than
$1000 and not more than $5000.

**the term "exceptional circumstances" refers to circumstances such
as serious illness of the alien or death of an immediate relative
of the alien, but not including less compelling circumstances.

A.  THE FORMS OF RELIEF FROM REMOVAL FOR WHICH YOU WILL BECOME INELIGIBLE ARE:
1)    Voluntary departure as provided for in section 240B of the
Immigration and Nationality Act;
2)    Cancellation of removal as provided for in section 240A of the
Immigration and Nationality Act; and
3)    Adjustment of status or change of status as provided for in Section
245, 248 or 249 of the Immigration and Nationality Act.

This written notice was provided to the alien in English. Oral notice of
the contents of this notice must be given to the alien in his/her native
language, or in a language he/she understands by the Immigration Judge.
Date:  Sep 6, 2006
Immigration Judge: _____   or Court Clerk: _____

_____
CERTIFICATE OF SERVICE
THIS DOCUMENT WAS SERVED BY:  MAIL (M)     PERSONAL SERVICE (P)
TO: [ ] ALIEN  [ ] ALIEN c/o Custodial Officer  [ ] ALIEN'S ATT/REP  [ ] INS
DATE: 9/6/06 _____  BY:  COURT STAFF _____
    Attachments:  [ ] EOIR-33  [ ] EOIR-28  [ ] Legal Services List  [ ] Other
_____
V6

59

NOTICE OF HEARING IN REMOVAL PROCEEDINGS
IMMIGRATION COURT
2409 LA BRUCHERIE ROAD
IMPERIAL, CA  92251

RE:  *S-YONG, CHEUK FUNG
FILE:  A35-747-485                          DATE:  Sep 27, 2006

TO:              *S-YONG, CHEUK FUNG
                 C/O CALIPATRIA STATE PRISON
                 C/O ICE, 1115 N. IMPERIAL AVE.
                 EL CENTRO, CA  92243

     Please take notice that the above captioned case has been scheduled for a
Master/Individual hearing before the Immigration Court on __10/25/06__
at __8:00AM__ at

1115 NORTH IMPERIAL AVENUE
EL CENTRO, CA  92243
     You may be represented in these proceedings, at no expense to the
Government, by an attorney or other individual who is authorized and qualified
to represent persons before an Immigration Court.  Your hearing date has not
been scheduled earlier than 10 days from the date of service of the Notice to
Appear in order to permit you the opportunity to obtain an attorney or
representative.  If you wish to be represented, your attorney or representative
must appear with you at the hearing prepared to proceed.  You can request an
earlier hearing in writing.
YOU MUST BRING PHOTO IDENTIFICATION AND HEARING NOTICE TO ENTER THE BUILDING.
     Failure to appear at your hearing except for exceptional circumstances
may result in one or more of the following actions:
     1) You may be taken into custody by the Immigration and Naturalization
Service and held for further action.
     2) Your hearing may be held in your absence under section 240(b)(5) of the
Immigration and Nationality Act.  An order of removal will be entered against
you if the Immigration and Naturalization Service established by clear,
unequivocal and convincing evidence that a) you or your attorney has been
provided this notice and b) you are removable.


IF YOUR ADDRESS IS NOT LISTED ON THE NOTICE TO APPEAR, OR IF IT IS NOT CORRECT,
WITHIN FIVE DAYS OF THIS NOTICE YOU MUST PROVIDE TO THE IMMIGRATION COURT
IMPERIAL, CA THE ATTACHED FORM EOIR-33 WITH YOUR ADDRESS AND/OR
TELEPHONE NUMBER AT WHICH YOU CAN BE CONTACTED REGARDING THESE PROCEEDINGS.
EVERYTIME YOU CHANGE YOUR ADDRESS AND/OR TELEPHONE NUMBER, YOU MUST INFORM THE
COURT OF YOUR NEW ADDRESS AND/OR TELEPHONE NUMBER WITHIN 5 DAYS OF THE CHANGE
ON THE ATTACHED FORM EOIR-33.  ADDITIONAL FORMS EOIR-33 CAN BE OBTAINED FROM
THE COURT WHERE YOU ARE SCHEDULED TO APPEAR.  IN THE EVENT YOU ARE UNABLE TO
OBTAIN A FORM EOIR-33, YOU MAY PROVIDE THE COURT IN WRITING WITH YOUR NEW
ADDRESS AND/OR TELEPHONE NUMBER BUT YOU MUST CLEARLY MARK THE ENVELOPE "CHANGE
OF ADDRESS."  CORRESPONDENCE FROM THE COURT, INCLUDING HEARING NOTICES, WILL BE
SENT TO THE MOST RECENT ADDRESS YOU HAVE PROVIDED, AND WILL BE CONSIDERED
SUFFICIENT NOTICE TO YOU AND THESE PROCEEDINGS CAN GO FORWARD IN YOUR ABSENCE.
     A List of Free Legal Service Providers has been given to you.  For
information regarding the status of your case, call toll free 1-800-898-7180
OR 703-305-1662.
DJR

60

Alien Number:  35-747-485                    Alien Name:  *S-YONG, CHEUK FUNG

       LIMITATIONS ON DISCRETIONARY RELIEF FOR FAILURE TO APPEAR

(X)  1. You have been scheduled for a removal hearing, at the time and place
     set forth on the attached sheet. Failure to appear for this hearing
     other than because of exceptional circumstances beyond your control**
     will result in your being found ineligible for certain forms of
     relief under the Immigration and Nationality Act (see Section A.
     below) for a period of ten (10) years after the date of entry of the
     final order of removal.

( )  2. You have been scheduled for an asylum hearing, at the time and place
     set forth on the attached notice. Failure to appear for this hearing
     other than because of exceptional circumstances beyond your control**
     will result in your being found ineligible for certain forms of relief
     under the Immigration and Nationality Act (see Section A. Below) for a
     period of ten (10) years from the date of your scheduled hearing.

( )  3. You have been granted voluntary departure from the United States
     pursuant to section 240B of the Immigration and Nationality Act, and
     remaining in the United States beyond the authorized date will result
     in your being found ineligible for certain forms of relief under the
     Immigration and Nationality Act (see Section A. Below) for ten (10)
     years from the date of the scheduled departure. Your Voluntary
     departure bond, if any, will also be breached. Additionally, if you
     fail to voluntarily depart the United States within the time period
     specified, you shall be subject to a civil penalty of not less than
     $1000 and not more than $5000.


     **the term "exceptional circumstances" refers to circumstances such
     as serious illness of the alien or death of an immediate relative
     of the alien, but not including less compelling circumstances.

A. THE FORMS OF RELIEF FROM REMOVAL FOR WHICH YOU WILL BECOME INELIGIBLE ARE:
   1)     Voluntary departure as provided for in section 240B of the
      Immigration and Nationality Act;
   2)     Cancellation of removal as provided for in section 240A of the
      Immigration and Nationality Act; and
   3)     Adjustment of status or change of status as provided for in Section
      245, 248 or 249 of the Immigration and Nationality Act.

   This written notice was provided to the alien in English. Oral notice of
the contents of this notice must be given to the alien in his/her native
language, or in a language he/she understands by the Immigration Judge.
Date: Sep 27, 2006
Immigration Judge: _____  or Court Clerk: _____

                CERTIFICATE OF SERVICE
THIS DOCUMENT WAS SERVED BY:  MAIL (M)      PERSONAL SERVICE (P)
TO: [ ] ALIEN / [ ] ALIEN c/o Custodial Officer [ ] ALIEN's ATT/REP  [ ] INS
DATE: 9/27/06      BY:  COURT STAFF _____
   Attachments: [ ] EOIR-33  [ ] EOIR-28  [ ] Legal Services List  [ ] Other
                                            V6

61

U.S. DEPARTMENT OF JUSTICE
EXECUTIVE OFFICE FOR IMMIGRATION REVIEW
IMMIGRATION COURT
2409 LA BRUCHERIE ROAD
IMPERIAL, CA  92251

In the Matter of:                    Case No.: A35-747-485
*S-YONG, CHEUK FUNG

                                     IN REMOVAL PROCEEDINGS
RESPONDENT

          ORDER OF THE IMMIGRATION JUDGE

Upon the basis of respondent's admissions, I have determined that the
respondent is subject to removal on the charge(s) in the Notice to Appear.

Respondent has made no application for relief from removal.

It is HEREBY ORDERED that the respondent be removed from the United States
to CHINA on the charge(s) contained in the Notice to
Appear.

If you fail to appear for removal at the time and place ordered by the INS,
other than because of exceptional circumstances beyond your control (such as
serious illness of the alien or death of an immediate relative of the alien,
but not including less compelling circumstances), you will not be eligible
for the following forms of relief for a period of ten (10) years after the date
you were required to appear for removal:

        (1)  Voluntary departure as provided for in section 240B of the
             Immigration and Nationality Act;
        (2)  Cancellation of removal as provided for in section 240A of the
             Immigration and Nationality Act; and
        (3)  Adjustment of status or change of status as provided for in section
             245, 248 or 249 of the Immigration and Nationality Act.

                                     DENNIS R. JAMES
                                     Immigration Judge
          WAvedByDHS                 Date:  Oct 25, 2006

Appeal:  RESERVED  (A/B/E)
Appeal Due By:  Nov 24, 2006         ORAL Decision ISSued.

_____
                   CERTIFICATE OF SERVICE
THIS DOCUMENT WAS SERVED BY:  MAIL (M)  PERSONAL SERVICE (P)
TO:  [ ] ALIEN  [ ]/ALIEN c/o Custodial Officer  [ ] Alien's ATT/REP  [ ] INS
DATE:  10/25/06    BY: COURT STAFF _____  DHC
   Attachments:  [ ] EOIR-33  [ ] EOIR-28  [ ] Legal Services List  [ ] Other

Form EOIR 7 - 4T (REMOVAL Order)
DJR
                                                          62

UNITED STATES DEPARTMENT OF JUSTICE
EXECUTIVE OFFICE FOR IMMIGRATION REVIEW
UNITED STATES IMMIGRATION COURT
El Centro, California

File No.:  A 35 747 485                              October 25, 2006

In the Matter of                    )
                                    )
CHEUK FUNG YONG                     )        IN REMOVAL PROCEEDINGS
                                    )
                   Respondent       )

CHARGES:        Section 237(a)(2)(A)(iii) of the Immigration and
                Nationality Act, as amended — If, at any time
                after admission, you have been convicted of an
                aggravated felony as defined in Section
                101(a)(43)(B) of the Act, an offense relating to
                the illicit trafficking of a controlled substance
                as described in Section 102 of the Controlled
                Substances Act, including a drug trafficking crime
                as defined in Section 924(c) of Title 18 United
                States Code.

                Section 237(a)(2)(B)(i) of the Immigration and
                Nationality Act, as amended — If, at any time
                after admission, you have been convicted of a
                violation of or a conspiracy or attempt to violate
                any law or regulation of a State, the United
                States or a foreign country relating to a
                controlled substance as defined in Section 102 of
                the Controlled Substances Act, 21 U.S.C. 802,
                other than a single offense involving possession
                for one's own use of 30 grams or less of
                marijuana.

APPLICATIONS:  None submitted; no eligibility established.

ON BEHALF OF RESPONDENT:          ON BEHALF OF DHS:

Pro se                            William Hollerich,
                                  Assistant Chief Counsel
                                  Immigration and Customs
                                       Enforcement
                                  1115 North Imperial Avenue
                                  El Centro, CA 92243

1

63

## ORAL DECISION OF THE IMMIGRATION JUDGE

The Department of Homeland Security issued the Notice to Appear against the respondent July 20, 2006, setting forth the above two grounds of deportability as the basis for the respondent's removal from the United States.

The document was served upon the respondent July 21, 2006, subsequently filed with the Immigration Court July 25, 2006.

The respondent was ordered to appear before the Immigration Court and did.

The respondent was placed under oath to tell the truth in the proceedings, confirm that his true name is as set forth in the charging document and confirmed that he had received a copy of it.  The respondent was advised of the purpose of the proceedings, the rights to which he is entitled and the allegations and charges against him.  The respondent stated that he understood all of the above.

The respondent confirmed he had received the list of legal services and his appeal rights form.

The respondent requested a continuance to obtain counsel. Several continuances were granted.

Respondent subsequently appear without counsel, waived his right to counsel and proceeded without counsel.

The respondent admitted that he is not a citizen or a national of the United States.  The respondent admitted that he is a native and citizen of China, indicating that he was born in

A 35 747 485                    2                    October 25, 2006

64

Hong Kong and that he had been issued a passport by the British government showing that he was a national, but he was not authorized to live in Britain.

Both of his parents have naturalized to become United States citizens, but he stated that occurred when he was over the age of 18.

The respondent has been admitted as a lawful permanent resident since July 5, 1978, through New York, New York. He admits that he was convicted September 21, 2005, in the Superior Court of California, County of Orange, for the offense of sale or transportation of a controlled substance in violation of Section 11379(a), of the California Health and Safety Code. He admits that he was sentenced to confinement for a period of two years for that conviction and that he filed no appeal on the conviction.

The respondent indicated China is the country for removal should that become necessary.

He indicated that he had no fear of returning to China if that was the Court's order, and he, likewise, had no reason to believe that he would be subjected to torture if returned to China.

The Court asked for permission of the parties to review the conviction record to determine if the conviction qualified as an aggravated felony or not. Based upon a review of the conviction record provided by Government Counsel, which is discussed in the

65

transcript of proceeding, the Court finds that the conviction does not meet the requirements of being an aggravated felony under modified categorical approach.

The Government accepted that ruling of the Court.

The Court does sustain the charge of deportability against the respondent that after his admission he has been convicted of a violation of law relating to a controlled substance.  He is subject to removal as charged.

In discussing whether he would be eligible for relief or not, the respondent indicated that he had a 2000 conviction for possession for sale of a controlled substance.  The Government Counsel was able to confirm that from reviewing the conviction record in his file and indicated that the respondent was convicted July 28, 2000, by pleading guilty to Count 1, possession for sale under Section 11378 of the California Health and Safety Code.  The respondent confirmed that was accurate information.

That particular conviction would be an aggravated felony, illicit trafficking offense.  As such, the respondent would be statutorily ineligible to be considered for cancellation of removal in either of its forms, adjustment of status back to lawful permanent resident, because he no longer qualified for a waiver for that conviction.  The respondent would be statutorily ineligible to be considered for asylum.  And he has asserted no claims that would qualify for withholding under the Immigration

bb

Act or for protection under Article 3 of the Convention against Torture.

Based upon the evidence of record, the admissions of the respondent, the discussions that the parties have had and agreed upon the accuracy of the information contained in those discussions, the Court finds that the respondent is subject to removal from the United States as charged on the controlled substance conviction ground after his admission to the United States, and that he does not qualify for any avenue of relief.

Based upon the above, the respondent is hereby ordered removed from the United States to China.

DENNIS R. JAMES
United States Immigration Judge

A 35 747 485                    5                    October 25, 2006

67

<u>CERTIFICATE PAGE</u>

I hereby certify that the attached proceeding before

JUDGE DENNIS R. JAMES, in the matter of:

CHEUK FUNG YONG

A 35 747 485

El Centro, California

is an accurate, verbatim transcript of the cassette tape as

provided by the Executive Office for Immigration Review and that

this is the original transcript thereof for the file of the

Executive Office for Immigration Review.

Judith Moore, Transcriber

Free State Reporting, Inc.
1378 Cape St. Claire Road
Annapolis, Maryland  21409
(301) 261-1902

<u>December 12, 2006</u>
(completion date)

By submission of this CERTIFICATE PAGE, the Contractor certifies
that a Sony BEC/T-147, 4-channel transcriber or equivalent, as
described in Section C, paragraph C.3.3.2 of the contract, was used
to transcribe the Record of Proceeding shown in the above
paragraph.

68

# Board of Immigration Appeals - Case Appeal

**ANumber:** 35-747-485          **Lead:** 35-747-485          **Chg. Doc. Date:** 07/20/2006

**\*S-YONG, CHEUK FUNG**                                        **Gen:** 2     **SubGen:** 1
**Base City:** IMP    **Hearing Location:** ELC
**Nationality:** CHINA

**IJ Decision:** 10/25/2006    **Decision:** Remove    **Other Comp:**          **Type:** RMV
**Appeal Filed:** 11/16/2006    **By:** Alien  IJ                               Case Appeal
**Custody Status:** Detained

|  | ---------- Briefing Schedule ---------- | |
|---|---|---|
|  | **Alien** | **INS** |
| **Served on Parties:** | 12/15/2006 | 12/15/2006 |
| **Originally Due:** | 01/05/2007 | 01/05/2007 |
| **Currently Due:** | 01/26/2007 | 01/26/2007 |
| **Briefs Received:** | 01/09/2007 | 01/04/2007 |
| **Oral Arg. Requested:** | No | No |

**To/From Appellate Counsel:**

**BIA Decision:**              Pending
**Aministrative Final Order:**   Pending

*New A Number*

69



U.S. Department of Justice

Executive Office for Immigration Review

*Board of Immigration Appeals*
*Office of the Clerk*

*5107 Leesburg Pike, Suite 2000*
*Falls Church, Virginia 22041*

**\*S-YONG, CHEUK FUNG**
**C/O ICE, 1115 N. IMPERIAL AVE.**
**EL CENTRO, CA 92243-0000**

**U.S. INS - Trial Attorney Unit/ELC**
**1115 N. Imperial Ave.**
**El Centro, CA 92243**

Name: **\*S-YONG, CHEUK FUNG**                A35-747-485

Type of Proceeding: **Removal**                    Date of this notice: 11/17/2006

Type of Appeal: **Case Appeal**                    Filed by: **Alien**

### FILING RECEIPT FOR APPEAL

The Board of Immigration Appeals acknowledges receipt of your appeal and fee or fee waiver request (where applicable) on 11/16/2006 in the above-referenced case.

### PLEASE NOTE:

In all future correspondence or filings with the Board, please list the name and alien registration number ("A" number) of the case (as indicated above), as well as all of the names and "A" numbers for <u>every</u> family member who is included in this appeal.

If you have any questions about how to file something at the Board, you should review the Board's <u>Practice Manual and Questions and Answers</u> at www.usdoj.gov/eoir.

<u>Proof of service on the opposing party at the address above is required for ALL submissions to the Board of Immigration Appeals</u> -- including correspondence, forms, briefs, motions, and other documents. If you are the Respondent or Applicant, the "Opposing Party" is the District Counsel for the DHS at the address shown above. Your certificate of service must clearly identify the document sent to the opposing party, the opposing party's name and address, and the date it was sent to them. <u>Any submission filed with the Board without a certificate of service on the opposing party will be rejected.</u>

**WARNING:** If you leave the United States after filing this appeal but before the Board isssues a decision, your appeal will be considered withdrawn and the Immigration Judge's decision will become final as if no appeal had been taken (unless you are an "arriving alien" as defined in the regulations under 8 C.F.R. section 1001.1(q)).

burgharo



U.S. Department o. _. ˙ˉe

Executive Office for Immigration Review

*Board of Immigration Appeals*
*Office of the Clerk*

*5107 Leesburg Pike, Suite 2000*
*Falls Church, Virginia 22041*

**\*S-YONG, CHE**        *Brief due*  1/5/07        Trial Attorney Unit/ELC
**C/O ICE, 1115 N**                                  perial Ave.
**EL CENTRO, C**                                     CA  92243

**Name: \*S-YONG**                                   **A35-747-485**

**Type of Proceedi** ~~.....~~            **Date of this notice: 12/15/2006**

**Type of Appeal: Case Appeal**                      **Appeal filed by:  Alien**

**Date of Appeal:  11/16/2006**

### NOTICE -- BRIEFING SCHEDULE

o        Enclosed is a copy of the decision of the Immigration Judge.
o        Enclosed is a copy of the transcript of the testimony of record.
o        Appealing party is granted until 01/05/2007 to submit a brief to the Board of
         Immigration Appeals.  The brief must be **RECEIVED** at the Board on or before this
         date.
o        Opposing party is granted until 01/05/2007 to submit a reply brief to the Board of
         Immigration Appeals .  The brief must be **RECEIVED** at the Board on or before this
         date.

**WARNING:**    If you indicated on the Notice of Appeal (Form EOIR-26) that you will file a
brief or statement, you are expected to file a brief or statement in support of your appeal.  If you fail
to file the brief or statement within the time set for filing in this briefing schedule, the Board may
summarily dismiss your appeal.  *See* 8 C.F.R. § 1003.1(d)(2)(i)(E).

**FILING INSTRUCTIONS -- In General.**

**IMPORTANT:  The Board of Immigration Appeals has included two copies of this notice.
Please attach one copy of this notice to the front of your brief when you mail or deliver it to
the Board, and keep one for records.  Thank you for your cooperation.**

A fee is not required for the filing of a brief.  Your brief must be RECEIVED at the Clerk's
Office at the Board of Immigration Appeals within the prescribed time limits.  It is NOT
sufficient simply to mail the brief and assume your brief will arrive on time.  We strongly
urge the use of an overnight courier service to ensure the timely filing

71

Use of an over-night courier service is strongly encouraged to ensure timely filing.

If the alien is represented by counsel at the appeal level, a Notice of Entry of Appearance as Attorney or Representative before the Board of Immigration Appeals (Form EOIR-27) must be filed with the Board.

If you have any questions about how to file something at the Board, you should review the Board's Practice Manual and Questions and Answers at www.usdoj.gov/eoir.

Proof of service on the opposing party at the address above is required for ALL submissions to the Board of Immigration Appeals -- including correspondence, forms, briefs, motions, and other documents.   If you are the Respondent or Applicant, the "Opposing Party" is the District Counsel for the DHS at the address shown above.  Your certificate of service must clearly identify the document sent to the opposing party, the opposing party's name and address, and the date it was sent to them.  Any submission filed with the Board without a certificate of service on the opposing party will be rejected.

Filing Address:

To send by courier or overnight delivery service, or to deliver in person:
    Board of Immigration Appeals,
    Clerk's Office,
    5107 Leesburg Pike, Suite 2000,
    Falls Church, VA 22041

    Business hours:  Monday through Friday, 8:00 a.m. to 4:30 p.m.

To mail by regular first class mail:
    Board of Immigration Appeals
    Clerk's Office
    P.O. Box 8530
    Falls Church, VA  22041.


## FILING INSTRUCTIONS -- Extension Request.

Unless you receive a Board Notice granting your extension request, your brief will remain due on the date stated above.

Extensions of briefing time will only be granted for good cause.  All extension requests must be in writing.  Telephonic or fax requests will not be accepted.

Extension requests must be **RECEIVED** at the Board on or before the expiration of the initial briefing schedule.  Requests for extension of briefing time received after expiration of the initial briefing period, will not be granted.

The policy of the Board is that no additional extensions will be granted.

72



U.S. Department of Justice

Executive Office for Immigration Review

El Centro Trial Attorney

JAN 0 8 2007

*Board of Immigration Appeals*
*Office of the Clerk*

*5107 Leesburg Pike, Suite 2000*
*Falls Church, Virginia  22041*

*S-YONG, CHEUK FUNG
C/O ICE, 1115 N. IMPERIAL AVE.
EL CENTRO, CA 92243-0000

U.S. INS - Trial Attorney Unit/ELC
1115 N. Imperial Ave.
El Centro, CA  92243

Name: *S-YONG, CHEUK FUNG                           A35-747-485

Type of Proceeding: Removal                 Date of this notice: 01/03/2007

Type of Appeal: Case Appeal                 Appeal filed by:  Alien

Date of Appeal: 11/16/2006

**NOTICE -- BRIEFING EXTENSION REQUEST GRANTED**

Alien's <u>original</u> due date: 01/05/2007          DHS' <u>original</u> due date: 01/05/2007

o    The request by the alien for an additional amount of time to submit a brief, which
     was received on  12/28/2006, is GRANTED.

o    The alien's brief must be **received** at the Board of Immigration Appeals on or before
     01/26/2007.

o    The DHS' brief must be **received** at the Board of Immigration Appeals on or before
     01/26/2007.

<u>PLEASE NOTE</u>

     **WARNING:**   If you indicated on the Notice of Appeal (Form EOIR-26) that you will file a
brief or statement, you are expected to file a brief or statement in support of your appeal.  If you fail
to file the brief or statement within the time set for filing, the Board may summarily dismiss your
appeal.  *See* 8 C.F.R. § 1003.1(d)(2)(i)(E).

     The Board generally does not grant more than one extension per party or per case, if
detained.  Therefore, if you have received an extension, you should assume that you will not
be granted any further extensions.  Each party's current due date is stated above.

medeiroj

73

35-7471465

If you file your brie_ _te, you must file it along with a motion _r consideration of your late-filed brief.  There is no fee for such a motion.  The motion must set forth in detail the reasons that prevented you from filing your brief on time.  You should support the motion with affidavits, declarations, or other evidence.  Only one such motion will be considered by the Board.

## FILING INSTRUCTIONS

**IMPORTANT:  The Board of Immigration Appeals has included two copies of this notice. Please attach one copy of this notice to the front of your brief when you mail or deliver it to the Board, and keep one for records.  Thank you for your cooperation.**

Use of an over-night courier service is strongly encouraged to ensure timely filing.

If you have any questions about how to file something at the Board, you should review the Board's Practice Manual and Questions and Answers at www.usdoj.gov/eoir.

Proof of service on the opposing party at the address above is required for ALL submissions to the Board of Immigration Appeals -- including correspondence, forms, briefs, motions, and other documents.  If you are the Respondent or Applicant, the "Opposing Party" is the District Counsel for the DHS at the address shown above.  Your certificate of service must clearly identify the document sent to the opposing party, the opposing party's name and address, and the date it was sent to them.  Any submission filed with the Board without a certificate of service on the opposing party will be rejected.

Filing Address:

To send by courier or overnight delivery service, or to deliver in person:
Board of Immigration Appeals,
Clerk's Office,
5107 Leesburg Pike, Suite 2000,
Falls Church, VA 22041

Business hours:  Monday through Friday, 8:00 a.m. to 4:30 p.m.

To mail by regular first class mail:
Board of Immigration Appeals
Clerk's Office
P.O. Box 8530
Falls Church, VA  22041.

74

**U.S. Department of Justice**

Executive Office for Immigration Review

*Board of Immigration Appeals*
*Office of the Clerk*

<hr>

*5107 Leesburg Pike, Suite 2000*
*Falls Church, Virginia 22041*

**\*S-YONG, CHEUK FUNG**
**C/O ICE, 1115 N. IMPERIAL AVE.**
**EL CENTRO,  CA  92243-0000**

**U.S. INS - Trial Attorney Unit/ELC**
**1115 N. Imperial Ave.**
**El Centro, CA  92243**

**Name: \*S-YONG, CHEUK FUNG**                        **A35-747-485**

**Date of this notice: 01/24/2007**

Enclosed is a copy of the Board's decision and order in the above-referenced case.

Sincerely,

*Donna Carr*

Donna Carr
Chief Clerk

Enclosure

Panel Members:
    PAULEY, ROGER



75

**U.S. Department of Justice**
Executive Office for Immigration Review

Decision of the Board of Immigration Appeals

Falls Church, Virginia 22041

---

File:   A35-747-485 - El Centro

Date:   JAN 2 4 2007

In re:   *S-YONG, CHEUK FUNG

IN REMOVAL PROCEEDINGS

APPEAL

ON BEHALF OF RESPONDENT:  Pro se

ON BEHALF OF DHS:  W.P. Hollerich, Assistant Chief Counsel

ORDER:

   PER CURIAM. The Board affirms, without opinion, the results of the decision below. The decision below is, therefore, the final agency determination. *See* 8 C.F.R. § 1003.1(e)(4).

FOR THE BOARD

76

# 中華人民共和國駐美國洛杉磯總領事館

## Consulate General of The People's Republic of China

443 Shatto Place, Los Angeles, CA 90020

January 26, 2007

Officer R. Rosas
B.I.C.E
1115 N. Imperial Avenue
El Centro, CA92243

## Re: Mr. Yong, Cheuk Fung (A35-747-485)

Dear Officer,

I am referring to the travel document application of the above named person.

Please provide with the following information for the process:

1. Completed Personal Particulars Form (ID426, blank form enclosed);
2. Declaration of Identity for Entry Purposes (Blank form enclosed);
3. Copies of Green card and Driver's License, if any;
4. All other kinds of identity proof in USA preferably bearing his photo, if anyl

Should you have any questions regarding this matter, please feel free to call me at 213 807-8008 or fax at 213-8078091.

Sincerely,

Zhang Kaibin
Consul

77



Department of Homeland Security
880 Front Street Ste. 2242
San Diego, CA 92101

**U.S. Immigration
and Customs
Enforcement**

February 7, 2007

GENERAL CONSULATE OF PEOPLE'S REPUBLIC OF CHINA
443 Shatto Place
Los Angeles, Ca. 90020
(213) 807-8088

Subject: YONG, Cheuk Fung        A# 35-747-485

Dear Sir or Madam:

The above named subject is presently detained at the El Centro Service Processing Center, El Center, California, under deportation proceedings.

On January 25, 2007 we submitted the following items for your consideration in the issuance of the necessary travel documents to enable your subject to return home.

Service Form I-217 (1)
Service Form I-213 (1)
Service Form I-296 (1)
Service Form I-860 (1)
Service Form I-867 (1)
Service Form I-867 A (1)
Fingerprint Card
Photographs (2)

Enclosed are the following forms filled out by Mr. Yong:
- Declaration of Identity For Entry Purposes
- Personal Particulars

If there are any documents that need to be submitted in order to facilitate the issuance of travel documents, please feel free to contact Edward A. Valle-Mojica at (760) 336-4660 or ASDDO Eugene Parra, at (760) 336-4600 extension 4607. Fax number (760) 353-6397

Sincerely,

Edward A. Valle-Mojica
Deportation Officer

78

S-Yong, Cheuk Fung
A # 35-747-485
1115 N. Imperial Ave
El Centro CA, 92243
Petitioner in Pro Se

*(handwritten: To A file)*

*El Centro Trial Attorney*

*FEB 27 2007*

# UNITED STATES COURT OF APPEALS
## FOR THE NINTH CIRCUIT

|  |  |
|---|---|
| S-Yong, Cheuk Fung,<br>  Petitioner<br><br>v.<br><br>Alberto Gonzales  , ATTORNEY<br>GENERAL OF THE UNITED STATES<br><br>Respondent | No.<br>INS# A 35-747-485<br><br>**Petition for Review** |

    S-Yong, Cheuk Fung, in pro se, petitions this Court for review of the

order of the Board of Immigration Appeals, dated January 24, 2007, which

board affirms, without opinion dismissed, the petitioner's and the

respondent's appeal of the Immigration Judge's decision denying him his

application for Cancellation of removal section 240 (a), stating that section

11379, Controlled substance is an aggravated felony. *Exhibit A. (NTA).*

*Exhibit B.(BIA decision)*

*79*

The IJ abused his discretion in denying the petitioner request for bond and bond hearing. Because the IJ failed to analyses adequately petitioner's conviction, and his positive equities.

"Everyone is entitled to a fair and civil/public hearing by an independent and impartial tribunal, in the determination of his rights and obligations."

S-Yong, Cheuk Fung petition for judicial review is timely. 8 U.S.C. 1252 (b) (1).

" The petition for review must be filed not later than 30 days after the date of the final order of removal."

The Court has jurisdiction under 8 U.S.C 1252 (a)(1). Venue is based on the fact that petitioner's removal hearing took place in El Centro, California. 8 U.S.C 1252 (b)(2).

" The petition for judicial review shall be filed in the court of appeals for the judicial circuit in which the immigration Judge completed the proceedings."

Dated: February 08, 2007.                    Respectfully submitted.

                                             S-Yong, Cheuk Fung
                                             Petitioner in Pro se

                                             Prepared by fellow Detainee,

# 中華人民共和國駐美國洛杉磯總領事館
## Consulate General of The People's Republic of China
### 443 Shatto Place, Los Angeles, CA 90020

March 6, 2007

Officer R. Rosas
Bureau of Immigration and Customs Enforcement
Service of Processing Center
1115 Imperial Avenue
El Centro, CA92243

### Re: Mr. Yong, Cheuk Fung (A35-747-485)

Dear Officer Rosas,

Enclosed herewith is the travel document for the above-said person.

Should you have any questions regarding this matter, please feel free to call me at 213-807-8008 or fax at 213-807-8091.

Sincerely,

Zhang Kaibin
Consul

81



Office of Detention and Removal Operations
San Diego Field Office

**U.S. Department of Homeland Security**
880 Front Street
San Diego, CA 92101

**U.S. Immigration
and Customs
Enforcement**



YONG, Cheuk Fung (A35 747 485)
C/O El Centro Service Processing Facility
1115 N. Imperial Avenue
El Centro, CA 92243

## Decision to Continue Detention

This letter is to inform you that your custody status has been reviewed and it has been determined that you will not be released from the custody of U.S. Immigration and Customs Enforcement (ICE) at this time. This decision has been made based on a review of your file and/or your personal interview and consideration of any information you submitted to ICE's reviewing officials.

You have failed to demonstrate that you will not pose a flight risk. An Immigration Judge has ordered you removed to Hong Kong. Your case is currently pending before the Ninth Circuit Court of Appeals. Nevertheless, based on the facts presented in your case, it is only a matter of time before they render a decision in favor of the Agency. A travel document has been issued, and your removal to the country of Hong Kong should be effected in the near future. Therefore, it is not in the best interest of Immigration and Customs Enforcement to release you at this time.

Based on the above, you are to remain in ICE custody pending your removal from the United States. You are advised that you must demonstrate that you are making reasonable efforts to comply with the order of removal, and that you are cooperating with ICE's efforts to remove you by taking whatever actions ICE requests to effect your removal. You are also advised that any willful failure or refusal on your part to make timely application in good faith for travel or other documents necessary for your departure, or any conspiracy or actions to prevent your removal or obstruct the issuance of a travel document, may subject you to criminal prosecution under 8 USC Section 1253(a).

_____                    _5/7/7_
Robert Culley, Deputy Field Office Director, San Diego, CA          Date

82

**Decision of Post Order Custody Review – Detain**
A35 747 485  YONG, Cheuk Fung
Page 2

---

## PROOF OF SERVICE

**(1)     Personal Service (Officer to complete both (a) and (b) below.)**

(a)     I ___Jesus Reyna_____, ____D.O._____,
                          Name of ICE Officer                                        Title

certify that I served ___YONG, Cheuk Fung_____ with a copy of
                                            Name of detainee

this document at ____ECCpec_____ on __5/15/07__, at __0810 hrs.__.
                                Institution                        Date                Time

(b)     I certify that I served the custodian _____,
                                                                        Name of Official

_____, at _____, on
            Title                                        Institution

_____ with a copy of this document.
            Date

## OR

**(2)     Service by certified mail, return receipt.  (Attach copy of receipt)**

I _____, _____, certify
            Name of ICE Officer                                        Title

that I served _____ and the custodian _____,
                          Name of detainee                                        Name of Official

with a copy of this document by certified mail at _____ on _____.
                                                                        Institution                        Date



( ) cc: Attorney of Record or Designated Representative
( ) cc: A-File

*83*

## ICE Staff Routing Sheet

| TO:<br>Robin F. Baker, FOD | THRU:<br>Official Channels | | SUSPENSE DATE:<br>April 12, 2007 | |
|---|---|---|---|---|
| **SUBJECT:**<br>Post Order Custody Review | | | | |
| **EXECUTIVE SUMMARY:**<br><br>1. **Purpose.** Post Order Custody Review<br><br>2. **Discussion.**<br><br>**Recommendation.** Detain, RE: YONG, Cheuk Fung, A35 747 485, Hong Kong | | | | |
| CONCURRENCES | | | | |
| NAME | OFFICE | SIGNATURE | DATE | COMMENTS |
| Ron Batley, SDDO, ECC/SPC | ECC | | 4/13/07 | DETAIN |
| Miguel Munoz, AOIC (ECC/SPC) | ECC | | 04/18/2007 | CONCUR |
| Robert G. Rillamas, OIC (ECC/SPC) | ECC | Rt M. Rillamas | 4/19/07 | Concur |
| Robert Culley, DFOD | SND | R. Culley | 4/7/7 | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| **ACTION OFFICER/OFFICE/EXTENSION: Jesus Reyna** | | | **DATE: 04/12/2007** | |

84

# POST ORDER CUSTODY REVIEW WORKSHEET

**Detainee Name:**    **YONG, Cheuk Fung**

**AKA(s):**

**Date of Birth:** September 26, 1968        **A Number:** 35 747 485

**Place of Birth:** Hong Kong        **Nationality:** China

**Date of Last Arrival:** 07/05/1978        **Place of Arrival:** New York, New York

**Status at Last Entry:** Immigrant        **Last Date into ICE Custody:** August 07, 2006

**Entered ICE Custody from:**    ☒ **Local, State, or Federal Institution**
    **Institution Name/Location:** Calipatria State Prison
    **BOP/ Institution Numbers:** F00915
    ☐ **Other:**

**Deportation Case Officer:**    E. Valle        **Review Date:** April 12, 2007
    **Contact Phone #:**    (760) 336-4660

**DCO:** ECC
**Detained Location:**  El Centro Service Processing Facility, 1115 Imperial Ave, El Centro, CA

## Deportation/Exclusion/Removal Proceedings

**List all Charges:**    ☒    Section 237 (a) (2)(B)(i)
        ☐    Section 212 (a)
        ☐    Section 241 (a)

☒ Under <u>Final Order</u> dated: By ☐ IJ ☒ BIA , January 24, 2007 ☐ Other:

☐ Appeal Waived/Appeal Time Elapsed

Habeas filed: ☒ No ☐ Yes

Stay Issued in Case: ☐ No ☒ Yes

## Legal Representative / Attorney

**G-28 Filed:**    ☐ Yes    ☒ No

**Notification of Review Made:** ☐ No    ☒ Yes **By:** D. Martinez (Deportation Officer)

**Name of Representative / Attorney:**
**Mailing Address:**        **Telephone Number:**

**Present during interview:**    ☐ Yes ☐ No

85

**Immigration History:** (Prior ICE arrest[s]/parole/bond/custody information/adjustment/benefits granted (TPS, DED, withholding, etc.))

On July 15, 1978, Mr. Yong was admitted into the United States through New York, NY., as an Immigrant.

On July 17, 2006, while incarcerated at Calipatria State Prison, Deportation Officer Ramirez conducted an interview with Mr. Yong and questioned his status in the United States. Upon further questioning Officer Ramirez determined that Mr. Yong was in violation of his immigration status. He then served him with a Notice to Appear and charged him under Section 237(a)(2)(B)(i) of the INA. On November 24, 2006, an Immigration Judge ordered that he be removed from the United States to Hong Kong, as set forth on the Notice To Appear. Mr. Yong decided to appeal before the Board of Immigration Appeals, and on January 24, 2007, the B.I.A. dismissed the appeal affirming the Judge's decision.

On February 15, 2007, Mr. Yong filed a Petition for Review before the Ninth Circuit Court of Appeals. The review is currently pending with a stay of removal.

On February 12, 2007, Deportation Officer Valle served Mr. Yong with form I-229a.

**NCIC Checks:**       ☒ Criminal History        ☐ No record Found
                         (State and Federal)

**Criminal History:** (list convictions, sentence, date, court, and include a summary of other NCIC arrests, failures to appear, etc.)

Convicted on September 21, 2005, in the Superior Court of California in Orange County, for the offense of Possession of Controlled and Sale or Transport of Controlled Substance, in violation of Sections 11378 and 11379(a) of the California Penal/Vehicle/Health & Safety Code. For this offense a sentence of two years in prison was imposed.

Mr. Yong has numerous arrest and drug convictions.

(Please see attached arrest record)

(DO NOT FORWARD A COPY OF THE NCIC PRINTOUT TO HQCDU)

86

## Institutional / Disciplinary Record

**Did the detainee have prior Disciplinary Reports?**     ☐ Yes     ☒ No

    If Yes, List & Describe:

    Source:

**Disciplinary reports and incidents while in ICE Custody?**     ☐ Yes     ☒ No

    If Yes, List & Describe:

    Source:

## Specifics of Review

**Date of File Review**: April 12, 2007

**Date of Detainee Interview**: (optional)

**Location of Interview**:

**Reviewing/Interviewing Officer**: #1: Jesus Reyna     (Deportation Officer)

                            #2:

**Interpreter Used:** (If subject was interviewed)     ☐ Yes     ☐ No
**Name:**
**Language/Dialect:**

**Discussion at interview/review:**

The review conducted on today's date is file review pursuant to the permanent custody review procedures published in the Federal Register on December 21, 2000. Therefore, a personal interview was not conducted.

87

**Travel Document Status/History:**

List aliens attempts to get travel documents and status (to include any actions alien has taken to **prevent** removal, and date of service of I-229 (a) and Instruction Sheet to Detainee):

On January 25, 2007, Deportation Officer Valle requested a travel document from the Consulate of China. On March 06, 2007, the consulate of China issued a travel document to enter Hong Kong with an expiration date of June 01, 2007. Hong Kong is the place of birth for Mr. Yong.

On February 12,2007, Officer Valle served Mr. Yong with form I-229a and instruction sheet.

List ICE's attempts to obtain a travel document and status:

On January 25, 2007, Deportation Officer Valle requested a travel document from the Consulate of China. On March 06, 2007, the consulate of China issued a travel document to enter Hong Kong with an expiration date of June 01, 2007. Hong Kong is the place of birth for Mr. Yong.

88

**Does the detainee have a place to live in the United States?**  ☒ Yes   ☐ No
Parents
1366 Willowbud Dr.
Diamond Bar, CA. 91765  Tel: (909) 594-3386

**Is the detainee subject to any parole or probation requirements?**  ☒ Yes   ☐ No
Mr. Yong is subject to parole if released from ICE custody.  His parole release
date is August 06, 2009.

**Does the detainee have close family ties within the United States?**  ☒ Yes   ☐ No
Mr. Yong has his parents and siblings in the United States and he will be
living in his parent's house if he is released from ICE custody.

**Does the detainee have community ties or non-governmental sponsors?**  ☐ Yes   ☒ No
Mr. Yong did not provide any documentation.

**Does the detainee have any employment prospects?**  ☐ Yes   ☒ No
Mr. Yong did not provide any documentation.

**What is the detainee's employment history?**
Mr. Yong did not provide any documentation.

**What is the detainee's educational level?**
Mr. Yong claims to have completed four years of a college education.  However, failed
to provide any supporting documentation.

**Does the detainee have any vocational training?**  ☒ Yes   ☐ No
Mr. Yong claims to be a Computer Systems Technician.

**Has the detainee submitted any evidence of rehabilitation, courses while in prison, etc?**
Mr. Yong did not provide any documentation.

## Medical/Psychological Concerns

**Does the detainee have any medical or psychological issues:**  ☐ Yes   ☒ No

**Description (to include Date and Source):**

89

**Other documentary evidence for consideration in this review (include any documentation submitted by detainee):**

Mr. Yong submitted the questionnaire attached to the form I-229 (a) along with a letter of support from his younger sibling.

## Special Circumstances Concerns

**Does the detainee appear to meet any of the criteria of 8 CFR 241.14 for continued detention?**

☒ **No**          ☐ **Yes (indicate below):**

☐   Aliens with a Highly Contagious Disease that is a Threat to Public Safety [8 CFR § 241.14(b)].

☐   Aliens Detained on Account of Serious Adverse Foreign Policy Consequences of Release [8 CFR § 241.14(c)].

☐   Aliens Detained on Account of Security or Terrorism Concerns [8 CFR § 241.14(d)].

☐   Detention of Aliens Determined to be Specially Dangerous [8 CFR § 241.14(f)]. Aliens who pose a threat to the public because they have committed a crime of violence, have a mental disorder and behavior associated with the disorder, and are likely to be violent in the future.

**All cases that may possibly meet any of these provisions must be coordinated with HQCDU per existing guidance.**

96

## Officer Comments/Analysis & Recommendation

This officer has reviewed Mr. Yong's file and history. Based on that review, I have concluded that his removal from the United States is eminent.

Mr. Yong has an extensive arrest record and numerous drug convictions. There is no doubt in my mind that his family is will render support and that they love him very much. Nevertheless, Mr. Yong's decisions convince the Agency that he has little regard for the laws that govern this great nation. According to Mr. Yong, he has a college education and yet having those attributes decided to earn a living by selling illegal drugs.

Mr. Yong was ordered removed by an Immigration Judge, and on January 24, 2007, that order was affirmed by the Board of Immigration Appeals. His case is currently pending a review by the Ninth Circuit Court of Appeals. Based on the evidence presented on this case it's only a matter of time before the Ninth Circuit Court of Appeals affirms the Judge's decision as well.

The consulate of China has issued a travel document with an expiration date of June 01, 2007. Mr. Yong's removal to Hong Kong is eminent and should be effected in the near future. It is in the best interest of the Agency to have Mr. Yong on continued detention as he is deemed an extreme flight risk.

| | |
|---|---|
| Jesus Reyna<br>Deportation Officer | Date: 4/12/07<br>Signature: |
| Ron Batley, Supervisory Detention &<br>Deportation Officer for ECC/SPC | Date: 5/1/07<br>Signature: |
| Gabriela Pacheco, (A)<br>Assistant Officer in Charge, ECC/SPC | Date: 4/20/07<br>Signature: |
| Robert G. Rillamas<br>Assistant Field Office Director, ECC/SPC | Date:<br>Signature: |

## DECIDING OFFICIAL'S CUSTODY DETERMINATION

☐    RELEASE FROM CUSTODY / ORDER OF SUPERVISION

☑    CONTINUE IN CUSTODY - RETAIN CUSTODY JURISDICTION

☐    CONTINUE IN CUSTODY - REFER TO HQCDU

Comments:

ICE Field Office: SND

Robert Culley, Deputy Field Office Director, San Diego, CA                    5/7/7

                                                                                            Date

(Rev. 1/19/05)                    Page 7

91



Search for Case                                                                 Help

Print Page

# General Docket
## US Court of Appeals for the Ninth Circuit

Court of Appeals Docket #: 07-70619                    Filed: 2/15/07
Nsuit:    0
S-Yong, et al v. Mukasey
Appeal from: Immigration and Naturalization Service

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -
Case type information:
     1) agency
     2) review
     3)
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -
Lower court information:

     District: 0974-3 : A35-747-485
     Date Filed: 2/15/07
     Date order/judgment: **/**/**
     Date NOA filed: **/**/**
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -
Fee status: in forma pauperis

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -
Prior cases:
   None
Current cases:
   None

Docket as of January 28, 2008 11:18 pm                    Page 1

_____

07-70619 S-Yong, et al v. Mukasey

CHEUK FUNG S-YONG              Cheuk Fung S-Yong
     Petitioner               A35-747-485
                              [COR LD NTC prs]
                              ICE DETENTION CENTER
                              1115 N. Imperial Ave.
                              El Centro, CA 92243


     v.

MICHAEL B. MUKASEY, Attorney   CAS-District Counsel
General                        (619)233-7036
     Respondent                Suite 1234
                              [COR NTC gov]
                              OFFICE OF THE DISTRICT COUNSEL
                              Department of Homeland Security
                              880 Front Street
                              San Diego, CA 92101-8897

*92*

Ronald E. LeFevre, Chief
Counsel
[COR NTC gov]
OFFICE OF THE DISTRICT COUNSEL
Department of Homeland Security
P.O. Box 26449
San Francisco, CA 94126-6449

OIL
[COR NTC gov]
DOJ - U.S. DEPARTMENT OF
JUSTICE
Civil Div./Office of
Immigration Lit.
P.O. Box 878, Benjamin Franklin
Station
Washington, DC 20044

Docket as of January 28, 2008 11:18 pm                    Page 2

---

07-70619 S-Yong, et al v. Mukasey

CHEUK FUNG S-YONG

                Petitioner

    v.

MICHAEL B. MUKASEY, Attorney General

                Respondent

Docket as of January 28, 2008 11:18 pm                    Page 3

---

07-70619 S-Yong, et al v. Mukasey

2/15/07          FILED (PROSE) INS Petition for REVIEW and Motion for Stay.
                 Docketed Cause and Entered Appearance of Counsel. Pursuant
                 to G.O. 6.4(c)(1)(3) A TEMPORARY STAY OF REMOVAL IS IN
                 EFFECT pending further order. The schedule is set as
                 follows: Pursuant to G.O. 6.4(c)(1)(3), the schedule is set
                 as follows: Cert. Admin. Record due 4/12/07 Response to
                 motion for stay due 5/10/07 for Alberto R. Gonzales
                 (MOATT)  [07-70619]  (hc)

2/15/07          Filed Petitioner Cheuk Fung S-Yong's motion to stay
                 deportation. Served on 2/8/07.            (MOATT)
                 [07-70619]  (hc)

2/15/07          Filed Petitioner Cheuk Fung S-Yong's motion to proceed in
                 forma pauperis. Served on 2/8/07.     (MOATT) [07-70619]  (hc)

| 2/15/07 | Filed Petitioner Cheuk Fung S-Yong's motion requesting appointment of counsel of record. Served on 2/8/07. (MOATT) [07-70619] (hc) |
|---|---|

2/15/07    Detained: Yes  [07-70619] (hc)

3/13/07    Electronic Certified Administrative Record Filed.   CD-ROMS: 1  [07-70619] (rr)

6/5/07     Filed order (Appellate Commissioner) the motion to proceed IFP is granted. The absence of a timely response to the stay motion is construed as a statement of non-opps. The temp stay continues in effect. Upon review the court has determined the appointment of pro bono counsel would benefit review. The motion for appt counsel is granted. The petition is stayed. The Clerk shall enter an order appointind pro bono counsel. [6092552-1]  (MOATT) [07-70619] (dv)

8/1/07     Filed order (Deputy Clerk: JR) pursuant to the Court's 06/05/07 order appointing counsel for petitioner, Kathryn Davis is hereby appointed to represent petitioner. If petitioner does not object to this order within 14 days the Clerk shall amend the record to reflect that Kathyrn Davis is counsel for this appeal. The aob is due 10/15/07; respondent's brief is due 11/14/07 and petitioner's optional reply brief is due 11/28/07.  [07-70619] (dv)

10/10/07   Received (untimely) Petitioner's motion to extend time to file petitioner's opening brief until 11/14/07; served on 10/09/07. (PROSE) [07-70619] [6312531] [07-70619] (dv)

10/15/07   Filed order (Deputy Clerk: jac) The October 10, 2007 motion for an extension of time to file the opening brief is granted. The opening brief is now due November 14, 2007; the answering brief is due December 14, 2007; and the optional reply brief is due within 14 days after service of the answering brief.  [07-70619] (hc)

Docket as of January 28, 2008 11:18 pm              Page 4

---

07-70619 S-Yong, et al v. Mukasey

11/7/07    Filed Petitioner Cheuk Fung S-Yong's motion for extension of time to file petitioner's opening brief until 12/14/07; served on 11/6/07. (PROSE) [07-70619] [07-70619] (hc)

11/27/07   Filed order (Deputy Clerk: PROSE/jac) The 11/07/07 motion for a second extension of time to file the opening brief is granted. The opening brief is now due 12/14/07; the answering brief is due 01/14/08; and the optional reply brief is due within 14 days after service of the answering brief.  [07-70619] (sha)

12/7/07    Filed Petitioner Cheuk Fung S-Yong's motion for extension of time to file petitioner's opening brief until 1/18/07;

served on 12/6/07. (to pro bono per PROMO) [07-70619] (hc)

12/18/07        Filed order (Deputy Clerk: jac) The December 7, 2007 motion
                for a third extension of time to file the opening brief is
                granted. The opening brief is now due January 18, 2008; the
                answering brief is due February 18, 2008; and the optional
                reply brief is due within 14 days after service of the
                answering brief.  [07-70619] (hc)

1/23/08         Filed Petitioner Cheuk Fung S-Yong's motion for extension
                of time to file petitioner's opening brief until 2/18/08;
                served on 1/22/08. (PROSE) [07-70619] [07-70619] (hc)

1/28/08         Filed order (Deputy Clerk: jac) The January 23, 2008 motion
                for a fourth and final extension of time to file the
                opening brief is granted. Briefing shall proceed as
                follows: the opening brief is due February 18, 2008; the
                answering brief is due March 19, 20081 and the optional
                reply brief is due within 14 days after service of the
                answering brief.  [07-70619] (hc)

Docket as of January 28, 2008 11:18 pm                    Page 5

| PACER Service Center | | |
|---|---|---|
| Transaction Receipt | | |
| 02/01/2008 12:06:26 | | |
| PACER Login: | ux3449 | Client Code: |
| Description: | dkt report | Case Number: | 07-70619 |
| Billable Pages: | 5 | Cost: | 0.40 |