UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHEUK FUNG YONG, | Case No. 08cv0007-LAB (WMc) |
| Petitioner, | CERTIFICATE OF SERVICE BY ELECTRONIC COURT FILING ("ECF") |
| v. | |
| MICHAEL CHERTOFF, Secretary of Homeland Security, et al., | |
| Respondents. | |

STATE OF CALIFORNIA ) ss.
COUNTY OF SAN DIEGO )

IT IS HEREBY CERTIFIED that:

I, Samuel W. Bettwy, am a citizen of the United States over the age of eighteen years and a resident of San Diego County, California; my business address is 880 Front Street, Room 6293, San Diego, California; I am not a party to the above-entitled action.

On February 8, 2008, I am causing service of the following (accompanying) document

**GOVERNMENT'S RETURN
IN OPPOSITION TO PETITION
FOR WRIT OF HABEAS CORPUS**

on Petitioner, through Petitioner's attorney of record, **JANET TUNG**, by electronically filing the foregoing document with the Clerk of the District Court using its Electronic Court Filing ("ECF") System, with this accompanying Certificate, which filing and System result in electronic notification to said attorney of said filing.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on this 8th day of February 2008.

s/ *Samuel W. Bettwy*
SAMUEL W. BETTWY