1  **JANET C. TUNG**
   California State Bar No. 231682
2  **FEDERAL DEFENDERS OF SAN DIEGO, INC**.
   225 Broadway, Suite 900
3  San Diego, CA 92101-5008
   Telephone: (619) 234-8467
4  Janet_Tung@fd.org

5  Attorneys for CHEUK FUNG YONG

8              UNITED STATES DISTRICT COURT

9              SOUTHERN DISTRICT OF CALIFORNIA

10                **(HONORABLE LARRY A. BURNS)**

11 CHEUK FUNG YONG,              )   CASE NO. 08cv0007-LAB (WMC)
                                 )
12         Petitioner,            )
                                 )
13 v.                            )   **NOTICE OF RECENT**
                                 )   **NINTH CIRCUIT DECISION**
14                                )
   MICHAEL CHERTOFF, et al.,     )
15                                )
                                 )
16         Respondents.           )
   _____ )

18 TO:   KAREN P. HEWITT, UNITED STATES ATTORNEY
         SAMUEL BETTWY, ASSISTANT UNITED STATES ATTORNEY

20     Petitioner, Cheuk Fung Yong, by and through counsel, Janet Tung and Federal Defenders of San Diego, Inc., hereby notifies this Court and parties of the published opinion issued on July 25, 2008, by the Ninth Circuit Court of Appeals, in the case Casas-Castrillon v. DHS, – F.3d –, 2008 WL 2902026 (9th Cir. July 25, 2008). Casas-Castrillon holds that detainees like Mr. Yong must be afforded "a hearing to establish whether releasing [him] would pose a danger to the community or a flight risk." Casas-Castrillon, 2008 WL 2902026, at *1.

26     Casas-Castrillon, as the government has already acknowledged in cases from this district and others, requires provision of a bail hearing before an immigration judge. See, e.g., Arriola-Rivas v. Chertoff, No. 08-0509-JLR-MAT (W.D. Wash. July 28, 2008) (government's Notice of Recent Relevant Ninth Circuit

1  Court of Appeals Decision), attached hereto as Appendix A. That case directly controls the procedural relief
2  sought here. Like Mr. Casas, Mr. Yong was initially detained under color of 8 U.S.C. § 1226(c) (mandatory
3  detention). Like Mr. Casas, he has pursued a petition for review in the Ninth Circuit and that court has
4  issued a stay of removal. Like Mr. Casas, the statutory authority for detention has shifted to 8 U.S.C.
5  § 1226(a). And under Casas-Castrillon, "§ 1226(a) must be construed as *requiring* the Attorney General
6  to provide the alien with [a Tijani bail hearing]." Casas-Castrillon, 2008 WL 2902026, at *7 (emphasis in
7  original). In fact, the government has taken the position in analogous cases that a bond hearing should be
8  held. See, e.g., Appendix A (government "ask[ing] that the Court issue an order remanding Arriola-Rivas'
9  case to an immigration judge for a bond hearing").

10  For the reasons stated above and in the petition, an order should issue directing the immigration court
11  to provide Mr. Yong a bail hearing at which he must be ordered released "unless the government establishes
12  that he is a flight risk or will be a danger to the community." Casas-Castrillon, 2008 WL 2902026, at *8.
13  Because a bail hearing has the potential of providing Mr. Yong the relief he seeks, the Court need not decide
14  the remaining issues in the petition pending the resolution of the hearing.

Respectfully submitted,

Dated: August 12, 2008    /s/ JANET C. TUNG
**Federal Defenders of San Diego, Inc.**
Attorneys for CHEUK FUNG YONG
Email: Janet_Tung@fd.org

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| CHEUK FUNG YONG, | ) | CASE NO. 08cv0007-LAB (WMC) |
| Petitioner, | ) | |
| v. | ) | PROOF OF SERVICE |
| MICHAEL CHERTOFF, et al., | ) | |
| Respondents. | ) | |

I, the undersigned, say:

1) That I am over eighteen years of age, a resident of the County of San Diego, State of California, and not a party in the within action;

2) That my business address is 225 Broadway, Suite 900, San Diego, California, 92101;

3) That I served the within NOTICE via ECF/NEF and caused to be delivered a true and correct copy of the above-mentioned document to:

KAREN P. HEWITT
ATTN: Civil Processing Unit
880 Front Street
San Diego, CA  92101

and

4) That I caused to be delivered a courtesy copy to Chambers of the Honorable William Q. Hayes.

I certify under the laws of the State of California that the foregoing is true and correct. Executed on 12 August 2008 at San Diego, California.

/s/ JANET C. TUNG
Federal Defenders of San Diego, Inc.
225 Broadway, Suite 900
San Diego, CA 92101
PH: (619) 234.9467
Email: Janet_Tung@fd.org