# APPENDIX A

District Judge James L. Robart
Magistrate Judge Mary Alice Theiler

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
SEATTLE

SERGIO ARRIOLA-RIVAS,
(A#44-608-313)

Petitioner,

v.

MICHAEL CHERTOFF, Secretary of the Department of Homeland Security, et al.,

Respondents.

Case No. 08-0509 JLR-MAT

NOTICE OF RECENT RELEVANT NINTH CIRCUIT COURT OF APPEALS DECISION

COMES NOW the Respondents ("Government"), by and through their counsel of record, and hereby give notice to the Court of a recently published decision issued by the Ninth Circuit Court of Appeals. *See Casas-Castrillon v. Department of Homeland Security, et al.*, Ninth Circuit Court of Appeals, Case No. 07-56261 (July 25, 2008), attached hereto as Exhibit A. Pursuant to the holding of *Casas-Castrillon*, the Government respectfully asks to withdraw its Objections to the Report and Recommendation, ("Objections"), Dkt. Nos. 21 and 22-2, specifically and only with regard to the Government's position that Arriola-Rivas was detained under Section 236(c) of the Immigration and Nationality Act ("INA"), subsequent to an order of remand from the Ninth Circuit Court of Appeals. *See* Objections at 1-4 (Dkt. Nos. 21 and 22-2); Reply to Objections at 2-3 (Dkt. No. 24). The Government now believes that, consistent with the holding of *Casas-Castrillon* (*see* Exhibit A at 11), Arriola-Rivas became detained

NOTICE OF RECENT RELEVANT NINTH CIRCUIT DECISION
[C08-0509 JLR] - 1

1 under Section 236(a) of the INA upon obtaining a remand from the Ninth Circuit Court of
2 Appeals. Consequently, the Government respectfully asks that the Court issue an order
3 remanding Arriola-Rivas' case to an immigration judge for a bond hearing.[1]

DATED this 28th day of July, 2008.

Respectfully submitted,

JEFFREY C. SULLIVAN
United States Attorney

/s/ Priscilla T. Chan
PRISCILLA T. CHAN, WSBA #28533
Assistant United States Attorney
Western District of Washington
United States Attorney's Office
700 Stewart Street, Suite 5220
Seattle, Washington 98101-1271
Phone: 206-553-7970
Fax: 206-553-4073
Email: Priscilla.Chan@usdoj.gov

---

[1] By making such a request, it should be noted that the Government does not waive or concede its position that if the immigration judge denies bond or sets a bond that Arriola-Rivas is unable to post, the Department of Homeland Security has authority to continue his detention. *See Prieto-Romero v. Clark*, ___ F.3d ___, 2008 WL 2853396, at * 6 (9th Cir. 2008) (holding that, after procedural due process is satisfied, prolonged detention is authorized if a petitioner faces a "significant likelihood of removal in the reasonably foreseeable future because the government can repatriate him to [his native country] if his pending bid for judicial relief . . . proves unsuccessful.").

NOTICE OF RECENT RELEVANT NINTH CIRCUIT DECISION
[C08-0509 JLR] - 2

## CERTIFICATE OF SERVICE

I hereby certify that on this date, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system which will send notification of such filing to the attorney(s) of record for the defendant(s).

Matt Adams: matt@nwirp.org

I hereby certify that I have served the attorney(s) of record for the defendant(s) that are non CM/ECF participants via telefax.

- 0 -

DATED this 28th day of July, 2008.

/s/ Priscilla T. Chan
PRISCILLA T. CHAN
United States Attorney's Office
700 Stewart Street, Suite 5220
Seattle, Washington 98101-1271
Phone: 206-553-7970
Fax: 206-553-4073
Email: Priscilla.Chan@usdoj.gov