UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHEUK FUNG YONG,<br><br>            Petitioner,<br><br>  vs.<br><br>MICHAEL CHERTOFF, Secretary of Homeland Security, et al.,<br><br>            Respondents. | Case No. 08cv0007-LAB (WMc)<br>[A35-747-485]<br><br>**ORDER STAYING PROCEEDINGS** |

In view of the Ninth Circuit's recent decisions in *Prieto-Romero v. Clark*, 534 F.3d 1053 (9th Cir. 2008), and *Casas-Castrillon v. D.H.S.*, 535 F.3d 942 (9th Cir. 2008), Respondents filed an *ex parte* motion to hold this case in abeyance to permit Petitioner time to request and obtain bond review before an Immigration Judge ("IJ") and, in the event of an appeal, the Board of Immigration Appeals ("BIA"). [Doc. No. 11.] Petitioner has not opposed this motion.

For good cause shown, Respondents' request to hold this case in abeyance is **GRANTED** and this case is **STAYED** for sixty calendar days from the date this Order is filed. Respondents shall file a status report with this Court no later than ten calendar days after the expiration of the sixty-day period, advising the Court of the status of Petitioner's removal and bond proceedings.

**IT IS SO ORDERED**.

DATED: September 5, 2008

*[signature]*

**HONORABLE LARRY ALAN BURNS**
United States District Judge